IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*, | CV 25–54–BU–DLC |
| Plaintiffs, | |
| v. | ORDER |
| DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, | |
| Defendants. | |

Before the Court is Plaintiffs' motion for the admission of attorney Daniel Snyder of Public Justice, *pro hac vice*, in the above-captioned matter. (Doc. 4.) It appears that Roger Sullivan of McGarvey Law will serve as local counsel in this matter. (*Id.* at 2.) Mr. Snyder's application (Doc. 4-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 4) is GRANTED on the condition that Mr. Snyder does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Snyder shall take steps to register in the Court's

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Snyder files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 2nd day of June, 2025.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court