IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, <br><br> Defendants. | CV 25–54–BU–DLC <br><br><br> ORDER |

Before the Court is Plaintiffs' motion for the admission of attorney Haley Nicholson of Public Justice, *pro hac vice*, in the above-captioned matter. (Doc. 5.) It appears that Roger Sullivan of McGarvey Law will serve as local counsel in this matter. (*Id.* at 2.) Ms. Nicholson's application (Doc. 5-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 5) is GRANTED on the condition that Ms. Nicholson does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Nicholson shall take steps to register in the Court's

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Nicholson files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 2nd day of June, 2025.

_____
Dana L. Christensen, District Judge
United States District Court