IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>Defendants. | CV 25–54–BU–DLC<br><br><br>ORDER |

    Before the Court is Plaintiffs' motion for the admission of attorney Julia A. Olson of Our Children's Trust, *pro hac vice*, in the above-captioned matter. (Doc. 6.) It appears that Roger Sullivan of McGarvey Law will serve as local counsel in this matter. (*Id.* at 2.) Ms. Olson's application (Doc. 6-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

    Accordingly, IT IS ORDERED that the motion (Doc. 6) is GRANTED on the condition that Ms. Olson does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Olson shall take steps to register in the Court's

electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Olson files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 2nd day of June, 2025.

_____
Dana L. Christensen, District Judge
United States District Court