Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Daniel C. Snyder*
Haley Nicholson*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| **EVA LIGHTHISER**; et al.<br>           Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; et al.<br>           Defendants. | Case No: CV-25-54-BU-DLC<br><br>**MOTION FOR PRELIMINARY INJUNCTION**<br><br>HEARING REQUESTED |

Pursuant to Federal Rules of Civil Procedure 7 and 65 and Local Rule 7.1, Plaintiffs respectfully move the Court for a preliminary injunction prohibiting Defendants from implementing Executive Order 14154 ("Unleashing American Energy") §§1–3, 5, 7; Executive Order 14156 ("Declaring a National Energy Emergency"), which directs federal agencies to invoke emergency powers to accelerate the use of fossil fuels; and Executive Order 14261 ("Reinvigorating America's Beautiful Clean Coal Industry and Amending Executive Order 14241") §§2–3, 5–7, which direct agencies to increase the utilization and export of coal. The foregoing Executive Orders (i) are ultra vires by exceeding executive authority in assuming powers reserved to Congress by U.S. Const. art. I, §1; and (ii) violate the Fifth Amendment, U.S. Const., by infringing on Plaintiffs' fundamental rights and unlawfully exposing Plaintiffs to state-created danger. The grounds for this motion are set forth in the brief and supporting declarations submitted herewith.

Plaintiffs' counsel has contacted counsel for Defendants, who oppose the motion. A joint motion addressing oversized briefs and extension of time has been submitted for the Court's consideration.

Plaintiffs request an evidentiary hearing at the Court's earliest convenience. DATED this 13th day of June, 2025.

                                              Respectfully submitted,

                                              *s/ Julia A. Olson*
                                              Julia A. Olson