Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Daniel C. Snyder*
Haley Nicholson*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Attorneys for Plaintiffs*
*Admitted pro hac vice*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| **EVA LIGHTHISER**; et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; et al.<br><br>    Defendants. | Case No: CV-25-54-BU-DLC<br><br>**DECLARATION OF LORI G. BYRON, MD, MS, IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Lori G. Byron, hereby declare and if called upon would testify as follows:

1.  I am from Red Lodge, Montana and recently retired from working as a pediatric hospitalist. I am offering this testimony in my personal capacity, and I have personal knowledge of the facts stated herein.

2.  I am submitting this Declaration in support of Plaintiffs' Motion for Preliminary Injunction to prevent Defendants from implementing several sections of Executive Orders Nos. 14154, 14156, and 14261, which are designed to "unleash" fossil fuels and suppress the development and publication of climate change science. I offer my expert opinion about how the federal government's directives to "unleash" fossil fuels harm the physical health of the Youth Plaintiffs in this case, and how the health and lives of children are uniquely and disproportionately impacted by policies that worsen climate change.

**Background & Qualifications**

3.  I earned a Bachelor of Science degree in mathematics and a Bachelor of Arts degree in Religion and Philosophy from Kentucky Wesleyan College, graduating summa cum laude in 1980. I studied medicine at the University of Louisville and obtained a Doctor of Medicine degree in 1984. I finished my pediatric internship and residency at the University of Alabama-Birmingham in 1987. I spent another year in Emergency Medicine at the Children's Hospital before moving to

1

Montana in 1988. I earned a Master of Science degree in Energy Policy and Climate from Johns Hopkins in 2020.

4.      I worked in Crow Agency, Montana, with the Indian Health Service from 1988-2015, providing primary care, emergency care, and public health services to Crow and Northern Cheyenne Indian children. During that time, a large portion of my work involved mental health and psychological services to victims of trauma, abuse, and inclement weather. I also attended the deliveries of thousands of babies, and cared for many born prematurely. I worked nights, part-time, as a pediatric hospitalist at SCL Health in Billings, Montana from 2013 to 2025, caring for inpatients, newborns, and emergency department pediatric patients. I have decades of experience caring for children who suffered disruption in their lives and who bear the scars of Adverse Childhood Events (ACEs). I followed and cared for the health of such children for many years.

5.      My board certification is through the American Board of Pediatrics, from 1988 to present. I served as President of the Montana Chapter of the American Academy of Pediatrics (AAP) from 1996-1999. I received the Deaconess Billings Clinic Foundation Medical Achievement Award in 2000. I earned the Alumni Achievement Award from Kentucky Wesleyan College in 2005. I was awarded a Native American Child Health Advocacy Award from the American Academy of Pediatrics in 2005, an Unsung Heroes of the American Academy of Pediatrics award

in 2021 for my work in climate and child health, and a Lifetime Advocacy Award from the American Academy of Pediatrics in 2024.

6.    Over the past decade, I (or my husband, Robert Byron, and I) have presented hundreds of times locally, nationally, and internationally on climate change and children's health. I organize the Chapter Climate Advocates' Program across the U.S. for the American Academy of Pediatrics who advocate on climate and health. I recently completed a 6-year term on the Executive Committee of the Council on Environmental Health and Climate Change with the AAP and on the Children's Health Protection Advisory Committee with the Environmental Protection Agency (EPA). I was an author on the 2021 report "Climate Change and Human Health in Montana: A Special Report of the Montana Climate," as well as other climate and health publications. A true and correct copy of my curriculum vitae is attached as Exhibit A.

7.    I previously served as a testifying expert witness on similar topics addressed in this Declaration for a group of Youth Plaintiffs, some of whom are also plaintiffs in this case, in *Rikki Held, et al. v. State of Montana et al.*, tried June 12-20, 2023 before Judge Kathy Seeley, First Judicial District Court, Lewis and Clark County, in Cause No. CDV-2020-307.

8.    After preparing an expert report in that litigation, as well as a rebuttal expert report, and testifying under oath at a deposition, I appeared in Court on June

3

13, 2023, to testify under oath on the following topics: the negative impacts of climate change and the air pollution associated with it on children in Montana; the ways in which climate change is already creating conditions that are harming the health and well-being of the Youth Plaintiffs; the strong likelihood that the current harms to health and safety of children will worsen in the absence of aggressive actions to mitigate climate change and air pollution; and that reducing fossil fuel production and use, and mitigating climate change now, is necessary to protect the health and safety of children now, and for the rest of their lives. My expert report was not admitted as an exhibit into the trial record, but my testimony was recorded and is available at https://heldvmontana.ourchildrenstrust.org/.

9.      The Court issued its Findings of Fact, Conclusions of Law, and Order on August 14, 2023, finding my expert opinions "informative and credible." ¶¶ 98-101, 104-09, 111, 118, 120-24, 126-29, 131-39, 206 (citing LB [Lori Byron] trial testimony and demonstratives). The paragraphs from the Court's opinion that reference my testimony are attached to this Declaration as Exhibit B.

10.      In part based on my testimony, the Court found that the Plaintiffs have experienced past and ongoing injuries to their physical and mental health, and the Plaintiffs are disproportionately harmed by state government policies that allow government agencies to disregard the impacts of fossil fuel pollution and climate change. The Court's findings of fact and conclusions of law applied to several of the

Plaintiffs in this present case, who were also Plaintiffs in *Held*, including Eva, Olivia, Georgi, Grace, B.B., J.K., and N.K.

11.    The Court's 2023 Order was affirmed in full by the Montana Supreme Court in December 2024. *Held v. State,* 2024 MT 312.

**Climate Change is a Children's Health Emergency**

12.    Climate change and the exposure to pollution from fossil fuels presents an existing health emergency for children and youth, including the Youth Plaintiffs here. In 2021, editors of over 200 peer-reviewed medical journals published a call for urgent action to address climate change, stating, "[h]ealth is already being harmed by global temperature increases and the destruction of the natural world," and referring to climate change as "[t]he greatest threat to global public health[.]"[1] I agree.

13.    I am not alone in viewing the exposure to climate change impacts as a health emergency for children and youth. The American Academy of Pediatrics has recognized the dangers of climate change and fossil fuels for children's health, stating: "Driven by fossil fuel-generated greenhouse gas emissions, climate conditions stable since the founding of modern pediatrics in the mid-nineteenth century have shifted, and old certainties are falling away. Children's physical and

---

[1] Atwoli, L., et al. (2021). Call for emergency action to limit global temperature increases, restore biodiversity, and protect health. *The Lancet*, *398*(10304), 939-941.

mental health are threatened by climate change through its effects on temperature, precipitation, and extreme weather; ecological disruption; and community disruption. These impacts expose and amplify existing inequities and create unprecedented intergenerational injustice." The American Academy of Pediatrics also found that: "Fossil fuel extraction and combustion cause harm today and reach centuries into the future, jeopardizing the health, safety, and prosperity of today's children and future generations. Many young people view themselves as betrayed by governmental policies that inadequately protect the planet or their future, a source of widespread youth distress and the foundation for the rising youth climate movement."[2] I agree.

14.    Current increased temperatures from the accumulation of greenhouse gas (GHG) pollution, and the climate change consequences that are well-documented in sources such as the 2017 Montana Climate Assessment and the 2021 Climate Change and Human Health in Montana report, are harming each of the Plaintiffs' physical and mental well-being and ability to live a long-life *right now*. So too, are the myriad other pollutants associated with fossil fuel extraction and burning. Defendants' actions that are "unleashing" fossil fuels and hindering the

---

[2] AAoP. (2024). Climate Change and Children's Health: Building a Healthy Future for Every Child. Policy Statement. *Pediatrics, 153*(3), 75-85.

buildout of renewable energy are exacerbating the harm to Plaintiffs' health from climate change, fossil fuels, and the associated air pollution.

15.     To protect the lives, health, safety, and well-being of children, including Plaintiffs, it is well established in the medical literature that the production and use of fossil fuels should be phased out, not increased. There really is no other way to "treat" children for the health harms they are experiencing, other than to reduce their exposure to climate change impacts by phasing out fossil fuels.

