Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Daniel C. Snyder*
Haley Nicholson*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Attorneys for Plaintiffs*
**Admitted pro hac vice*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| **EVA LIGHTHISER**; et al.<br>　　　　　Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; et al.<br>　　　　　Defendants. | Case No: CV-25-54-BU-DLC<br><br>**DECLARATION OF AVERY McRAE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Avery McRae, hereby declare and if called upon would testify as follows:

1. I am a Plaintiff in the above-entitled action. I am making this declaration in support of our Motion for a Preliminary Injunction to stop the unleashing of fossil fuels, blocking renewable energy, and dismantling climate science that is happening because of the Executive Orders we are suing over. I have personal knowledge of the facts I state herein and if called to testify, I would and could testify competently thereto.

2. I am a nineteen-year-old citizen of the United States and resident of Eugene, Oregon and am attending college in central Florida. I grew up spending considerable time swimming in rivers and lakes, hiking in the Pacific Northwest forests, and recreating in the mountains and along the coastline of the Pacific Ocean. My whole childhood was centered around being outside, including spending time with my aunt's horses, riding at my local stable, caring for pets and chickens of my own and those of others in my community. I have grown up taking care of livestock and other animals and I feel responsible for keeping them safe from human harm, including human induced climate change. Being outside caring for animals and spending time in these special places in nature in my home state and my adopted college state of Florida is essential to my happiness, my health, and my wellbeing. My experience of Oregon's rivers, forests, coastlines, and mountains, and my ability to grow my own food and care for animals is an important part of my family life,

how I was raised by my parents, and would be an essential part of forming my own family if I have children. In addition to this, because of the Defendants' actions taken to rapidly worsen the state of our climate system, I feel less and less inclined by the day to bring children into this world.

3. My childhood memories are full of fires and smoke that would not have occurred or been as violent were it not for fossil fuel pollution and climate change. During the summer of 2021, there were multiple fires burning near my home in Eugene, Oregon. That August, I spent four days doing manual labor in the brutal heat and smoke taking care of livestock that had been evacuated from the nearby forest fires. I was responsible for ensuring the horses remained hydrated and that they didn't overheat. The horses were also stuck in the small pens they had been placed in when evacuated, so I was responsible for taking them on walks outdoors so that they could stretch and get exercise. I was also responsible for cleaning the pens and cages of geese, chickens, and ducks, ensuring they had enough food and water. The work was hard because of the heat and smoke but it was also anxiety-inducing as the winds could change at any time, worsening the fires, and putting me or my home in danger of evacuation orders. The skies were sometimes a deep red when the sun tried to break through, but mostly a dirty gray and every day looked like an apocalypse with ash falling from the sky. It was stressful and I was constantly worried about the animals and my community as a whole.

4.       In 2022, another devastating wildfire burned near my childhood home. Dubbed the Cedar Creek Fire, this blaze completely destroyed the campground at Waldo Lake and huge swaths of forested public land surrounding the lake. That campground is where I grew up. It's where I learned to swim, where I learned to ride a bike, where I learned to sail, and is where some of my most precious core childhood memories were made. The winds that drove this fire were so strong that firefighters were unable to save the campgrounds. There were so many wildfires happening simultaneously that firefighters were forced to prioritize their efforts on fighting those fires that posed a greater threat to residents' homes and property. It's devastating for me because when I bring friends home from college—or any person I meet in the future who I want to know me and the place I'm from—I want to show them where I grew up and Waldo Lake is the first place I think of. It was such a significant part of my life that even if it does reopen one day, I don't know when I'll be able to go back because it's just so upsetting. It makes me so sad to lose access to this magical place of my childhood. The U.S. Forest Service describes Waldo Lake this way:

> "Waldo Lake is a recreation gem of the Cascades (besides the hordes of mosquitoes in early summer). Waldo Lake is one of the largest natural lakes in Oregon. Lying high on the western slopes of the Oregon Cascades, Waldo Lake is one of the largest natural lakes in Oregon and one of the purest lakes in the world. It has no permanent inlet to bring nutrients into the lake for plant growth. The lack of plant life contributes to its purity. You can see to depths of 120 feet on a calm day. It offers a uniquely peaceful setting on the water and along remote shorelines,