**Air Pollution from Extracting and Burning Fossil Fuels Harms Children's Health**

16.     The extraction and burning of fossil fuels, the primary driver of climate change, accounts for most of the airborne particulate pollution that has a detrimental effect on air quality and children's health and lives. The burning of fossil fuels releases many chemicals and particulates into the air that children breathe. These include fine particulate matter, black carbon, polycyclic aromatic hydrocarbons (PAHs), mercury, lead, oxides of nitrogen, sulfur dioxide, and carbon monoxide. The International Agency for Research on Cancer (IARC) has classified air pollution as a human carcinogen.[3] Out of the six criteria pollutants monitored in the U.S., four are the main culprits of respiratory disease exacerbation during days of poor air quality: ground level ozone ($O_3$), sulfur dioxide ($SO_2$), particulate matter (PM), and

---

[3] Loomis, D., et. al. (2013). The carcinogenicity of outdoor air pollution. *The Lancet*, *14*(13), 1262-1263.

nitrogen dioxide ($NO_2$). Ground level ozone is an irritant to the lungs and has been shown to worsen with climate change and increased temperatures.

17.    Particulate matter, of which coal-fired power plants are a major source, is especially deadly. Pollution from coal-fired power plants is associated with thousands of excess deaths every year in the United States, and each additional ton of pollution increases the risk of death. As coal-fired power plants are retired, the risk of death decreases.[4] The pollution from Colstrip alone is estimated to be responsible for 48 deaths every year.[5]

18.    While the combustion of fossil fuels is a major source of air pollution, so too, is the extraction of fossil fuels. The extraction of gas, oil, and coal requires extensive diesel truck traffic with its attendant air pollution. Coal extraction and the large volume of truck and train traffic needed to transport the coal also creates dust and particulate matter. For example, Plaintiff Ripley reports that coal trains coming from the Spring Creek Mine or on their way to Colstrip Generating Station emit coal dust near her home in Livingston (Eva and J.M. also live in Livingston and are exposed to harmful coal dust). Peer-reviewed research shows effects on mortality, hospitalization for cardiovascular and respiratory disease, asthma exacerbation,

---

[4] National Institutes of Health (2023). Deaths Associated with pollution from coal power plants. https://www.nih.gov/news-events/nih-research-matters/deaths-associated-pollution-coal-power-plants.

[5] Clean Air Task Force. Coal Plants in Montana. https://www.tollfromcoal.org/#/map/(title:6076//detail:6076//map:6076/MT)

work loss, and days of restricted activity associated with exposure to coal dust from rail cars.[6] In many areas, gas and oil are now primarily extracted through hydraulic fracturing (fracking), a methodology that results in the emission of numerous hazardous air pollutants that harm human health. Plaintiffs Rikki and Ula are from eastern Montana, Broadus and Billings, respectively, and are exposed to harmful pollution from fossil fuel infrastructure in eastern Montana, including refineries, gas and coal-fired power plants, coal mining, and oil and gas development. "Unleashing" even more fossil fuels will increase Eva, Rikki, Ripley, Ula, and J.M.'s exposure to harmful air pollutants and cause additional health injuries that endanger their lives.

19.    While these air pollutants are already harming children's health, given existing levels of fossil fuel use, which are already considered to be dangerous, the higher average temperatures and heat waves that are occurring and will increasingly occur should more fossil fuels be "unleashed" will exacerbate this air pollution problem and worsen the Plaintiffs' existing injuries. Air pollution from fossil fuel extraction and burning leads to new cases of asthma, aggravates existing asthma, decreases lung function, increases respiratory symptoms like coughing, and leads to other adverse health impacts for children. Asthma is the most common pediatric

---

[6] Ostro, B. et al. (2024). Health impact assessment of PM2.5 from uncovered coal trains in the San Francisco Bay Area: Implications for global exposures. *Environmental Research 252*, 118787.

chronic disease and early exposure to air pollution has been associated with the development of asthma in children.

20.     Children are particularly vulnerable to air pollution as they have higher minute ventilation, and inhale more pollutants per pound of body weight.[7] Additionally, since they tend to spend more time outdoors than adults, they are also more at risk from outdoor air pollution. Children and youth with chronic health conditions such as asthma, allergies, or other lung diseases, including Plaintiffs Olivia, Georgi, Lander, Isaac, Joseph, Lander, N.K., J.K., J.M., Avery, Ripley, and Ula, are more susceptible to poor air quality, which can result in visits to the emergency room, and hospital admissions are more common during poor air quality days. Repeated exposure to air pollution at a young age can lead to impaired physical or cognitive development in children, with lifelong consequences.[8] Because children live longer lives, they are more likely to develop health problems that occur years after an exposure to air pollution, or after years of exposure to air pollution. Any decrease in fossil fuel pollution, or fossil fuel pollution avoided, will provide an immediate benefit to Plaintiffs' health, lives, and longevity.

---

[7] Gilliland, F. D., et al. (1999). A theoretical basis for investigating ambient air pollution and children's respiratory health. *Environmental Health Perspectives*, *107*(Suppl 3), 403-407; Dixon, J. K. (2002). Kids need clean air: Air pollution and children's health. *Family & Community Health*, *24*(4), 9-26.

[8] Perera, F. P. (2017). Multiple threats to child health from fossil fuel combustion: Impacts of air pollution and climate change. *Environmental Health Perspectives*, *125*(2), 141–148.

21.     Defendants' actions to "unleash" fossil fuels and stymie renewable energy by extending the operational life of coal-fired power plants (such as Colstrip in Montana), expanding coal mining (for example, Spring Creek and Signal Peak Coal Mines in Montana), increasing oil and gas development across the West and elsewhere, slowing the transition to electric vehicles, among other actions, will *increase* hazardous air pollution in and around the communities where Plaintiffs live, go to school and recreate. Each action Defendants take to extend or expand the burning or extraction of fossil fuels puts more harmful air pollutants in the air and causes additional harms to the health and safety of Plaintiffs—especially those living near fossil fuel infrastructure, including Eva, Rikki, Ripley, Ula, and J.M. These harms are compounding and will worsen if Defendants are allowed to "unleash" additional fossil fuel extraction and burning and stymie renewable energy development, which is why stopping the Defendants' executive orders are so important with respect to protecting the Plaintiffs' physical health.

**Climate Change Harms Children's Health**

22.     According to the report, "Climate Change and Human Health in Montana: A Special Report of the Montana Climate Assessment," which I co-authored, "[c]limate change is increasing the intensity and frequency of heat waves . . . . [B]y the end of the century parts of Montana could see as many as 54 additional

days over 90°F (32°C)."[9] Because $CO_2$ is a long-lived pollutant, as Dr. Steven Running explains, the decisions made *today* regarding fossil fuels have long-term consequences for how much temperatures will rise and how much more Plaintiffs will be exposed to dangerous heat and the resulting physical harms. Rising temperatures impair the physical, emotional, and cognitive development of children and can adversely impact their learning. Extreme heat and heat waves are associated with many poor health outcomes including all-cause mortality, asthma and COPD hospitalization, cerebrovascular disease, cardiovascular morbidity and mortality.[10] In children with asthma, including Plaintiffs Olivia, Isaac, and Joseph, exposure to higher temperatures is associated with lower lung function, which is linked to development of chronic respiratory disease later in adulthood.[11]

23.    Defendants know of the dangers to children posed by rising temperatures. The federal government has long-known, with a "very high confidence," that children face a higher risk of getting sick or dying from extreme

---

[9] Adams, A., Byron, R., Maxwell, B., Higgins, S., Eggers, M., Byron, L., & Whitlock, C. (2021). *Climate Change and Human Health in Montana: A Special Report of the Montana Climate Assessment*. Bozeman, MT.

[10] Khatana, S.A.M., Werner, R.M., Groeneveld, P.W. (2022). Association of extreme heat with all-cause mortality in the contiguous US, 2008-2017. *JAMA Network Open*, *5*(5), e2212957.