3

      surrounded by forests of Douglas fir and Western Hemlock."
      https://www.fs.usda.gov/r06/willamette/recreation/waldo-lake-area

Clearly, the Forest Service has not updated its website because the peaceful setting is no longer surrounded by those living forests. They have been killed by heat, drought, unstoppable fire, and climate change. While those 2022 fires burned, our air was chock full of unhealthy and hazardous smoke, forcing me indoors, limiting my time outdoors and my ability to recreate in Oregon's mountains and along its rivers and lakes. The parts of Oregon that are a part of who I am were inaccessible and unsafe, as was my air for days on end. I now dread the summer when wildfire smoke requires wearing masks and prevents me from safely participating in outdoor activities, including engaging in outdoor farm work. Summer and early fall has become the time of year when I am glued to the AQI apps, asking if it's safe to go outside and breathe. This will only worsen with more fossil fuel pollution.

     5.    I also have allergies, which are getting worse as climate change worsens, which makes being outside in the warmer months uncomfortable physically. I am aware that if more fossil fuel pollution is unleashed, I will experience more harm from extreme fires, smoke, and allergies in Oregon.

     6.    Just this week in my hometown we broke all temperature records for June 8-9, reaching 94 degrees F. This level of heat and dryness, in addition to being uncomfortably hot and limiting my time outside, invokes more anxiety for the months ahead.

7.  In college, I am studying environmental studies because I want to work to protect the natural environment that is essential to all life, my own health, and the wellbeing of my generation and those to come. I went to college on the opposite side of the country so that I could see different environments, experience different cultures, and give myself new beautiful natural environments to fall in love with. However, my college education has been disrupted by multiple hurricane evacuations and flooding events. First, early in my first year of college I was forced to evacuate during Hurricane Idalia in 2023, fleeing inland where my roommate and I stayed with a family friend. I was evacuated from school for 5 days due to Hurricane Idalia. I was scared as the hurricane hit us head on, and while we lost power, being inland kept us unharmed by floodwaters. While evacuated, we had to attend classes over Zoom.

8.  In 2024, I had to evacuate again from *both* Hurricanes Helene and Milton, again disrupting my education and forcing me to incur significant expenses. Several friends and I drove further south to my roommate's family home which was not under evacuation orders, however, shortly after our arrival, the home we evacuated to was itself subject to a mandatory evacuation. Local police patrolled neighborhoods telling residents to move inland. Even though the house was on stilts and potentially secure from rising storm waters, it was deemed too dangerous to stay, so we quickly found alternate accommodations for 5 days in a one-bedroom cabin

5

in rural Sarasota, 1.5 hours away from campus. When the hurricane then spawned tornadoes, the four of us hunkered down and spent 3-4 hours sitting in a closet for protection. 70 MPH winds bred tornadoes in all directions, several within just a mile of our lodging. My friends and I had to pay out of pocket for the cabin. Luckily, I kept my car with me, as all the cars that were left on campus were flooded in several feet of saltwater, damaging the vehicles beyond repair. After 5 days, we were still unable to return to campus given all the damage. The school notified us that we would be unable to return for at least another week. So I drove myself to the Tampa airport and got on a flight home to Oregon. Then the second hurricane hit.

9. My school and my college town sustained significant damage requiring extensive repairs, so I had to stay in Oregon for online classes for 5 weeks. My school was closed for 5 weeks given the damage to the coastal campus. Despite the campus sea wall, 2-3 feet of salt water flowed across campus. The seawater left a visible high-water mark on buildings. The saltwater corroded pipes and destroyed campus infrastructure. Many of my classmates' rooms were flooded and their personal property was completely destroyed. Vehicles left on campus were inundated with ocean water, and students returning found their cars filled with sand and fish and engines destroyed by the saltwater. Roofs and gutters were damaged, electrical infrastructure was destroyed by saltwater inundation, and a yacht was

unmoored and deposited on campus. Wind gusts of 60 to 70 MPH toppled trees and brought down power lines.