[11] McGeachie, M.J., et al. (2016). Patterns of Growth and Decline in Lung Function in Persistent Childhood Asthma. *New England Journal of Medicine*, *374*(19), 1842-52; Kalhan, R, et al. (2010). Lung function in young adults predicts airflow obstruction 20 years later. *American Journal of Medicine*, *123*(5), 468.e1-468.e7.

heat.[12] Research has also found that for every increase in temperature of 1°C (1.8°F) above a temperature threshold of between 27°C (80.6°F) to 29°C (84.2°F), adults experience a 2-3 percent increase in mortality.[13] A separate 2024 study found that heat-related mortality in the United States increased between 1999 and 2023. There was year-to-year variability, but particularly significant is that from 2016 through 2023, i.e., the last seven years of the study, the age-adjusted mortality rate (AAMR) increased by 16.8% per year.[14] The health, safety, and lives of Plaintiffs Eva, Rikki, Lander, Grace, Georgi, Delaney, Joseph, Miko, Kalālapa, B.B., J.M., I.H., and J.H. have already been harmed by rising temperatures caused by anthropogenic climate change. This means that if temperatures continue to rise, which is what will happen if Defendants further "unleash" fossil fuels, these youth Plaintiffs, and other children, will experience worsening health injuries, including an elevated risk of mortality (and other heat-related illnesses) as they grow up.

---

[12] Crimins, A.J., et al. (2016). *Executive Summary. The Impacts of Climate Change on Human Health in the United States: A Scientific Assessment*. U.S. Global Change Research Program, Washington, DC.

[13] Basu, R., & Ostro, B. D. (2008). A Multicounty Analysis Identifying the Populations Vulnerable to Mortality Associated with High Ambient Temperature in California. *American Journal of Epidemiology*, *168*(6), 632–637. Graff Zivin, J., & Shrader, J. (2016). *Temperature Extremes, Health, and Human Capital*. *26*(1), 31-50.

[14] Howard, J. T., Androne, N., Alcover, K. C., & Santos-Lozada, A. R. (2024). Trends of Heat-Related Deaths in the US, 1999-2023. *JAMA, 332*(14), 1203-1204.

24.    Extreme heat can also lead to and exacerbate respiratory problems, more frequent emergency department visits, and impaired school performance in children.[15] Plaintiffs Olivia, Isaac, Joseph, J.K., and N.K., each with an underlying pulmonary condition, are especially susceptible to worsening of those conditions due to increasingly common extreme heat waves. Joseph's experience, as stated in the Complaint and his declaration, of being hospitalized and intubated from exposure to extreme heat is consistent with the increased health risks I and other physicians are seeing among young people as extreme temperatures become more common, making it increasingly likely that with "unleashed" fossil fuels, Joseph will have heightened risk of life-threatening heat events. Extreme temperatures and other heat-related physical injuries, which are increasingly frequent due to anthropogenic climate change, are already harming youth, including these Plaintiffs. Children, including Plaintiffs, are more vulnerable to heat-related injuries compared to adults given the unique physiology and lifestyles of children. Plaintiffs' heat-related injuries will only get worse if Defendants are allowed to "unleash" fossil fuels and impede the build-out of renewable energy, which is needed to protect children's

---

[15] Figgs, L.W. (2019). Emergency department asthma diagnosis risk associated with the 2012 heat wave and drought in Douglas County NE, USA. *Heart & Lung*, *48*(3), 250-257; Schapiro, L. H., McShane, M. A., Marwah, H. K., Callaghan, M. E., & Neudecker, M. L. (2024). Impact of extreme heat and heatwaves on children's health: A scoping review. *The Journal of Climate Change and Health*, *19*, 100335.

health because it would maintain energy sources while eliminating the harmful pollution that comes from fossil fuels.

25.    Climate change is increasing the duration and severity of the wildfire season, which results in increased indoor and outdoor air pollution from wildfire smoke.[16] Wildfire smoke has been associated with widespread negative health impacts on children and can trigger or worsen respiratory diseases, including asthma.[17] Wildfires are a significant source of particulate matter (PM) pollution, especially in the West and Northwest, including Montana, Oregon, and California, where most Plaintiffs call home.[18] While PM from any source is detrimental to health, recent research has highlighted how wildfire smoke is uniquely harmful, especially to children.[19] Twelve of the youth Plaintiffs in this case live in counties

---

[16] Adams, A., et al. (2021). *Climate Change and Human Health in Montana.*

[17] Adams, A., et al. (2021). *Climate Change and Human Health in Montana.*

[18] McClure, C. D., & Jaffe, D. A. (2018). US particulate matter air quality improves except in wildfire-prone areas. *PNAS*, *115*(31), 7901-7906; Neumann, J. E., et al. (2019). Estimates of Present and Future Asthma Emergency Department Visits Associated With Exposure to Oak, Birch, and Grass Pollen in the United States. *GeoHealth*, *3*(1), 11–27; O'dell, K., et al. (2019). Contribution of Wildland-Fire Smoke to US $PM_{2.5}$ and Its Influence on Recent Trends. *Environmental Science & Technology*, *53*(4), 1797-1804; Burke, M., Childs, M. L., De La Cuesta, B., Qiu, M., Li, J., Gould, C. F., Heft-Neal, S., & Wara, M. (2023). The contribution of wildfire to $PM_{2.5}$ trends in the USA. *Nature*, *622*, 761-766.

[19] Aguilera, R., et al. (2021). Wildfire smoke impacts respiratory health more than fine particles from other sources: observational evidence from Southern California. *Nature Communications*, *12*, 1493; Borchers Arriagada, N., et al. (2019). Association between fire smoke fine particulate matter and asthma-related outcomes: Systematic review and meta-analysis. *Environmental Research*, *179*(Pt A), 108777.

that received an "F" grade for 24-hour high particle pollution days between 2021-2023 in the American Lung Association, State of the Air, 2025 Report (Flathead, Missoula, Yellowstone, and Powder River counties in Montana; Lane county in Oregon; San Bernadino and Los Angeles County in California) (not all counties are monitored so other Plaintiffs may life in counties with similarly poor air quality).[20] Ongoing exposure to harmful air pollution harms these Plaintiffs and results in an elevated risk of mortality. All of the Plaintiffs have already been exposed, and will increasingly be exposed, to worsening air pollution due to the increasingly frequent and intense wildfires for which climate change is a major contributor (as Dr. Running explains in his declaration). Some of these Plaintiffs have experienced physical health injuries during or following exposure to wildfire smoke, including difficulty breathing, coughing, headaches, bloody nose, eye irritation, vocal cord irritation, and lethargy. Wildfire smoke also limits the ability of Plaintiffs to participate in healthy outdoor activities, such as playing sports, hiking, biking, and other activities. Those Plaintiffs with pre-existing respiratory conditions, including Olivia, Isaac, Joseph, J.K., and N.K. are especially susceptible to air pollution from wildfire smoke.

26.    Studies have shown that particulate matter from wildfire smoke can infiltrate buildings such that staying indoors does not always protect children from

---

[20] American Lung Association. (2025). *State of the Air 2025 Report*. https://www.lung.org/getmedia/5d8035e5-4e86-4205-b408-865550860783/State-of-the-Air-2025.pdf.

exposure to dangerous air pollutants from wildfires.[21] Plaintiff Kalālapa, who attends school in the Los Angeles area, describes wearing an N-95 mask for three (3) weeks in the aftermath of the extreme fires that tore through the Los Angeles area in January, 2025 because of the poor air quality, which included particulate matter, gases like carbon monoxide, and toxic chemicals from the burning of vehicles, structures and other toxic materials, including PAHs, lead, chlorine, bromine, and arsenic. Just being outside in such hazardous smoke conditions results in toxic particles settling on skin, clothes, hair and being brought inside the home creating additional exposure.