10. My car was safely parked on the second level of the long-term economy parking lot at the Tampa airport for those five weeks, but I had to pay out of pocket $250 which was half price given the disaster. In addition, I had to pay for flights to and from Oregon in order to get home quickly, which totaled around $1200 round trip. College is already expensive, and both my parents and I are taking out loans to afford it. Because of this, the unexpected costs were burdensome to have to pay for on a whim.

11. I work on a small farm on campus that provides produce for the cafeteria and students, including food for me. Part of the reason I love my work on the farm is due to the beautiful array of tropical banana trees that produce beautiful fruit in the spring. However, because of the hurricanes, all of the racks of bananas were knocked off in the wind. They take months and months to grow back and ripen. In addition to this, the farm was severely damaged by the seawater. Most of the plants that had been planted for the fall season were destroyed by salty flood waters, setting our farming season back several months. We had to rebuild rows, replant almost everything, as well as make sure that there wouldn't be any long-term effects on the plants from the excessive salt exposure from the sea water. I lost access to an important food source as a result.

12. The beautiful beach right near campus, a natural feature that drew me to this school, was devastated in the storm. Several of my professors' homes were damaged, delaying classes and creating gaps in courses.

13. Even apart from the harms I've experienced from these three hurricanes in just the past two years, I've also had traumatic experiences swimming in the ocean waters adjacent to my school, which were one reason I chose to attend school in Florida. While I was looking forward to experiencing warmer ocean waters than the Pacific naturally provides, I have had the experience of not even wanting to be in the ocean water near my school because of extreme ocean temperatures, known as marine heatwaves, like the one that hit Florida's waters in 2023. I experienced ocean temperatures over 100°F, which felt like being in a hot tub. I could not escape the hot air temperatures by swimming in the ocean. And because of my long-time knowledge of the impacts of warming oceans and acidification on marine life, I knew that these ocean temperatures were bleaching coral and harming the marine life.

14. Leaving Oregon for Florida only exposed me to another set of harms from climate change. I can't escape the harmful effects of fossil fuel pollution on either side of the country. I am trapped in the climate system that fossil fuel pollution has created. I know that the hurricanes, flooding, and heating ocean temperatures I am exposed to are only going to worsen if the Executive Orders are not stopped.

15. I have also experienced physical harm caring for farm animals during extreme ice storm events in Oregon. In January of 2024, while home on winter break from college, Eugene—along with many other parts of the country—experienced an unprecedented freeze. Temperatures dropped drastically and my town was covered in a sheet of ice, bringing down trees and knocking out electricity. During the freeze, I was taking care of a family friend's property. I was by myself on the property and was responsible for six dogs, two horses, two cats, and a number of chickens. The property lost power on and off, and the hose for the water for the animals froze, so I had to trek uphill three times a day carrying buckets of warm water to refill the horses' water troughs. My dad had to leave my mom and our dog home alone to come help me because it was so physically challenging and emotionally stressful to have to manage it on my own. For instance, I needed help to move the dogs indoors so that they wouldn't injure themselves on the ice and when they needed their exercise, I had to put crampons on my shoes so that I could walk them. Even with the crampons, I fell at least a dozen times while walking on the ice and was covered in bruises by the end of the weekend. It is difficult to explain how thick and slippery the ice was and with any slope at all, it was nearly impossible to walk on. It was impossible to safely drive without chains and even then it was risky. The ice storm shut down the entire town and threatened the safety of my family and neighbors. In my neighborhood, we experienced a lot of downed trees and power lines and loss of

9

internet. Friends lost power and heat for multiple days with no access to grocery stores. Most stores selling groceries and other staples were closed. At the farm where I was working, there were trees crashing all around, which was frightening for me and the animals I was caring for. I am worried about more regular extreme ice events occurring in my Oregon community. Our infrastructure is just not built for that. This will only become more common if the Defendants continue the course they are on.