27.    Studies have also shown that "the impact of exposure to wildfire smoke extends far beyond the immediate vicinity, potentially affecting populations hundreds to thousands of kilometers from the fire source because of its ability to travel long distances."[22] For example, in 2023, plaintiff Delaney, who lives in Miami, Florida, was exposed to hazardous air pollution from wildfire smoke from Canada.[23] Thus, the Plaintiffs cannot escape from the harmful effects of wildfire smoke that is

---

[21]  Liang, Y., Sengupta, D., Campmier, M. J., Lunderberg, D. M., Apte, J. S., & Goldstein, A. H. (2021). Wildfire smoke impacts on indoor air quality assessed using crowdsourced data in California. *PNAS*, *118*(36), e2106478118.
[22] Han, D., et al. (2025). Global disparities in indoor wildfire-$PM_{2.5}$ exposure and mitigation costs. *Science Advances, 11*, eads4360.
[23] Jones, J. (2023). Wildfire Smoke From Canada Creates Unhealthy Air Quality in Florida, *New York Times*, https://www.nytimes.com/2023/10/03/us/wildfire-smoke-canada-air-quality-florida.html

likely to be made more frequent and severe if Defendants move forward with "unleashing" more fossil fuels than they are today. The only way to limit the Plaintiffs' exposure to wildfire-related air pollution is to reduce the use of fossil fuels that is driving the increase in wildfires.

28.    If Defendants are allowed to "unleash" fossil fuels and obstruct the build out of clean, renewable energy, it will increase the Plaintiffs' exposure to wildfire smoke, making the associated health harms it poses to these Plaintiffs even worse.

29.    Climate change is leading to increased amounts of pollen in the air, as well as the lengthening of pollen seasons.[24] The federal government has long-known, with "high confidence" that "[c]hanges in climate, specifically rising temperatures, altered precipitation patterns, and increasing concentrations of atmospheric carbon dioxide, are expected to contribute to increases in the levels of some airborne allergens and associate increases in asthma episodes and other allergic illnesses."[25] Plaintiffs Lander, Olivia, Georgi, Ula, Ripley, J.M., and Avery all have allergies have

---

[24] D'Amato, G., et al. (2020). The effects of climate change on respiratory allergy and asthma induced by pollen and mold allergens. *Allergy*, *75*(9), 2219–2228; Zhang, Y., & Steiner, A. L. (2022). Projected climate-driven changes in pollen emission season length and magnitude over the continental United States. *Nature Communications*, *13*, 1234; Adams, A., et al. (2021). *Climate Change and Human Health in Montana*; Anderegg, W.R., et al. (2021). Anthropogenic climate change is worsening North American pollen seasons. *PNAS, 118*(7), e2013284118.
[25] Crimins, A.J., et al. (2016). *Executive Summary. The Impacts of Climate Change on Human Health in the United States: A Scientific Assessment*.

18

experienced often debilitating symptoms including congestion, coughing, trouble sleeping, difficulty breathing, among other symptoms, such as congestion and watery or itchy eyes. If Defendants "unleash" fossil fuels and obstruct the build out of clean, renewable energy, Plaintiffs' allergies can be expected to worsen.

30.     It is my opinion that these Plaintiffs are already suffering harm to their physical and mental health and well-being from exposure to climate change impacts caused by pollution associated with fossil fuels. It is also my opinion that as the already documented climate change impacts worsen and become more severe, the number of children with asthma and allergies will increase, and those who already have asthma or allergies, including several of these Plaintiffs, will experience increasingly severe health impacts because of climate change. Even those Plaintiffs without asthma or allergies, by virtue of their youth, will have their health increasingly harmed due to the progressively worse air quality in the places they live, with long-term consequences to their health and well-being.

**Childhood Exposure to Air Pollution and Extreme Climate Events Can Result in Life-Long Injuries**

31.     Children, including Plaintiffs, are distinctly more vulnerable to lifelong adverse health consequences in terms of both severity and duration due to the exposure to fossil fuel pollution. Early childhood is critical for brain development. Stress from even minor disturbances during childhood, including environmental

stressors, can irreversibly impact neurodevelopment.[26] Specifically, exposure to products of fossil fuel combustion in childhood has been linked to lower IQ,[27] attention-deficit hyperactivity disorder,[28] and autistic traits.[29]

32.    The consequences of adversity experienced in childhood are also both quantitatively and qualitatively different from the consequences for adults. This fact has been firmly established by the robust ACE literature. ACEs include both narrowly defined acute traumatic events and, more broadly, chronic circumstances that threaten the safety, stability, and security of the childhood environment. Many

---

[26] Assari, S., & Zare, H. (2025). Extreme Heat Exposure is Associated with Lower Learning, General Cognitive Ability, and Memory among US Children. *Open Journal of Neuroscience*, *3*(1), 10; Granés, L., Essers, E., Ballester, J., Petricola, S., Tiemeier, H., Iñiguez, C., Soriano-Mas, C., & Guxens, M. (2024). Early life cold and heat exposure impacts white matter development in children. *Nature Climate Change*, *14*(7), 760–766.

[27] Wang, P., Tuvblad, C., Younan, D., Franklin, M., Lurmann, F., Wu, J., Baker, L. A., & Chen, J. C. (2017). Socioeconomic disparities and sexual dimorphism in neurotoxic effects of ambient fine particles on youth IQ: A longitudinal analysis. *PLoS ONE*, *12*(12), e0188731.  Harris, M. H., et al. (2015). Prenatal and Childhood Traffic-Related Pollution Exposure and Childhood Cognition in the Project Viva Cohort (Massachusetts, USA). *Environmental Health Perspectives*, *123*(10), 1072-1078. https://doi.org/10.1289/EHP.1408803

[28] Thygesen, M., Holst, G. J., Hansen, B., Geels, C., Kalkbrenner, A., Schendel, D., Brandt, J., Pedersen, C. B., & Dalsgaard, S. (2020). Exposure to Air Pollution in Early Childhood and the Association with Attention-Deficit Hyperactivity Disorder. *Environmental Research*, *183*, 108930.

[29] Lin, C. K., Chang, Y. T., Lee, F. S., Chen, S. T., & Christiani, D. (2021). Association between exposure to ambient particulate matters and risks of autism spectrum disorder in children: a systematic review and exposure-response meta-analysis. *Environmental Research Letters*, *16*(6), 063003.

of these adverse circumstances are more common in the aftermaths of extreme weather.

33.    ACEs are associated with profound consequences in adulthood, including poorer mental health, physical health, economic potential, and even life expectancy. There is a powerful dose-response relationship between the total number of ACEs experienced and increased likelihood of negative adult outcomes. These outcomes are significant, incur enormous costs, and include lower educational attainment, lessened employment opportunities, increased rates of mental illness and suicide, increased rates of cancer, diabetes, and heart disease, and early death.

34.    "Unleashing" more fossil fuels and hindering renewable energy development will lead to increased fossil fuel pollution, higher temperatures, and, consequently, more instances of exposure to traumatic or harmful climate events and air pollution for these youth Plaintiffs. Already, a child born in 2020 is expected to be exposed to up to a seven-fold increase in extreme heat waves compared to someone born in 1960.[30] Thus, the greater the emissions, the greater a child's lifetime exposure to extreme climate events and the resulting ACEs and mental health consequences. The economic burden of health conditions associated with ACEs

---

[30] Thiery, W., et al. (2021). Intergenerational inequities in exposure to climate extremes. *Science*, *374*(6564), 158-160.

among current adults in the United States was recently estimated at $14.1 trillion annually.[31]

35.    Plaintiffs are already experiencing harm from fossil fuel pollution and associated warming. The magnitude of long-term health injuries depends in part on the frequency with which children are exposed to climate impacts and the severity of those impacts. Their harms will mount as long as fossil fuel pollution and warming continue unabated, or increase, which will occur if Defendants are allowed to "unleash" fossil fuels. Conversely, all fossil fuels that stay in the ground, and every avoided fraction of a degree of warming confers benefit to these Plaintiffs and other children.

36.    Similar to the byproducts of fossil fuel combustion, there is no known safe level of exposure to lead: each additional microgram of exposure represents lost cognitive ability and lower academic achievement. With abatement measures, average blood lead level of children in the U.S. has steadily declined over the past 40 years, a change that represents millions—and possibly billions—of preserved IQ points and associated savings over time, over $10,000/child/lost IQ point.[32] Changes

---

[31] Peterson C., et al. (2023). Economic Burden of Health Conditions Associated With Adverse Childhood Experiences Among US Adults. *JAMA Network Open*, *6*(12), e2346323.