16. When I see these extreme climate events and disasters over which I and the animals I care for have no control, it makes me really anxious and overwhelmed because I immediately think of the animals that need caring for and tending. It's a big stress to hold that responsibility. When the heat wave hits, or the fires come, or the ice storm hits, I have a deep need to keep animals, especially under human care, out of harm's way. It is an important value to me and is part of who I am. Now these extreme events are increasing, which puts more stress on me and the animals I care for.

17. Since at least 2018, I have experienced a variety of other climate injuries and have noticed how extreme summer weather events are worsening. When I was a young child, we never had to wear masks from wildfire smoke. We might have had one or two smoky days, but now there are weeks at a time where we should be wearing N95 masks or full regulators, trying to protect our lungs from smoke and toxic metals and chemicals that could increase my risk of cancer, cardiovascular

10

disease and neurological problems. It makes me dread the end of summer, which I always looked forward to because it was the best part of being outside in summer, camping, rafting, and being at Waldo Lake when the mosquitoes have died down. August and September are the best summer months in Oregon for recreating in the Cascades and now, those months in the Cascades are more likely than not filled with fire and smoke. Now when the smokey season inevitably arrives, my eyes and throat will burn. Wearing a mask is claustrophobic in 90 degree plus temperatures. It is so hard to lose that special time in Oregon and it affects me negatively, both physically and mentally. It deprives me of happiness and the freedom to live my life safely outside using the natural resources that are part of my public trust inheritance.

18. No matter where I live, I cannot escape extreme climate events resulting from fossil fuel pollution. Multiple catastrophic wildfires, weeks of hazardous air quality from smoke, an unprecedented summer heat dome in the Pacific Northwest, unprecedented ice storms, three hurricanes, and marine heatwaves warming the ocean—*the ocean*—to hot tub temperatures. That does not even include the drought conditions, algal blooms, low snowpack, and other harms I have experienced. And I am only 19 years old. Fossil fuel pollution is harming my life, my health, my happiness, my safety, my opportunities, my financial security, and my access to public trust resources that are supposed to be mine to enjoy and use and pass down

to my children and the next generation. If the "unleashing" of more fossil fuels isn't stopped, all of these injuries described above will only worsen.

19. I see a therapist and have been diagnosed with anxiety. A significant part of my anxiety is from my climate injuries, my environmental work to address them, and the implications of the climate policymaking going on in the country right now, including these Executive Orders.

20. President Trump, Acting Administrator Clark, Defendants OMB, EPA, DOT, DOE, DOI, NOAA, and the United States have known of my individual fossil fuel pollution climate injuries for nearly a decade and the Department of Justice has taken my deposition in 2018. I have also traveled to Washington D.C. to meet with Members of Congress and warn my federal government of my harm from their fossil fuel policies.

21. In addition to the ways fossil fuels are harming me, Defendants' suppression of climate science is also harming me. Completing the coursework in my major requires access to scientific information and government data. I am reliant on science provided by NOAA and the National Weather Service, not only to better my understanding of climate trends for my coursework, but also as information for hurricane preparedness and updates about tropical weather near my home in Florida. I am being harmed by the lack of access to climate science and data resulting from Defendants' directives, which I need to have access to in order to complete my

studies and understand climate patterns and its very real implications on my life. I first began utilizing Defendants' science resources when I was in middle school, when I did a science experiment on ocean acidification and its impact on shellfish in Oregon. Since then, I have relied on government climate science, data, and ongoing research to inform myself and advocate for protection for the climate system and clean renewable energy.

22. I know that as a citizen of Oregon, I am a beneficiary of Oregon's public trust resources, which include my state waters, tidelands, beaches, state forest lands, and our fish and wildlife.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2025 at Eugene, Oregon.

*Avery McRae*
Avery McRae