[32] Grosse, S. D., & Zhou, Y. (2021). Monetary valuation of children's cognitive outcomes in economic evaluations from a societal perspective: a review. *Children*, *8*(5), 352.

that lead to even incremental benefits to children in the short term have profound long-term benefits to those children's lives and to society at large, thereby underscoring the urgency of the need to protect children, including these Plaintiffs, from the dangers posed by fossil fuels.

**Defendants' Attacks on Science Further Endangers Children and Plaintiffs**

37.     Funding from the federal government, including through the EPA, National Science Foundation, National Institutes of Health, and other agencies provide critical support for research into the public health harms resulting from climate change and fossil fuels. Without funding from the federal government, it will be significantly more challenging to conduct the research necessary to inform health care providers, communities, elected officials, educators, and ultimately, children and their families, about the dangers posed by climate change and fossil fuels. It will also be harder for citizens, including Plaintiffs, to have access to the scientific research and backing needed to advocate for policy and legal changes that are required to protect their health and safety from the dangers posed by fossil fuels and climate change, not to mention prepare for the negative impacts that are already inevitable.

38.     Reports and data prepared by federal agencies are critical for public health researchers, medical providers, and others to be able to educate themselves about the dangers posed by climate change and fossil fuels, advocate for needed

protections, treat our patients, and to help them prepare for extreme events such as heat waves and wildfires. As one of authors of the 2021 report, "Climate Change and Human Health in Montana: A Special Report of the Montana Climate Assessment," I have a deep understanding and appreciation of the critical role that the federal government plays in supporting climate science. The "Climate Change and Human Health in Montana" report relied on the Third and Fourth National Climate Assessments, as well as other reports from federal agencies including the Environmental Protection Agency (EPA), National Oceanic and Atmospheric Administration (NOAA), National Aeronautics and Space Administration (NASA), National Institute of Health (NIH), Department of Energy (DOE), and United States Department of Agriculture (USDA). I also relied on the Fourth National Climate Assessment (NCA4) and other reports and data from federal agencies, including EPA and NOAA, in preparing my expert report and testimony for *Held v. State*.

39.    Nurses and doctors are consistently rated among the most ethical and trusted professionals, and play a critical role in educating children, youth, and their families about the public health dangers they face. To effectively and accurately educate the public and treat our patients, we need the research and data that the federal government has been funding and conducting for decades. If Defendants are allowed to continue to defund this research, fire federal employees doing scientific research on climate change and public health, and remove data and reports from

government websites, it will undermine the ability of the public health community to do the work needed to protect children and youth, including Plaintiffs, from ongoing dangers posed by climate change and fossil fuels, and provide them with good medical care.

40.    Funding cuts to the NIH, Centers for Disease Control and Prevention, Center for Medicaid and Medicare services, and other agencies limits both research on and treatment of mental health conditions, including these problems in youth. A 2024 survey of U.S. youth indicated that climate change is causing widespread distress among U.S. youth and affecting their beliefs and plans for the future. One fourth of respondents said that their feelings about climate change affected their daily lives. To cut funding while our youth are in such a mental health crisis is detrimental to their health and endangers their lives.[33] Working hospital night shifts for the past decade, it was a rare night that I did not admit a child or adolescent after a suicide attempt. In our conversations, I frequently found that climate anxiety is one of their concerns.

41.    I have seen firsthand the impacts of the funding cuts from the Trump administration. An organization I work with had secured a $120,000 Thriving

---

[33] Lewandowski, R.E., et al. (2024). Climate emotions, thoughts, and plans among US adolescents and young adults: a cross-sectional descriptive survey and analysis by political party identification and self-reported exposure to severe weather events. *The Lancet*, *8*(11), E879.

Communities Grant from the EPA (the funding was passed into law and approved under the Inflation Reduction Act). The grant was to fund a project with three components: "1) provide EPA air quality flags color-coded to reflect local air quality, 2) supply Purple Air PM 2.5 monitors to enable communities to monitor their own air quality rather than depending on distant monitors and, 3) arguably the most important aspect, conduct training and education on the importance of air quality to health, actions to protect oneself when air quality is suboptimal, and instruction on use and maintenance of an air quality monitor." The money was to be used to support Montana communities, enabling them to be better equipped and educated to address the health dangers posed by air pollution. However, on May 2, 2025, the organization received notification that the grant was being terminated by the EPA. No funds were received, nor are any expected at this point. Therefore, the project cannot go forward.

42.    The termination of the grant deprives the organization of an important resource to help communities in Montana that are struggling to stay informed about and learn how to mitigate the dangers posed by worsening air pollution, primarily from fossil fuel pollution and the increase in wildfire smoke resulting from the heat and drought fossil fuels cause. The EPA and other federal agencies from NSF to NIH are cutting a whole host of other grants and funding for scientific research across the country and the loss of that funding will further endanger children, youth, and their communities.

**Conclusion**

43.     We already have a children's health emergency on our hands caused by fossil fuel pollution and climate change. Defendants' actions are making it worse. The consequences to children and youth, including these Plaintiffs, are grave and will be life-long and long-term if unchecked. It is not an underestimate to say Plaintiffs' very lives and futures are at risk of being irreversibly harmed by Defendants' policies to "unleash" fossil fuels. To protect our nation's most vulnerable citizens—children—Defendants cannot be allowed to "unleash" fossil fuels, block renewable energy, and terminate critical funding sources.

44.     Each day that goes by,  Defendants take more actions to "unleash" fossil fuels. Children pay the price. Simply "treating" health problems caused by air pollution or climate change after they arise is neither possible nor acceptable. We need to respond to this children's health emergency with the requisite sense of urgency and address the underlying cause—fossil fuel extraction and burning. Time is of the essence.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 10, 2025 at Red Lodge, Montana.

_____

Lori G. Byron, MD, MS

# EXHIBIT A

# Lori Griffin Byron, MD, MS, FAAP

| Education | | |
|---|---|---|
| 1976-1980. | Kentucky Wesleyan College | Owensboro, KY |
| **BA, Religion and Philosophy, Summa cum Laude** | | |
| **BS, Mathematics, Summa cum Laude** | | |
| 1980-1984. | University of Louisville | Louisville, KY |
| **MD** | | |
| 1984-1987. | University of Alabama, Birmingham | Birmingham, AL |
| **Pediatrics internship/residency** | | |
| **2000** | **University of Oregon Medical Center.** | Portland, OR |
| **Mini-Fellowship, Child Sexual Abuse** | | |
| 2016-2020. | Johns Hopkins | Baltimore, MD |
| **MS, Energy Policy and Climate** | | |

| Professional experience | | |
|---|---|---|
| 1976-1980. | Physics Lab /Physics Department | Owensboro, KY |
| **Assistant and Secretary** | | |
| 1979 | LSU Medical Center | Shreveport, LA |
| **Hospital Chaplain Intern** | | |
| 1987-1988. | UAB, Department of Pediatrics | Birmingham, AL |
| **ER Attending, Child Abuse Specialist** | | |
| **1985-1988** | **UAB, Department of Pediatrics** | Birmingham, AL |
| **Critical Care Transport Physician** | | |
| 1988-2015. | Crow/NC IHS Hospital | Crow Agency, MT |
| **Staff Pediatrician** | | |
| **2013-2025** | **SCL Health** | Billings, MT |
| **Pediatric Hospitalist** | | |
| **2023-Present** | **Johns Hopkins** | Baltimore, MD |
| **Instructor, Advanced Academic Programs** | | |

| **Additional professional activities** | |
|---|---|

2019-Current.  Organizer, American Academy of Pediatrics Chapter Climate Advocates Program

2019-Current.    Co-founder and Chairperson, Montana Health Professionals for a Healthy Climate

2018-Current    Climate Change and Human Health in Montana: A Special Report of the Montana Climate Assessment, Leadership Team.

2017-2023.    EPA Children's Health Protection Advisory Committee (CHPAC)

2017-Current.    Executive Committee, American Academy of Pediatrics Council of

Environmental Health and Climate Change

2015-2018.    Environmental Public Health Tracking Workgroup, NACCHO

(National Association of City and County Health Officials)

2014-Current    Co-Chair, Citizens Climate Lobby Climate and Health Team

1999-2024    Tri-County FICMR (Fetal Infant Child Mortality Review) Co-Coordinator

1998-Current    Founder, Medical Director, Reach Out and Read-Crow Agency

1996-2021        Montana Chapter, American Academy of Pediatrics

President, 1996-1999; VP, 1995-1996; Secretary-Treasurer 1993-1995

Executive Council, 1993-2002, Legislative Chair 2014-2018,

Climate Committee Founder and Chair 2020-2022

1988-2016        Instructor, Pediatric Advanced Life Support

2013-2016        Founding Member, Montana Maternal Mortality Review Committee

2007-2015        Co-founder, Co-organizer, Crow Child Abuse and Referral Center

1988-2009        Chair, Co-Chair, Member, Crow Child Protective Team

2007                Workgroup, National IHS Child Abuse Policy

2001-2003.      AAP Representative, Montana EMS-C

2000                Hardin Parent-Child Activity Center Advisory Board

1995-1998        Board Member, Montana Council for Maternal and Child Health

1995-1998        Big Horn County Task Force, Postponing Sexual Involvement

1994-present    Founder and E.D., Reach Out and Read – Crow Agency, the first Montana site and first site in Indian country

1994-1995.      ADD Task Force, Billings MT

| | |
|---|---|
| 1994-1995 | Reviewer, Montana Rural Preventive Mortality Study, Critical Illness and Trauma Foundation |
| 1992-1994. | Volunteer Physician, Montana Migrant Council |
| 1984, 1987 | Medical volunteer work in Haiti |
| 1987-1988 | Alabama Attorney General's Task Force on Victim's Rights |

**Memberships**

American Academy of Pediatrics, Fellow

Montana Health Professionals for a Healthy Climate

Citizens Climate Lobby Health Team

Medical Society Consortium on Climate and Health

Sierra Club, Life Member

Physicians for Social Responsibility

Northern Plains Resource Council


Additional Certifications:                    ACLS, ATLS, PALS, NALS

Board Certified Pediatrics:                    ABP, 1988-Current

License:                    Montana, Active, #6202


**Awards**

American Academy of Pediatrics, "Lifetime Advocacy Award," 2024, presented in Orlando, FL Fall 2024

Montana Chapter, American Academy of Pediatrics, Distinguished Service Award 2022

Unsung Heroes of the American Academy of Pediatrics, 2021. Presented virtually.

Special Achievement Award (for Climate Advocacy), American Academy of Pediatrics, 2018, presented in Big Sky MT

FBI Award for Exceptional Service in the Public Interest 2011

American Academy of Pediatrics, "Native American Child Health Advocacy Award," 2005, Presented in Washington, D.C.

Montana Chapter, American Academy of Pediatrics, Special Service Award, 2005, presented in Big Sky, MT

Kentucky Wesleyan College, Alumni Achievement Award, 2005 Presented in Owensboro, KY

Crime Victims Service Award for Outstanding Service by U.S. Attorney's Office, 2003 presented in Billings, MT

Crow Service Unit Director's Service Award, 2001

The Bishop's Initiative to Alleviate Children in Poverty Award, 2000 (United Methodist Church)

Deaconess Billings Clinic Foundation Medical Achievement Award – presented to 2 physicians in Eastern Montana/year - 2000 - presented in Billings, MT

Celebrate Literacy Award, Big Horn County Reading Council, 1999

Billings Area Indian Health Service Award 1992 for Outstanding Performance in the Area of Child Abuse and Neglect

| Publications | |
|---|---|

Woolf, A; Stierman,B; Barnett,E; **Byron, L**..Drinking Water From Private Wells and Risks to Children: Policy Statement. Pediatrics. 02/2023. https://doi.org/10.1542/peds.2022-060644

Woolf, A; Stierman,B; Barnett,E; **Byron, L**..Drinking Water from Private Wells and Risks to Children: Technical Report. Pediatrics. Feb 3, 2023. https://doi.org/10.1542/peds.2022-

Patel, L; **Byron, L;** Maher, K. Integrating Climate Change Education into Board Certification for Pediatricians: a Model for Other Specialties, The Journal of Climate Change and Health, 11/2021. https://doi.org/10.1016/j.joclim.2021.100093

Rai, Pragya; Sutter, John I.; J Gary Wheeler; Byron, Robert G.; and **Byron, Lori G.** (2021) "Pediatric Climate Change Advocacy: A Call to Action for Health Care Providers," *Journal of Applied Research on Children: Informing Policy for Children at Risk:* Vol. 12: Iss. 1, Article 11. https://digitalcommons.library.tmc.edu/childrenatrisk/vol12/iss1/11/

**Byron, L** and Akerlof, K.L. Climate and health concerns of Montana's public and environmental health professionals: a cross-sectional study. *BMC Public Health* **21,** 1778 (2021). https://doi.org/10.1186/s12889-021-11737-1

Adams A, Byron R, Maxwell B, **Byron L,** Higgins S, Eggers M, Whitlock C. 2020. Climate change and human health in Montana: a special report of the Montana Climate Assessment. Bozeman MT: Montana State University, Institute on Ecosystems, Center for American Indian and Rural Health Equity. (In review)

**Byron, L.** Contributor. Pediatric Environmental Health, 4th Edition. 2019. Itasca IL. American Academy of Pediatrics

**Byron, L:** Chapter: The Rural Physician's Perspective; In McCloskey, Orr, eds.: Textbook of Pediatric Transport Medicine, Mosby-Year Book, St. Louis, MO, 1995

McCloskey K, King W., **Byron, L.:**  Pediatric Critical Care Transport:  Is a Physician Always needed on the team? Annals of Emergency Medicine, 18:3:247-249

**Byron, Lori G:**  Joe Taught Me to be a Christian Physician. Christian Medical Society Journal, #5:  17,1984

**Publication Reviewer**

Annals of Global Health
Pediatrics
Journal of Climate Change and Health

# EXHIBIT B

FILED

AUG 1 4 2023

ANGIE SPARKS, Clerk of District Court
By_____ Deputy

1

2

3

4

5

6

7        **MONTANA FIRST JUDICIAL DISTRICT COURT**

8          **LEWIS AND CLARK COUNTY**

9    RIKKI HELD, et al.,                     Cause No. CDV-2020-307

10

11              Plaintiff,

12    v.                                **FINDINGS OF FACT,**
                                    **CONCLUSIONS OF LAW,**
13    STATE OF MONTANA, et al.,              **AND ORDER**

14

15              Defendant.

16

17              **PROCEDURAL HISTORY**

18              On March 13, 2020, sixteen Montana youth (collectively Plaintiffs

19    or Youth Plaintiffs) filed a Complaint for Declaratory and Injunctive Relief

20    (Doc. 1) against the State of Montana, the Governor, Montana Department of

21    Environmental Quality, Montana Department of Natural Resources and

22    Conservation, Montana Department of Transportation, and Montana Public

23    Service Commission (collectively Defendants or State). Plaintiffs' Complaint

24    challenged the constitutionality of the State's fossil fuel-based state energy

25    system, which they allege causes and contributes to climate change in violation

405

94.     Projections indicate atmospheric $CO_2$ and other GHGs will increase the severity of all impacts to the climate for the foreseeable future, absent drastic reduction in fossil fuel use and the resulting GHG emissions. [SR 106:1-18, 169:22-170:10, 170:16-22; CW 269:14-18; SR-46, SR-47].

95.     There is a strong scientific consensus that as GHG emissions continue to increase, impacts to the climate will become more severe. [SR 106:15-18, 137:3-9; SR-43].

96.     The yearly days in Montana with extreme heat, meaning temperatures over 90 degrees, is expected to increase by $11 - 30$ days by midcentury, and by as much as two months by the end of the century. [CW 273:6-20; CW-24, CW-28]. At the same time, the number of days above freezing will increase by weeks to months in the future. [CW 273:6-20, 275:21-276:7; CW-27; P222].

97.     Projections indicate a high-emission scenario results in 9.8°F of warming in Montana by 2100, relative to temperatures in 1971-2000. An intermediate emission scenario projects an increase of 5.6°F in Montana by 2100, relative to temperatures in 1971-2000. [CW 270:1-271:9; CW-23; P222].

98.     According to the Intergovernmental Panel on Climate Change (IPCC), "Climate change is a threat to human well-being and planetary health (*very high confidence*). [SR-48]. There is a rapidly closing window of opportunity to secure a liveable and sustainable future for all (*very high confidence*) . . .. The choices and actions implemented in this decade will have impacts now and for thousands of years (*high confidence*)." [SR 149:15-150:7; P143; SR-48, SR-63; LB-43].

/////

99.    According to the IPCC, "[i]n the near term, every region of the world is projected to face further increases in climate hazards (*medium to high confidence*, depending on region and hazard), increasing multiple risks to ecosystems and humans (*very high confidence*). Hazards and associated risks expected in the near-term include an increase in heat-related human mortality and morbidity (*high confidence*), food-borne, water-borne, and vector-borne diseases (*high confidence*)." [SR-46, SR-47; LB-42].

## III.    CLIMATE CHANGE HARMS CHILDREN AND SPECIFICALLY THE YOUTH PLAINTIFFS.

100.    Dr. Lori Byron obtained a Doctor of Medicine degree in 1984. She has been a board-certified pediatrician since 1988. Dr. Byron earned a M.S. in Energy Policy and Climate from Johns Hopkins in 2020. From 1988-2015, Dr. Byron worked with the Indian Health Service in Crow Agency, Montana, providing primary care, emergency care, and public health services to Crow Indian children. Dr. Byron now works as a pediatric hospitalist at SCL Health in Billings, Montana. Dr. Byron has decades of experience caring for children who have suffered Adverse Childhood Events (ACEs). Over the past decade, Dr. Lori Byron and her husband, Dr. Rob Byron, have made presentations on climate change and health locally, nationally, and internationally. Dr. Lori Byron finished a six-year term on the Executive Committee of the Council on Environmental Health and Climate Change with the American Academy of Pediatrics and a six-year term on the Children's Health protection Advisory Committee with the Environmental Protection Agency (EPA). Dr. Byron was an author on the 2021 report "Climate Change and Human

/////

1   Health in Montana: A Special Report of the Montana Climate Assessment," as

2   well as other climate and health publications.

3       101.   Dr. Byron provided expert testimony that climate change

4   and the air pollution associated with it are negatively affecting children in

5   Montana, including Youth Plaintiffs, with a strong likelihood that those impacts

6   will worsen in the absence of aggressive actions to mitigate climate change.

7   Dr. Byron outlined ways in which climate change is already creating conditions

8   that are harming the health and well-being of the Youth Plaintiffs. Dr. Byron

9   testified that reducing fossil fuel production and use, and mitigating climate

10  change now, will benefit the health of the Youth Plaintiffs now and for the rest of

11  their lives. Dr. Byron is a well-qualified expert, and the Court found her

12  testimony informative and credible.

13       102.   Dr. Lise Van Susteren is a board certified general and

14  forensics clinical psychiatrist, in practice for thirty years. She is a Clinical

15  Associate Professor of Psychiatry and Behavioral Sciences at George

16  Washington University in Washington, D.C. In 2009, Dr. Van Susteren co-

17  convened one of the first conferences on the psychological effects of climate

18  change. In 2013, Dr. Van Susteren worked with Dr. James Hansen and other

19  experts on a paper, Assessing "Dangerous Climate Change": Required

20  Reductions of Carbon Emissions to Protect Young People, Future Generations

21  and Nature. (Hansen et al., 2013). In May 2018, Dr. Van Susteren received the

22  Distinguished Fellow award of the American Psychiatric Association, its highest

23  membership honor. Dr. Van Susteren has helped develop youth climate anxiety

24  assessment tools, conducted research and reviewed data in assessing the mental

25  health of young people faced with climate change. Dr. Van Susteren provided

1    expert testimony on the physiological harms caused by climate change to

2    Montana's youth, including the Youth Plaintiffs, the psychological harms caused

3    by the MEPA Limitation, and the availability of remedies to alleviate Plaintiffs'

4    psychological injuries. Dr. Van Susteren is a qualified expert, and the Court

5    found her testimony credible.

6              103.   Michael Durglo, Jr., is a member of the Confederated Salish

7    and Kootenai Tribes (CSKT). He has a Bachelor of Science degree in

8    Environmental Science from Salish Kootenai College. Mr. Durglo has worked in

9    different capacities for the CSKT for over three decades.  In his current role as

10   Head of the Tribal Preservation Department and Chairman of the Climate Change

11   Advisory Committee (CCAC), Mr. Durglo has worked extensively with tribal

12   elders and youth on climate related issues. He has been involved with the

13   Institute for Tribal Environmental Professionals' Climate Change Adaptation

14   Planning Workshop, and he served as the co-chair of the National Tribal Science

15   Council and the chair of the EPA Region 8 Tribal Operations Committee,

16   consisting of EPA tribal environmental directors in Montana, Wyoming,

17   Colorado, Utah, and North and South Dakota. He has taught workshops and

18   seminars on climate adaptation planning throughout North America. Mr. Durglo

19   is a qualified expert and the Court found him informative and credible.

20             104.   Children are uniquely vulnerable to the consequences of

21   climate change, which harms their physical and psychological health and safety,

22   interferes with family and cultural foundations and integrity, and causes

23   economic deprivations. [LB 473:12-24, 474:12-477:12; LVS 1177:5-8,

24   1202:6-24, 1215:13-24, 1217:2-1222:11; MDJ 597:9-18, 600:23-604:14,

25   609:23-610:10; LB-9, LB-15, LB-16; LVS-11, LVS-25].

105.    Children are at a critical development stage in life, as their capacities evolve, and their physiological and psychological maturity develops more rapidly than at any other time in life. [LB 474:12-477:12, 485:10-486:1; LVS 1177:10-21, 1213:7-23, 1215:13-24].

106.    The brains and lungs of children and youth are not fully developed until around age 25. [LB 474:18-25; LVS 1213:7-16].

107.    All children, even those without pre-existing conditions or illness, are a population sensitive to climate change because their bodies and minds are still developing. [LB 473:12-24, 474:12-477:12; LVS 1177:2-1178:12, 1213:7-23; LB-9; LVS-11].

108.    The physical and psychological harms are both acute and chronic and accrue from impacts to the climate such as heat waves, droughts, wildfires, air pollution, extreme weather events, the loss of wildlife, watching glaciers melt, and the loss of familial and cultural practices and traditions. [LB 498:12-25, 524:11-22; LVS 1178:13-1179:6, 1196:6-11, 1200:7-1201:25, 1202:6-24, 1204:21-1205:19, 1206:19-1209:12, 1218:2-16, 1219:25-1220:11, 1221:19-21; MDJ 595:18-596:2, 597:6-18, 600:23-604:14, 606:11-607:2, 608:1-13, 609:23-610:10].

109.    Climate change can cause increased stress and distress which can impact physical health. [LB 526:8-16; LVS 1188:16-24; LVS-15]. Dr. Van Susteren observed that Youth Plaintiffs testified to specific personal consequences.  For example:

                a.    Grace feels fearful due to the glaciers disappearing from a state she loves.

/////

b.    Sariel has suffered significant distress due to the impacts of climate change on culturally important plants, and snow for creation stories. Her cultural connection to the land increases this impact.

c.    Mica has experienced a sense of loss from having to stay inside due to wildfire smoke.

d.    Olivia expressed despair due to climate change.

e.    Claire has been impacted by fear and loss from glaciers melting, and anxiety over whether it is a safe world in which to have children.

110.    Heat waves are associated with significant psychological stress. Increased heat and temperature negatively affect cognition and are linked to increased incidence of aggression and exacerbation of pre-existing mental health disorders. [LVS 1197:1-1198:7, 1200:7-12; LVS-29].

111.    Children have a higher risk of becoming ill or dying due to extreme heat. [LB-15, LB-16].

112.    Drought is associated with anxiety, depression, and chronic despair. [LVS 1200:24-1201:25].

113.    Wildfires, including those witnessed by Badge, are traumatic. Being surrounded by wildfires can make the world feel unsafe and the inability to breathe clean air creates anxiety. [LVS 1202:6-24, 1204:21-1205:19].

114.    The threat of loss can be enough to cause mental health harms, especially when there are no signs the future will be any different. [LVS 1203:15-1204:6].

/////

/////

115.    As climate disruption transforms communities, some Plaintiffs are experiencing feelings that they are losing a place that is important to them.

116.    The IPCC has found, with *very high confidence*, that climate change has "detrimental impacts" on mental health and the harms to mental health are expected to get worse. [LVS 1185:12-1186:3, 1192:23-1194:9, 1195:6-13; P127; LVS-23, LVS-24].

117.    The 2021 report, Climate Change and Human Health in Montana, found that "[t]he mental health impacts of climate change are profound and varied." [LVS-27]. Extreme weather events, prolonged heat and smoke, and environmental change can all impact mental health and increase feelings of disconnectedness and despair. [LVS 1196:6-11; P31; LVS-28].

118.    Exposure to extreme heat can cause heat rash, muscle cramps, heatstroke, damage to liver and kidney, worsening allergies, worsening asthma, and neurodevelopmental effects. [LB 485:2-9; P31; LB-13, LB-14].

119.    The psychological harms caused by the impacts of climate change can result in a lifetime of hardships for children. [LVS 1194:4-9, 1210:2-1211:2, 1213:24-1215:4; P127; LVS-12].

120.    The physiological features of children make them disproportionately vulnerable to the impacts of climate change and air pollution. [LB 474:14-25, 475:4-10; LVS 1213:7-23; LB-9, LB-10; LVS-11].

121.    Children have a higher basal metabolic rate, which makes it harder for them to dissipate heat from their bodies. [LB 475:14-21].

/////
/////

Findings of Fact, Conclusions of Law, and Order – page 31
CDV-2020-307

122.    Children breathe in more air per unit of time than adults and consume more food and water proportional to their body weight, making children more susceptible to polluted or contaminated air, water, or food. [LB 476:21-477:12].

123.    Typical child behavior and physiology—which involves spending more time recreating outdoors and more difficulty self-regulating body temperature—render children more susceptible to excess heat, poor air quality, and other climate change impacts. [LB 476:21-477:12, 481:9-19].

124.    Childhood exposure to climate disruptions and air pollution can result in impaired physical and cognitive development with lifelong consequences. Air pollution can trigger or worsen juvenile idiopathic arthritis, leukemia, and asthma in children. [LB 482:9-21, 502:4-22; LB-25; LVS 1205:20-1206:8, 1207:18-1208:3].

125.    The air quality where Plaintiffs live has been negatively impacted by smoke from wildfires contributed to by climate change.

126.    Allergies are increasingly prevalent among children and anthropogenic climate change is extending the allergy season and exacerbating allergy symptoms. An increase in these symptoms can affect children's physical and psychological health by interfering with sleep, play, school attendance, and performance. [LB 484:25-485:9, 508:2-16; LVS-30].

127.    Climate change is contributing to an increase in the severity and frequency of asthma in children. Six million children in the U.S. ages 0-17 have asthma, which translates to approximately one in every twelve children. [LB 485:7-8, 503:1-14, 505:4-25; LB-26, LB-30].

/////

128.   Children who have pre-existing respiratory conditions, including asthma, are especially vulnerable to climate impacts, including increasing air pollution and rising temperatures. Wildfire smoke has harmed the health of Plaintiffs Olivia, Jeffrey, and Nate, all who have pre-existing health conditions, and other Plaintiffs, including Badge and Eva. [LB 505:12-506:20, 508:23-509:1; LB-28].

129.   Plaintiffs Olivia and Grace are distressed by feeling forced to consider foregoing a family because they fear the world that their children would grow up in. [LB 497:4-21; LVS 1214:21-1215:1, 1221:19-1222:5; GGS 208:3-22].

130.   Plaintiffs Rikki, Kian, Claire, and Taleah, face economic deprivations, including barriers to keeping family wealth and property intact and decreased future economic opportunities.

131.   Extreme heat threatens the health of competitive athletes, including Kian, Georgi, Claire, and Grace. [LB 490:6-491:15; LB-18].

132.   For indigenous youth, like Ruby, Lilian, and Sariel, extreme weather harms their ability to participate in cultural practices and access traditional food sources, which is particularly harmful to indigenous youth with their place-based cultures and traditions. [LB 491:23-493:9; MDJ 579:19-580:9].

133.   Because of their unique vulnerabilities, their stages of development as youth, and their average longevity on the planet in the future, Plaintiffs face lifelong hardships resulting from climate change. [LB 474:14-25, 475:4-10; LVS 1177:2-1178:12, 1189:1-6,1194:4-9, 1210:2-1211:2, 1213:7-23, 1215:13-24].

/////

134.    Youth are more vulnerable to the mental health impacts of climate change because younger people are more likely to be affected by the cumulative toll of stress and have more adverse childhood experiences (ACEs). ACEs increase the likelihood of cumulative trauma that leads to mental and physical illness, as well as an increased risk of early death. [LB 521:14-16, 5236-15; LVS 1210:2-1211:2; LB-33; LVS-31].

135.    ACEs can cause prolonged fear, anxiety, and stress, cognitive impairments, and unhealthy risk behaviors. ACEs can also cause long-term health impacts including increased risk of obesity, diabetes, heart disease, depression, strokes, chronic obstructive pulmonary disease, and broken bones. [LB 516:3-20, 519:16-520:4, 522:17-523:2; LB-34].

136.    Children born in 2020 will experience a two to sevenfold increase in extreme events, particularly heatwaves, compared with people born in 1960. [LB 495:1-11, 497:1-3; P45; LB-20].

137.    According to the IPCC, "Climate change is a threat to human well-being and planetary health (*very high confidence*)." The IPCC stated, "Without urgent, effective, and equitable mitigation and adaptation actions, climate change increasingly threatens ecosystems, biodiversity, and the livelihoods, health and wellbeing of current and future generations (*high confidence*)." [LB 530:11-533:9; LB-43, LB-44; P143; SR-61].

138.    The unrefuted testimony at trial established that climate change is a critical threat to public health. [LB 536:10-537:14].

139.    Actions taken by the State to prevent further contributions to climate change will have significant health benefits to Plaintiffs. [LB 534:25-535:9].

Findings of Fact, Conclusions of Law, and Order – page 34
CDV-2020-307

1    g.    Mica's favorite animal is the pika. Mica understands

2  the pika is uniquely vulnerable to climate impacts, and its survival is in jeopardy

3  due to climate change.

4    h.    Mica's outdoor recreation activities such as enjoying

5  the views of glaciers in Glacier National Park are disrupted by climate change.

6  Seeing the glaciers recede in Glacier National Park is depressing for Mica.

7    i.    Climate change causes Mica to feel anxious, stressed,

8  and depressed, and makes it hard for him to sleep at times.

9    206.    Plaintiffs Jeffrey K. and Nathaniel K. are brothers who grew

10  up in Montana City, Montana.

11    a.    Jeffrey K. has pulmonary sequestration and is

12  uniquely susceptible to respiratory complications, such as infections. Nathaniel

13  K. also has respiratory issues. Both Jeffrey and Nate are therefore especially

14  vulnerable to poor air quality, such as smoke-filled air caused by wildfires. [LB

15  487:21-488:11, 505:4-25].

16    b.    The increasing length and severity of the wildfire

17  season harms Jeffrey's and Nathaniel's health, especially given their young age

18  and pre-existing respiratory health conditions.  It has forced their family to make

19  changes in daily activities. [LB 487:21-488:11, 505:4-25].

20    207.    Plaintiffs Ruby D. and Lilian D. are from Bozeman,

21  Montana. Shane Doyle is their father and he testified on their behalf.

22    a.    Ruby and Lilian are members of the Crow Nation.

23  Ruby and Lilian regularly travel to the Crow Reservation to visit family members

24  and engage in traditional cultural activities.

25  /////

Findings of Fact, Conclusions of Law, and Order – page 62
CDV-2020-307