Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Daniel C. Snyder*
Haley Nicholson*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Attorneys for Plaintiffs*
*Admitted pro hac vice*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| **EVA LIGHTHISER**; et al.<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; et al.<br><br>　　　　　　　Defendants. | Case No: CV-25-54-BU-DLC<br><br>**DECLARATION OF PETER A. ERICKSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Peter A. Erickson, hereby declare and if called upon would testify as follows:

1.      I am a policy researcher and scientist with an educational background in geology and mathematics. I am offering this testimony in my personal capacity, and I have personal knowledge of the facts stated herein.

2.      I am submitting this Declaration in support of Plaintiffs' Motion for Preliminary Injunction to prevent Defendants from implementing several sections of Executive Orders Nos. 14154, 14156, and 14261, which are designed to "unleash" fossil fuels and suppress the development and publication of climate change science. I offer my expert opinion about how some of Defendants' Executive Orders are being implemented, including the quantity of greenhouse ("GHG") emissions that would result should the Defendants be permitted to continue to "unleash" fossil fuels in Montana and elsewhere. I offer this testimony to show that "unleashing" fossil fuels would result in significant GHG emissions, exposing the Youth Plaintiffs in this case to worsening injuries.

**Background & Qualifications**

3.      I have worked in environmental research and consulting for over 20 years. During the last fifteen years, my professional focus has been on GHG emissions accounting and the role of policy mechanisms in reducing GHG emissions and developing low-carbon energy and services. Specifically, I have conducted and led research projects on these topics on behalf of numerous partners and clients,

1

including international institutions (e.g., the United Nations Framework Convention on Climate Change, the World Bank), the U.S. government (U.S. Environmental Protection Agency), state governments (e.g., State of Washington, State of Oregon), and local governments (e.g., City of Seattle). I have authored numerous peer-reviewed studies on how policies, actions, or infrastructure projects increase or decrease greenhouse gas emissions. These include studies about the GHG emissions implications of proposed new fossil fuel infrastructure, of the United States government's fossil fuel leasing practices, and of federal and state-level subsidies to U.S. oil and gas production.

4.      I have also served on national and international committees devoted to GHG emissions accounting: one convened by the International Council of Local Environmental Initiatives (ICLEI) to create a U.S. Community-scale GHG Emissions Accounting and Reporting Standard, as well as one convened by the Greenhouse Gas Protocol to create the Greenhouse Gas Mitigation Goals Standard. I have led major research efforts to evaluate the effects of various policies on fossil fuel production and consumption and their associated $CO_2$ emissions.

5.      I have published research in numerous working papers and reports, as well as peer-reviewed scientific articles in Carbon Management, Climate Policy, Climatic Change, Energy Policy, Environmental Research Letters, Environmental Science and Technology, Greenhouse Gas Measurement and Management, Nature,

Nature Climate Change, and Nature Energy. I received a Bachelor of Arts from Carleton College in 1998. In 2007, I took courses in intermediate microeconomics and macroeconomics at the University of Washington. A true and correct copy of my curriculum vitae is attached as Exhibit A.

6.      I previously served as a testifying expert witness on similar topics addressed in this Declaration for the Youth Plaintiffs in *Rikki Held, et al. v. State of Montana et al.*, tried in June 12-20, 2023 before Judge Kathy Seeley, First Judicial District Court, Lewis and Clark County, in Cause No. CDV-2020-307.

7.      After preparing an expert report in that litigation, as well as a rebuttal expert report, and testifying under oath at a deposition, I appeared in Court on June 15, 2023, to testify under oath on the following topics: Montana's fossil fuel consumption, extraction, and infrastructure, focusing on (1) extraction of fossil fuels, (2) processing and transportation of fossil fuels, and (3) consumption of fossil fuels by end users. For each category, I quantified the amount of coal, oil, and gas and translated that in units of carbon dioxide ($CO_2$) emissions released once combusted, and the emissions associated with the extraction, consumption, and transportation of those fuels. My testimony showed that emissions from Montana's fossil fuel consumption, extraction, and infrastructure are globally significant quantities. My expert report was not admitted as an exhibit into the trial record, but my testimony was recorded and is available at https://heldvmontana.ourchildrenstrust.org/.

3

8.      The Court issued its Findings of Fact, Conclusions of Law, and Order on August 14, 2023, finding my expert opinions "informative and credible." ¶¶ 52, 68, 92, 210, 212-15, 217-31, 233, 237, 263, 265-67 (citing PE [Peter Erickson] trial testimony and demonstratives). The paragraphs from the Court's opinion that reference my testimony are attached to this Declaration as Exhibit B.

9.      The Court's 2023 Order was affirmed in full by the Montana Supreme Court. *Held v. State,* 2024 MT 312.

10.      Before fossil fuels can be combusted and used as energy, they must first be extracted from the Earth. Montana has substantial quantities of the fossil fuels coal, oil, and gas that have not been extracted. Table 1, below, shows the reserves of coal, oil and gas in Montana, along with the emissions that would result if these reserves were "unleashed," combusted and used as energy. Note that the coal reserves here only include coal at producing mines (as of 2023) and so exclude coal in the ground at recently closed mines, such as the East Decker Mine, which closed in 2021. Including the East Decker Mine (for example) would increase the reserves by about 150 million short tons of coal. The Executive Orders and their immediate implementation have directed the unleashing of fossil fuels specifically in Montana.

| | Reserves (as of 2023)[1] | Carbon dioxide ($CO_2$) emissions expected if reserves are mined | Approximate share exported out-of-state, according to Montana DEQ[2] |
|---|---|---|---|
| Coal | 383 million short tons | 657 million metric tons $CO_2$ | "Nearly three-quarters" |
| Oil | 388 million barrels | 151 million metric tons $CO_2$ | 95% |
| Gas | 624 billion cubic feet | 34 million metric tons $CO_2$ | "Significant portion" |
| | | 842 million metric tons $CO_2$ | |

"Reserves" here indicates recoverable coal at producing mines -- Absaloka, Bull Mountain (Signal Peak), Rosebud, and Spring Creek -- proved reserves (for crude oil), and expected future production of dry natural gas. Other assessments have identified Montana coal reserves at over 100 billion short tons

11.     These amounts of fossil fuel reserves and emissions are significant on both a national and global basis. For example, Montana has the largest recoverable coal reserves among all US states, which is notable because the US is itself the country with the largest coal reserves globally. In addition, the total potential $CO_2$ emissions from Montana's fossil fuel reserves, 842 million metric tons $CO_2$, represents 29 years' worth of Montana's current annual, in-state emissions.

12.     The Colstrip power plant is Montana's largest emitter of $CO_2$, emitting 11 million metric tons of $CO_2$ in 2023. Coal has been the largest source of Montana's in-state fossil fuel use and associated emissions since 1984, when the third of four electricity-generating units at Colstrip started operating. The fourth Colstrip unit began operating in 1986, and all four units ran until early 2020, when the older, smaller units 1 and 2 were closed. Prior to units 1 and 2 closing, coal combustion had been responsible for at least 13 million metric tons $CO_2$ annually in Montana

---

[1] Source: US Energy Information Administration Montana State Energy Profile, May 15, 2025. https://www.eia.gov/state/data.php?sid=MT
[2] Source: Understanding Energy in Montana 2023.  Montana Department of Environmental Quality

since the late 1980s, and exceeding 19 million metric tons $CO_2$ annually in peak years (e.g. 2007, 2008, and 2010).

13.    Colstrip power plant units 3 and 4 were aging (past their originally expected lifetimes) and facing costly upgrades to meet air quality standards, but in implementing the Executive Orders being challenged in this case, the Environmental Protection Agency ("EPA") exempted Colstrip units 3 and 4 from compliance with the rule for National Emissions Standards for Hazardous Air Pollutants: Coal- and Oil-Fired Electric Utility Steam Generating Units Review of the Residual Risk and Technology Review, 89 Fed. Reg. 38,509. This action means that the substantial amounts of emissions that come from Colstrip, and other power plants EPA has exempted, will likely continue beyond 2027 when they otherwise likely would have been retired due to air pollution rules.

14.    The largest producer of coal in Montana is the Spring Creek mine in Big Horn County, which began producing in 1979 and in recent years has produced about 12 million short tons of coal annually. On March 13, 2025, to implement Executive Order 14154, the U.S. Department of Interior approved a mining plan modification for the Spring Creek Mine, extending coal production in several lease tracts by 16 years.[3] The government reports that the expansion will enable the

---

[3] U.S. DOI, Interior Advances Energy Independence with Spring Creek Mine Expansion Approval (Mar. 13, 2025), https://www.doi.gov/pressreleases/interior-

production of approximately 39.9 million short tons of federal coal. This amount of coal, once used for energy, would result in approximately 68 million metric tons of $CO_2$ emissions.

15.    The Signal Peak mine in Musselshell County opened in 2003 and has produced about 7 million short tons of coal annually in recent years. On June 6, 2025, the Department of Interior approved a mining plan modification for the Bull Mountains coal mine in Montana, authorizing Signal Peak Energy, LLC to "recover approximately 22.8 million [short] tons of federal coal and 34.5 million [short] tons of adjacent non-federal coal, extending the life of the Bull Mountains Mine by up to nine years."[4] This extracted coal from the Bull Mountain coal mine is primarily for export to Japan and South Korea[5], which would not seem to address the supposed "national energy emergency". Mining this additional coal would result in about 98 million metric tons of $CO_2$ emissions once the coal is combusted.

16.    On March 12, 2025, U.S. EPA Administrator Lee Zeldin announced that the agency was "reconsidering" the mandatory Greenhouse Gas Reporting Program

---

advances-energy-independence-spring-creek-mine-expansion-approval (Exhibit C).

[4] U.S. DOI, Interior Approves Bull Mountains Mining Plan Modification (June 6, 2025), https://www.doi.gov/pressreleases/interior-approves-bull-mountains-mining-plan-modification (Exhibit D).

[5] https://www.bozemandailychronicle.com/news/bullish-on-coal-montana-officials-cheer-on-federal-approval-of-signal-peak-mine-operations/article_2467e546-bf10-55eb-9bc5-4ad5610b32cc.html

("GHGRP"), which "requires over 8000 facilities and suppliers in the United States to calculate and submit their emissions reporting annually."[6] In a May 7, 2025 letter from Ranking Member of the U.S. Senate Committee on Environment and Public Works to Defendant Administrator Zeldin, Senator Whitehouse wrote: "Documents subsequently obtained exclusively by the Democratic Staff of the Senate Committee on Environment and Public Works (EPW) appear to confirm that EPA intends to dissolve the Office of Atmospheric Protection and completely eliminate the Greenhouse Gas Reporting Program (GHGRP) branch."[7] This program is very important for businesses to benchmark their performance and compare trends over time (as well as to other companies), and it is also crucial for state and local governments to track emissions in their regular (often annual) greenhouse gas inventories, which are used to ensure compliance with emission reduction laws, programs, and goals. There is no other comparable source of data and its loss would be harmful to efforts to reduce GHG emissions.

---

[6] U.S. EPA, Trump EPA Announces Reconsideration of Burdensome Greenhouse Gas Reporting Program (Mar. 12, 2025), https://www.epa.gov/newsreleases/trump-epa-announces-reconsideration-burdensome-greenhouse-gas-reporting-program (Exhibit E).

[7] https://www.epw.senate.gov/public/_cache/files/8/f/8f82a39e-1eed-466d-8842-7a0034976d7f/9507F8923C5EC1DA8D2A86C169E6C414AC7AF34DC88C4C4AC476C368D3105BF5.5.7.25-letter-to-epa-re-ghgrp.pdf

17.     President Trump's administration is accelerating coal projects in other parts of the country as well, much of which is likely to be exported for use outside of the United States.

18.     On May 23, 2025, Department of Energy Secretary of Energy Chris Wright issued Order No. 202-25-3[8] to extend the life of the 1,560 MW J.H. Campbell coal-fired power plant in West Olive, Michigan, which was scheduled to cease operations on May 31, 2025. The J.H. Campbell coal-fired power plant emitted 6.6 million metric tons of $CO_2$ emissions in 2023, and thus this order means that these substantial emissions will continue through at least August 21, 2025.

19.     The U.S. Energy Information Administration ("EIA") reports that coal electricity generation is expected to grow 6% in 2025, in part due to the Defendants' actions to promote the use of coal:

> "Last month, the Environmental Protection Agency (EPA) announced a temporary exemption of emissions regulations for a number of coal-fired power plants. These relaxed constraints could encourage more coal generation in the near-term, especially in tandem with higher fuel costs at competing natural gas-fired power plants."[9]

20.     The U.S. Army Corps of Engineers is also implementing Executive Order 14156 by invoking emergency procedures to expedite permits for fossil fuel

---

[8] https://www.energy.gov/sites/default/files/2025-05/Midcontinent%20Independent%20System%20Operator%20%28MISO%29%20202%28c%29%20Order_1.pdf
[9] https://www.eia.gov/outlooks/steo/archives/may25.pdf

projects, including for parts of the Line 5 oil pipeline in Michigan, with which I am familiar in work as an expert. The Line 5 oil pipeline carries oil that, once combusted, yields about 72 million metric tons of $CO_2$ each year.

21.     The amount of emissions that is likely to result if Defendants' Executive Orders to "unleash" fossil fuels continue to be implemented are substantial and significant in Montana and across the nation.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2025 in Seattle, Washington.

Peter A. Erickson

10

# EXHIBIT A

# Peter A. Erickson

Researcher, Chockstone Consulting, LLC
Affiliated Researcher, Stockholm Environment Institute

## Professional Summary

- Broad expertise in greenhouse gas emissions quantification, abatement and policy analysis. Published first-author research articles in prominent peer-reviewed journals, including *Climatic Change, Climate Policy, Energy Policy, Environmental Research Letters, Environmental Science and Technology, Nature, Nature Climate Change,* and *Nature Energy.*
- Twenty-five years experience in environmental policy research and consulting, supported by funders such as United Nations Framework Convention on Climate Change European Commission, World Bank, U.S. EPA, Bloomberg Philanthropies, Energy Foundation, KR Foundation, Schmidt Family Foundation, C40 Cities, World Resources Institute, NRDC, SIDA, U.S. states of Washington and Oregon, Western Climate Initiative, City of Seattle, City of Chicago
- Outstanding skills in economic and financial analysis, modeling, writing, public speaking, project management, communication

## Professional Experience

**2023-Present    CHOCKSTONE CONSULTING LLC.  SEATTLE, WA**
      **Owner and researcher**
- **Expert research and reports.**  Providing research on oil markets, climate change, and other environmental topics. Oral testimony in Held v. Montana 2023 (Mont. DA 23-0575) and expert report for the appeal of Milieudefensie et al. v. Shell plc. (April 2024).

**2008-Present    STOCKHOLM ENVIRONMENT INSTITUTE – U.S., SEATTLE, WA**
      **Scientist 2008-2011; Senior Scientist 2012-2022; Affiliated Researcher 2022-Present**

**Selected Projects and Research**
- **Initiative on carbon lock-in.**  Co-lead of SEI cross-office research initiative on identifying mechanisms that uphold a high-carbon economy and creating policy approaches to move away from high-carbon energy towards low-carbon solutions.
- **Fossil fuel pathways consistent with Paris Agreement goals.**  Helped design, research, and write ongoing Production Gap Report series, in partnership with UN Environment Program and other institutions, that uses IPCC scenarios to explore rates of coal, oil, and gas production that would be consistent with the Paris Agreement's temperature goals.
- **Oil market economics.**  Leading long-term research into how supply and demand in oil markets interact, and with what $CO_2$ emissions implications. Major research publications in *Nature, Nature Climate Change, Nature Energy, Climatic Change*, and others. Popular commentary in the *New Yorker, Scientific American, Seattle Times*, *Salt Lake Tribune, Texas Tribune,* others.
- **Emissions implications of new fossil fuel supply infrastructure.**  Researching the GHG implications and lock-in of investments in new infrastructure for supplying fossil fuels, such as oil pipelines, coal export facilities, and chemical facilities.
- **GHG emissions abatement potential of the world's cities.**  Led a research effort, funded by Bloomberg Philanthropies, on the GHG emissions abatement potential of urban-scale policy levers worldwide.

- **Net emissions impact of the CDM.**  Lead researcher for the UNFCCC's High Level Panel on the CDM Policy Dialogue focused on additionality and over- or under-crediting in the CDM. Contributed chapter to major research report.
- **Implications of international offsets on global climate mitigation.**  Researched and modeled the supply and environmental efficacy of alternative sources and methods of crediting greenhouse gas offsets from developing countries.
- **Scenarios of domestic offset supply in a U.S. cap-and-trade system.**  Lead researcher, with Michael Lazarus, on a partnership between SEI and the World Resources Institute on the economics and emissions implications of domestic greenhouse gas offsets.
- **Embodied emissions in international trade.**  Led a research initiative on the embodied emissions in international trade and assessing opportunities to shift trade for both emissions and development benefits.
- **Emissions leakage and the CDM.**  Conducted an assessment of the potential for the CDM to induce activity or emissions leakage in the cement, steel, and aluminum sectors.
- **King County (WA) consumption-based GHG inventory and GHG measurement framework**.  Led effort to conduct geographic and consumption-based greenhouse gas inventories and recommend a new measurement framework for King County.
- **Role of behavior and consumption in global climate mitigation.**  Developed a method to estimate the GHG reductions for a nation or community due to shifts in consumption behaviors.  Working paper published summer 2012.
- **City of Seattle (WA) carbon neutral scenario analysis**.  Contributing to a technical scenario analysis of how the Seattle community could reduce greenhouse gas emissions to near zero in the next few decades, with a focus on the buildings and transportation sectors.
- **State of Oregon consumption-based GHG inventory**.  Peter was the project manager on this effort to develop a consumption-based (rather than production- or geographic-based) GHG inventory for the State of Oregon.  Published in *Environmental Science and Technology* in 2012.
- **Europe deep GHG emissions reduction scenario.**  Peter developed a deep greenhouse gas reduction scenario for the EU-27's transportation, buildings, and agriculture sectors – the deepest reduction scenario proposed EU-wide at the time of its publication.
- **Greenhouse gas mitigation potential in developing countries (US EPA).**  Peter was the lead researcher on a study of greenhouse gas mitigation potential and policies in six developing countries for the U.S. EPA.  Published as working paper, June 2009.
- **Industry greenhouse gas benchmarking**.  Peter led an assessment of benchmarking as a policy tool for reducing industrial GHGs.  Funded by the Washington Department of Ecology and the Energy Foundation.
- **GHG and green energy planning in Mongolia.**  Researcher on alternative scenarios of Mongolia's energy development.

**2000-2008      CASCADIA CONSULTING GROUP, SEATTLE, WA**
            Senior Associate (2006-2008); Associate (2002-'05); Project Assistant ('00-'01)
**Selected Projects - 2008**
- **Climate Change Policy Initiatives (Seattle City Council).**  Peter led the development of a legislative agenda to address climate change
- **Energy Efficiency Policy Study (Seattle Office of Sustainability and Environment).**  Led a study of energy efficiency policies for existing buildings in Seattle to support Mayor Greg Nickels' Green Building Task Force.
- **Carbon Footprint Calculator (Seattle Office of Sustainability and Environment)**
Updated the City of Seattle's greenhouse gas footprint tool for businesses to include a greater

focus on business supply chain (included upstream, embedded emissions) and year-to-year tracking.

- **Greenhouse Gas Inventory (Pierce County, Washington).** Oversaw Pierce County's greenhouse gas inventory process.

**Selected Projects – Pre-2008**

- **Carbon Footprint Calculator (Seattle Office of Sustainability and Environment)** Peter created the City of Seattle's greenhouse gas footprint tool for businesses
- **Other Carbon Footprint Calculators (Various clients).** Peter adapted the Seattle carbon footprint calculator for use by several other state and local jurisdictions
- **Oregon Waste Prevention Strategy (Oregon Department of Environmental Quality).** Peter contributed to research in support of DEQ's Waste Prevention Strategy.
- **Zero Waste Plan (City of Chicago).** Led several tasks of the development of a Zero Waste Plan for the City of Chicago.

## Committees

| | |
|---|---|
| **2015** | Compact of Mayors, City Mitigation Goals – Member of aggregation technical advisory group. |
| **2012-2014** | WRI Greenhouse Gas Protocolun Mitigation Accounting Initiative. Member of the mitigation goals accounting technical working group. |
| **2010-2012** | ICLEI-US Community Greenhouse Gas Protocol. Member of the lifecycle technical advisory committee |

## Education

| | |
|---|---|
| **2007** | University of Washington, Seattle, Washington, USA. Courses in intermediate micro-economics and macro-economics (non-matriculated). |
| **1994-1998** | Carleton College, Northfield, Minnesota, USA<br>B.A with major in geology and extensive studies in mathematics, studio art<br>*Magna Cum Laude, Phi Beta Kappa*, with distinction in major*;* GPA: 3.83 |

## Selected Recent (2009-2023) Publications

Achakulwisut, Ploy, **P Erickson**, C Guivarch, R Schaeffer, E Brutschin, S Pye (2023). Global fossil fuel reduction pathways under different climate mitigation strategies and ambitions. *Nature Communications*, 2023. https://www.nature.com/articles/s41467-023-41105-z.

Hasselman, J., & **Erickson, P.** (2023).  Environmental review of fossil fuels projects— Principles for applying a "climate test" in the United States  *Energy Research and Social Science* 103. Doi: 10.1016/j.erss.2023.103226.

Hasselman, J., & **Erickson, P.** (2022). NEPA Review of Fossil Fuels Projects— Principles for Applying a "Climate Test" for New Production and Infrastructure [EarthJustice working paper]. https://earthjustice.org/sites/default/files/files/climate_test_-_hasselman_erickson.pdf

**Erickson, P.,** & Achakulwisut, P. (2022). Three observations on how to cut fossil fuels and hold the window open for Paris goals [SEI Perspective]. https://www.sei.org/perspectives/3-observations-cut-fossil-fuels-paris-goals/

**Erickson, P**. (2022). The US can provide Europe with LNG while advancing climate goals [SEI Perspective]. https://www.sei.org/perspectives/us-europe-russia-lng-climate/

SEI, IISD, ODI, E3G and UNEP (2021). The Production Gap 2021 http://productiongap.org/ [I was a lead author of Chapter 1 and Chapter 2.]

Achakulwisut, P., **Erickson, P.,** & Koplow, D. (2021). Effect of subsidies and regulatory exemptions on 2020-2030 oil and gas production and profits in the United States. *Environmental Research Letters*

Achakulwisut, P., & **Erickson, P.** (2021). Trends in fossil fuel extraction: Implications for a shared effort to align fossil fuel production with climate limits. Stockholm Environment Institute.

**Erickson, P.,** & Achakulwisut, P. (2021). Risks for New Natural Gas Developments in Appalachia. Ohio River Valley Institute.

**Erickson, P.** (2021). Democratic reforms will determine how successful the US administration can be on climate [SEI Perspective]. https://www.sei.org/perspectives/democratic-reforms-us-administration-climate/

**Erickson, P**. (2021). Oil companies say reducing their production won't reduce CO2 emissions. Here's the reality. [SEI Perspective]. https://www.sei.org/perspectives/oil-companies-reducing-production-co2-emissions/

SEI, IISD, ODI, E3G and UNEP (2020). The Production Gap: Special Report 2020. http://productiongap.org/ [I was a lead author of Chapter 2 and contributing author to other chapters.]

**Erickson, P.** (2020). The US can get back to work on climate [SEI Perspective]. https://www.sei.org/perspectives/us-climate-policy-biden-presidency/

**Erickson, P.** and Lazarus, M. (2020). Examining Risks of New Oil and Gas Production in Canada. SEI report. Stockholm Environment Institute, US Center, Seattle. https://www.sei.org/publications/examining-risks-of-new-oil-and-gas-production-in-canada/

Piggot, G., & **Erickson, P**. (2020). Breaking the habit of fossil-fueled development [SEI Perspective]. https://www.sei.org/perspectives/breaking-the-habit-of-fossil-fueled-development/

**Erickson, P**. et al. (2020). Why fossil fuel producer subsidies matter. *Nature* 578, E1–E4.

SEI, IISD, ODI, Climate Analytics, CICERO, & UNEP. (2019). The Production Gap Report 2019. Retrieved from http://productiongap.org/  [I was the lead author of Chapter 2 and contributing author to other chapters.]

Koski, J., Kartha, S., & **Erickson, P**. (2019). Principles for aligning US fossil fuel extraction with climate goals. https://www.sei.org/publications/principles-for-aligning-fossil-fuel-extraction-with-climate-limits/

Broekhoff, D., Piggot, G., & **Erickson, P**. (2019). Estimating consumption-based greenhouse gas emissions at the city scale [SEI Report]. https://www.sei.org/publications/consumption-based-greenhouse-gas-emissions-city-scale/

**Erickson, P**., Lazarus, M., & Piggot, G. (2018). Limiting fossil fuel production as the next big step in climate policy. *Nature Climate Change,* 8, 1037–1043. https://doi.org/10.1038/s41558-018-0337-0

**Erickson, P**., & Lazarus, M. (2018). Would constraining US fossil fuel production affect global CO2 emissions? A case study of US leasing policy. *Climatic Change*, 150, 29–42. https://doi.org/10.1007/s10584-018-2152-z

**Erickson, P.,** & Lazarus, M. (2018). On oil imports and climate leadership: New thoughts on California oil. https://www.sei.org/perspectives/new-thoughts-california-oil/

Broekhoff, D., Piggot, G., & **Erickson, P**. (2018). Building thriving, low-carbon cities: the role of national policies. Stockholm Environment Institute / Coalition for Urban

Transitions. Retrieved from https://www.sei.org/about-sei/press-room/press-releases/low-carbon-cities-policy-options/

Piggot, G., & **Erickson, P.** (2018). How the Paris Agreement can take on fossil fuel supply [SEI Perspective]. https://www.sei.org/perspectives/paris-agreement-can-take-fossil-fuel-supply/

**Erickson, P.** (2018). Confronting carbon lock-in: Canada's oil sands. (Discussion Brief). Seattle: Stockholm Environment Institute. Retrieved from https://www.sei.org/featured/continued-canadian-oil-sands-production-frustrate-global-climate-goals/

**Erickson, P.** (2018). Boom or Bust. *The New Yorker*. Retrieved from https://www.newyorker.com/magazine/2018/01/29/letters-from-the-january-29-2018-issue

**Erickson, P**. (2018). One of Trump's biggest scandals is happening in Utah. *Salt Lake Tribune*. Retrieved from https://www.sltrib.com/opinion/commentary/2018/03/08/commentary-one-of-trumps-biggest-scandals-is-happening-in-utah/

**Erickson, P**., & Lazarus, M. (2018). How limiting oil production could help California meet its climate goals. Stockholm Environment Institute. Retrieved from https://www.sei.org/publications/limiting-oil-production-california/

**Erickson, P**., & Lazarus, M. (2018). Towards a climate test for industry: Assessing a gas-based methanol plant. Seattle, WA: Stockholm Environment Institute. Retrieved from https://www.sei.org/publications/assessing-gas-methanol-plant/

**Erickson, P.**, & Lazarus, M. (2018). One way to break oil dependence: don't drill. *Los Angeles Times*. Retrieved from http://www.latimes.com/opinion/readersreact/la-ol-le-california-oil-20180817-story.html

**Erickson., P** (2018). Global impact of oilsands growth could counteract Canada's promised carbon cuts. *National Observer*. Retrieved from https://www.nationalobserver.com/2018/06/13/analysis/global-impact-oilsands-growth-could-counteract-canadas-promised-carbon-cuts

Piggot, G., **Erickson, P**., van Asselt, H., & Lazarus, M. (2018). Swimming upstream: Addressing fossil fuel supply under the UNFCCC. *Climate Policy*, 18(9), 1189–1202. https://doi.org/10.1080/14693062.2018.1494535

Verkuijl, C., Piggot, G., Lazarus, M., van Asselt, H., & **Erickson, P**. (2018). Aligning fossil fuel production with the Paris Agreement: Insights for the UNFCCC Talanoa Dialogue (Policy Brief). Retrieved from https://www.sei.org/publications/aligning-fossil-fuel-production-paris-agreement/

Down, A., & **Erickson, P.** (2017). Norwegian oil production and keeping global warming 'well below 2°C' (Discussion Brief). Stockholm Environment Institute. Retrieved from https://www.sei.org/publications/norwegian-oil-production-and-keeping-global-warming-well-below-2c/

Piggot, G., & **Erickson, P**. (2017). It is time for the UN climate process to tackle fossil fuel supply [SEI Perspective]. https://www.sei.org/perspectives/time-un-climate-process-tackle-fossil-fuel-supply/

**Erickson, P.** (2017). Obama's Arctic oil ban advances key climate test. *Seattle Times*. Retrieved from http://www.seattletimes.com/opinion/obamas-arctic-oil-ban-advances-key-climate-test/

**Erickson, P.** (2017). Final Obama administration analysis shows expanding oil supply increases CO2. Retrieved February 23, 2017, from https://www.sei-international.org/blog-articles/3617

**Erickson, P.** (2017). Carbon tangle: Norway must put oil ventures to a "climate test." Retrieved March 20, 2017, from http://www.climatechangenews.com/2017/03/20/carbon-tangle-norway-must-put-oil-ventures-climate-test/

**Erickson, P.** (2017). Norway's elections put oil in the spotlight – now what? Retrieved September 21, 2017, from https://energiogklima.no/kommentar/norways-elections-put-oil-in-the-spotlight-now-what/

**Erickson, P.** (2017). Rebuttal: Oil Subsidies – More Material for Climate Change Than You Might Think. Retrieved from https://www.cfr.org/blog/rebuttal-oil-subsidies-more-material-climate-change-you-might-think

**Erickson, P.** (2017). Texas oil subsidies, at a crossroads. *Texas Tribune*. Retrieved from https://www.tribtalk.org/2017/11/13/texas-oil-subsidies-at-a-crossroads/

**Erickson, P.**, & Broekhoff, D. (2017). Baselines for assessing urban GHG abatement need to be transparent. Retrieved from https://www.sei.org/perspectives/urban-ghg-abatement-baseline-transparency/

**Erickson, P.**, & Down, A. (2017). How tax support for the petroleum industry could contradict Norway's climate goals (Discussion Brief). Stockholm Environment Institute. Retrieved from https://www.sei.org/publications/tax-petroleum-norways-climate-goals/

**Erickson, P.**, Down, A., & Lazarus, M. (2017). How would eliminating subsidies to the U.S. oil industry affect potential oil production and CO2 emissions? (SEI Policy Brief). SEI. Retrieved from https://www.sei-international.org/publications?pid=3068

**Erickson, P**., Down, A., Lazarus, M., & Koplow, D. (2017). Effect of government subsidies for upstream oil infrastructure on U.S. oil production and global CO2 emissions (Working Paper). Seattle, WA: Stockholm Environment Institute (U.S.). Retrieved from https://www.sei-international.org/publications?pid=3036

**Erickson, P**., Down, A., Lazarus, M., & Koplow, D. (2017). Effect of subsidies to fossil fuel companies on United States crude oil production. *Nature Energy*, 2(11), 891–898. https://doi.org/10.1038/s41560-017-0009-8

Lee, C. M., & **Erickson, P**. (2017). How does local economic development in cities affect global GHG emissions? *Sustainable Cities and Society*, 35(Supplement C), 626–636. https://doi.org/10.1016/j.scs.2017.08.027

Piggot, G., **Erickson, P.**, Lazarus, M., & van Asselt, H. (2017). Addressing fossil fuel production under the UNFCCC: Paris and beyond (Working Paper). Seattle, WA: Stockholm Environment Institute. Retrieved from https://www.sei.org/publications/fossil-fuel-production-unfccc/

Piggot, G., **Erickson, P.**, Lazarus, M., & van Asselt, H. (2017). How to address fossil fuel production under the UNFCCC (Policy Brief). Stockholm Environment Institute. Retrieved from https://www.sei.org/publications/fossil-fuel-production-paris-agreement/

**Erickson, Peter,** Adrian Down, Michael Lazarus, Andrew Grant, James Leaton, and Mark Fulton. "Making Future U.S. Offshore Oil Leasing More Consistent with Climate Goals." Discussion Brief. Seattle, WA: Stockholm Environment Institute, December 2016. https://www.sei-international.org/publications?pid=3049

**Erickson, Peter,** and Tracy Morgenstern. "Fixing Greenhouse Gas Accounting at the City Scale." Carbon Management 0, no. 0 (October 31, 2016): 1–4. doi:10.1080/17583004.2016.1238743.

**Erickson, Peter,** and Michael Lazarus. "Will the US Align Fossil Fuel Production with Climate Goals?" Climate Home - Climate Change News, October 7, 2016. http://www.climatechangenews.com/2016/10/07/will-the-us-align-fossil-fuel-production-with-climate-goals/

**Erickson, Peter**, and Michael Lazarus. "Nailing Down the Numbers on Impacts of Oil and Gas Subsidy Reform," August 29, 2016. http://www.theenergycollective.com/petesei/2386636/nailing-down-the-numbers-on-impacts-of-oil-and-gas-subsidy-reform.

**Erickson, Peter**, Adrian Down, and Derik Broekhoff. "2014 Seattle Community Greenhouse Gas Emissions Inventory." Seattle OSE, August 2016. http://sei-us.org//Publications_PDF/Seattle-2012-GHG-inventory-report.pdf.

**Erickson, Peter**, and Michael Lazarus. "How Would Phasing out U.S. Federal Leases for Fossil Fuel Extraction Affect CO2 Emissions and 2°C Goals?" Working Paper. Seattle, WA: Stockholm Environment Institute, May 2016. https://www.sei-international.org/publications?pid=2937.

**Erickson, Peter.** "U.S. Again Overlooks Top CO2 Impact of Expanding Oil Supply… but That Might Change." Stockholm Environment Institute, April 30, 2016. https://www.sei-international.org/blog-articles/3388-us-again-overlooks-top-co2-impact-of-expanding-oil-supply-but-that-might-change.

Broekhoff, Derik, **Peter Erickson**, and Carrie Lee. "What Cities Do Best: Piecing Together an Efficient Global Climate Governance." SEI Working Paper. Seattle, WA, US: Stockholm Environment Institute, November 2015. https://www.sei-international.org/publications?pid=2862

**Erickson, Peter,** and Michael Lazarus. "Oil Supply's Effect on Climate Policy." Seattle Times. November 12, 2015, sec. A.

Lazarus, Michael, **Peter Erickson,** and Kevin Tempest. "Supply-Side Climate Policy: The Road Less Taken." Working Paper. Stockholm Environment Institute, October 2015. http://www.sei-international.org/publications?pid=2835.

**Erickson, Peter**, and Kevin Tempest. "Keeping Cities Green: Avoiding Carbon Lock-in due to Urban Development." Seattle, WA, US: Stockholm Environment Institute, October 2015. http://www.sei-international.org/publications?pid=2829.

**Erickson, Peter,** and Michael Lazarus. "Global Emissions: New Oil Investments Boost Carbon Lock-In." Nature 526, no. 7571 (October 1, 2015): 43–43. doi:10.1038/526043c.

**Erickson, Peter**, and Michael Lazarus. "Today's Oil Drilling Fuels Tomorrow's Political and Economic Problems." The Guardian, September 28, 2015, sec. Guardian Sustainable Business. http://www.theguardian.com/sustainable-business/2015/sep/28/arctic-oil-drilling-carbon-obama-shell-goldman-sachs.

**Erickson, Peter,** Michael Lazarus, and Kevin Tempest. "Carbon Lock-in from Fossil Fuel Supply Infrastructure." Seattle, WA, US: Stockholm Environment Institute, September 2015. http://www.sei-international.org/publications?pid=2805.

**Erickson, Peter,** Sivan Kartha, Michael Lazarus, and Kevin Tempest. "Assessing Carbon Lock-In." Environmental Research Letters 10, no. 8 (2015): 084023. doi:10.1088/1748-9326/10/8/084023.

**Erickson, Peter,** Sivan Kartha, Michael Lazarus, and Kevin Tempest. "Leaving Room for Green Growth: Identifying near-Term Actions to Avoid Long-Term Carbon Lock-

In." Seattle, WA, US: Stockholm Environment Institute, June 2015. http://www.sei-international.org/publications?pid=2774.

**Erickson, Peter**, and Michael Lazarus. 2014. "Impact of the Keystone XL Pipeline on Global Oil Markets and Greenhouse Gas Emissions." *Nature Climate Change* 4 (9): 778–81. doi:10.1038/nclimate2335.

**Erickson, Peter**, Michael Lazarus, and Randall Spalding-Fecher. 2014. "Net Climate Change Mitigation of the Clean Development Mechanism." *Energy Policy* 72 (September): 146–54. doi:10.1016/j.enpol.2014.04.038.

**Erickson, Peter,** and Kevin Tempest. 2014. Advancing Climate Ambition: How City-Scale Actions Can Contribute to Global Climate Goals. SEI Working Paper No. 2014-06. Seattle, WA, US: Stockholm Environment Institute. http://sei-international.org/publications?pid=2582.

**Erickson, Peter,** and Kevin Tempest. 2014. Advancing Climate Ambition: Cities as Partners in Global Climate Action. New York: A report to the UN Secretary-General from the UN Secretary General's Special Envoy for Cities and Climate Change, in partnership with the C40 Cities Climate Leadership Group. http://unenvoy.mikebloomberg.com/.

**Erickson, Peter**, and Kevin Tempest. 2014. 2012 Seattle Community Greenhouse Gas Emissions Inventory. Seattle OSE. http://sei-us.org//Publications_PDF/Seattle-2012-GHG-inventory-report.pdf.

Lee, Carrie M., and **Peter Erickson**. 2014. What Impact Can Local Economic Development in Cities Have on Global GHG Emissions? Assessing the Evidence. Working Paper. The New Climate Economy: The Global Commission on the Economy and Climate. Stockholm Environment Institute.

Von Hippel, David, **Peter Erickson**, Kevin Tempest, and Michael Lazarus. 2014. Strategies for Development of Green Energy Systems in Mongolia Final Report. Seoul: Global Green Growth Institute. www.gggi.org.

**Erickson, Peter**, Xiaodong Wang, Yun Wu, Marcus Lee, and Jeanette Lim. 2013. "Proceedings of the International Workshop on Best Practice of Climate Change Action Plan of C40 Cities in East Asia". The World Bank and the Centre for Liveable Cities.

Lazarus, Michael, and **Peter Erickson.** 2013. "Greenhouse Gas Emissions Implications of the Keystone XL Pipeline". 2013-11. Stockholm Environment Institute Working Paper. Somerville, MA: Stockholm Environment Institute (U.S.). http://sei-international.org/publications?pid=2450

**Erickson, Peter,** and Michael Lazarus. 2013. "Accounting for Greenhouse Gas Emissions Associated with the Supply of Fossil Fuels". SEI discussion brief. Seattle,

WA, US: Stockholm Environment Institute. http://www.sei-international.org/publications?pid=2419.

**Erickson, Peter,** and Michael Lazarus. 2013. "Assessing the Greenhouse Gas Emissions Impact of New Fossil Fuel Infrastructure". SEI discussion brief. Seattle, WA, US: Stockholm Environment Institute. http://www.sei-international.org/publications?pid=2384.

**Erickson, Peter A.,** Michael Lazarus, Chelsea Chandler, and Seth Schultz. 2013. "Technologies, Policies, and Measures for GHG Abatement at the Urban Scale." Greenhouse Gas Measurement and Management. doi:10.1080/20430779.2013.806866.

Lazarus, Michael, Chelsea Chandler, and **Peter Erickson.** 2013. "A Core Framework and Scenario for Deep GHG Reductions at the City Scale." *Energy Policy* 57: 563–574. doi:10.1016/j.enpol.2013.02.031.

**Erickson, Peter A**, and Michael Lazarus. 2013. "Implications of International GHG Offsets on Global Climate Change Mitigation." Climate Policy 13 (4): 433–450. doi:10.1080/14693062.2013.777632.

**Erickson, Peter**, and Chelsea Chandler. 2013. "The Rio Numbers: C40 Cities Can Reduce Greenhouse Gas Emissions by over a Billion Tons per Year in 2030". New York, NY: Stockholm Environment Institute - U.S. for C40 Cities Climate Leadership Group. http://www.c40.org/research.

Lazarus, Michael, **Peter Erickson,** and Randal Spalding-Fecher.  2012. Transitioning away from large-scale power projects: A simple and effective fix for the CDM?.  SEI Policy Brief.  http://www.sei-international.org/publications?pid=2204

Spalding-Fecher, Randall, Amrita Narayan Achanta, **Peter Erickson,** Erik Haites, Michael Lazarus, Neha Pahuja, Nimisha Pandey, Stephen Seres, and Ritika Tewari. 2012. Assessing the Impact of the Clean Development Mechanism. Report commissioned by the High Level Panel on the CDM Policy Dialogue. UNFCCC CDM Policy Dialogue.  http://www.cdmpolicydialogue.org/research/1030_impact.pdf

**Erickson, Peter,** Chelsea Chandler, and Michael Lazarus. 2012. Reducing Greenhouse Gas Emissions Associated with Consumption: A Methodology for Scenario Analysis. Working Paper. Stockholm Environment Institute (U.S.)

**Erickson, Peter,** and Michael Lazarus. 2012. "Revisiting Community-Scale Greenhouse Gas Inventories." *Environ. Sci. Technol.* doi:10.1021/es301366b. http://dx.doi.org/10.1021/es301366b.

**Erickson, Peter**, Anne Owen, and Elena Dawkins. 2012. Low-GHG Consumption Strategies and Impacts on Developing Countries. Stockholm, Sweden: Stockholm Environment Institute. http://www.sei-international.org/publications?pid=2082.

**Erickson, Peter,** David Allaway, Michael Lazarus, and Elizabeth A. Stanton. 2012. "A Consumption-Based GHG Inventory for the U.S. State of Oregon." *Environ. Sci. Technol*. doi:10.1021/es203731e. http://pubs.acs.org/doi/abs/10.1021/es203731e.

**Erickson, Peter,** Michael Lazarus, and Chelsea Chandler. (2012). *Greenhouse Gas Emissions in King County*. Seattle, WA: Stockholm Environment Institute-U.S. Center for the King County Department of Natural Resources and Parks. http://www.sei-us.org.

**Erickson, Peter**, Michael Lazarus, Elizabeth A. Stanton, and Frank Ackerman. (2011). Local Consumption, Global Impact: Greenhouse Gas Emissions from Consumption in Oregon. Stockholm Environment Institute (U.S.) for the Oregon Department of Environmental Quality, August 2. www.sei-us.org.

**Erickson, Peter**, Michael Lazarus, Chelsea Chander, and Christian Egenhover (2011). Scoping paper: The potential for CDM induced leakage in energy intensive sectors. Study on the Integrity of the Clean Development Mechanism.

Kartha, Sivan and **Peter Erickson** (2011).  Comparison of Annex 1 and non-Annex 1 pledges under the Cancun Agreements.  SEI Working Paper.  http://sei-us.org/publications/id/393.

**Erickson, Peter** and Michael Lazarus. (2011). The Implications of International Greenhouse Gas Offsets on Global Climate Mitigation.  SEI Working Paper.  http://sei-us.org/publications/id/380.

Lazarus, Michael, **Peter Erickson,** and Chelsea Chandler. (2011). Getting to Zero: A Pathway to a Carbon Neutral Seattle.  SEI, with support from ICF International and Cascadia Consulting Group, for the City of Seattle Office of Sustainability and Environment. http://www.seattle.gov/environment/documents/CN_Seattle_&appendices.pdf

**Erickson, Peter**., Michael Lazarus, and Alexia Kelly. (2011). The Importance of Programme Design for Potential US Domestic GHG Offset Supply and Quality. *Climate Policy*. doi:10.1080/14693062.2011.579314.

Lee, Carrie, **Peter Erickson**, Michael Lazarus, and Gordon Smith. (2010). *Greenhouse gas and air pollutant emissions of alternatives for woody biomass residues: Final Draft Version 2.0*. Stockholm Environment Institute - U.S. Center for the Olympic Region Clean Air Agency, November.

**Erickson, Peter,** Chelsea Chandler, and Michael Lazarus. (2010)**.** Considerations of Global Equity and Burden-Sharing in Community-Scale Climate Action Planning. Working Paper. Stockholm Environment Institute - U.S. Center.

**Erickson, Peter**, Michael Lazarus, and Hauke Hermann. (2010). Issues and Options for Benchmarking Industrial GHG Emissions. White Paper. SEI with support from Öko-Institut and Ross & Associates Environmental Consulting Ltd. for the Washington Department of Ecology, June 30. http://www.ecy.wa.gov/climatechange/docs/Benchmarking_White_Paper_Final.pdf.

**Erickson, Peter,** Michael Lazarus, and Alexia Kelly. 2010. Estimates of future supply of international greenhouse gas offsets: a critical review. Project Report. SEI, August. http://sei-international.org/publications?pid=1583.

**Erickson, Peter,** Charles Heaps and Michael Lazarus (2009). *Greenhouse Gas Mitigation in Developing Countries: Promising Options in China, Mexico, India, Brazil, South Africa, and South Korea*. SEI, Somerville (U.S.). 116 pp. SEI Working Paper WP-US-0903. http://www.sei-us.org/WorkingPapers/WorkingPaperUS09-03.pdf

**Erickson, Peter**, Michael Lazarus, and Alexia Kelly (2009). *How Realistic Are Expectations for the Role of Greenhouse Gas Offsets in U.S. Climate Policy? An Examination of Offset Supply Analyses.* WRI, Washington D.C. (U.S.). 8 pp. World Resources Institute Working Paper. http://pdf.wri.org/working_papers/greenhouse_gas_offsets_in_us_climate_policy_phase1.pdf

Heaps, Charles, **Peter Erickson**, Sivan Kartha, and Eric Kemp-Benedict (2009). *Europe's Share of the Climate Challenge: Domestic Actions and International Obligations to Protect the Planet.*

## Official testimony

**Erickson, Peter** (2023). Direct oral testimony in Held et al. v Montana (Mont. DA 23-0575), Helena, MT, June 15, 2023.

**Erickson, Peter** and Fergus Green (2024). Expert letter ("Expert Letter: Review of Druce and Mulder reports") submitted to Hague Court of Appeal, Netherlands, in Milieudefensie, Greenpeace Nederland, Fossielvrij NL, Waddenvereniging, Both Ends, Jongeren Milieu Actief and ActionAid v. Shell plc, defendant. C/09/571932 / HA ZA 19-379.

**Erickson, Peter,** Fergus Green, Cathrine Hagem, and Steve Pye (2022).. The likely effect of Shell's Reduction Obligation on oil and gas markets and greenhouse gas emissions. Expert letter submitted to Hague Court of Appeal, Netherlands, in Milieudefensie, Greenpeace Nederland, Fossielvrij NL, Waddenvereniging, Both Ends, Jongeren Milieu Actief and ActionAid v. Shell plc, defendant. C/09/571932 / HA ZA 19-379.

**Erickson, Peter** (2021). Testimony submitted to Michigan Public Service Commission. Application of Enbridge Energy, Limited Partnership for the Authority to Replace and Relocate the Segment of Line 5 Crossing the Straits of Mackinac into a Tunnel Beneath the Straits of Mackinac. Case No. U-20763

**Erickson, Peter** (2021). Testimony (written and oral) to United States House Committee on Oversight and Reform, Subcommittee on Environment, Hearing on The Role of Fossil Fuel Subsidies in Preventing Action on the Climate Crisis. Washington, D.C. (virtual hearing). April 22, 2021

**Erickson, Peter** (2021). Direct testimony (written and oral) to Pollution Control Hearings Board for The State of Washington. Advocates For a Cleaner Tacoma; Sierra Club; Washington Environmental Council; Washington Physicians For Social Responsibility; Stand.Earth, Appellants, *v*. Puget Sound Clean Air Agency, Puget Sound Energy, Respondents. PCHB No. p19-087c.

**Erickson, Peter** (2020).  Expert letter submitted to District Court of the Hague, Netherlands, in Milieudefensie, Greenpeace Nederland, Fossielvrij NL, Waddenvereniging, Both Ends, Jongeren Milieu Actief and ActionAid v. Royal Dutch Shell, defendant. C/09/571932 / HA ZA 19-379.

**Erickson, Peter** (2018). Expert report submitted to United States District Court, District of Oregon, in Kelsey Cascadia Rose Juliana; Xiuhtezcatl Tonatiuh M., through his Guardian Tamara Roske-Martinez; et al., Plaintiffs, *v* .The United States of America; Donald Trump, in his official capacity as President of the United States; et al., Defendants. Case No.: 6:15-cv-01517-TC.

**Erickson, Peter** (2017). Declaration submitted to Shoreline Hearings Board for the State of Washington in Columbia Riverkeeper, Sierra Club, And Center For Biological Diversity, Petitioners, *v*. Cowlitz County, Port Of Kalama, Northwest Innovation Works – Kalama, Llc, And Washington State Department Of Ecology, Respondents. SHB No. 17-010c.

## Selected Recent (2009-2021) Presentations

**Erickson, Peter** (2021).  *Can limiting oil and gas production help meet climate goals?* United Kingdom Climate Change Committee.  London (remote presentation), April 27, 2021.

**Erickson, Peter** and Georgia Piggot (2021).  *Opening remarks* at Virtual Forum on Fossil Fuel Supply And Climate Policy. September 15, 2020

**Erickson, Peter** (2020).  *Examining risks of new oil and gas production in Canada*. Future of Oil and Canada's economy webinar, May 13, 2020.

**Erickson, Peter** (2020).  *Closing the gap between fossil fuel production plans and climate goals.* American Association for the Advancement of Science annual conference, Seattle, WA . February 16, 2020.

**Erickson, Peter**, Ploy Achakulwisut, and Doug Koplow (2019*).  How do subsidies affect oil drilling in the US?*  Publish What You Pay webinar, November 7, 2019

**Erickson, Peter** (2019). *What might carbon neutrality mean for oil production?*  CFEE Energy Summit: The Road to Carbon Neutrality. Napa, California. March 7-8, 2019

**Erickson, Peter**, Jess Koski, Sivan Kartha, Paelina DeStephano (2018). *Don't Count on It: Climate Limits Suggest a Wind-down of U.S. Oil and Gas Production.* Future Prospects for Oil & Gas in a Decarbonized World. American Geophysical Union (AGU) Annual conference, Washington, D.C., December 12, 2018.

**Erickson, Peter** (2018). *Limiting fossil fuel production: Could it be the next big step for decarbonization?* University of San Diego Tenth Annual Climate & Energy Law Symposium San Diego, November 9, 2018.

**Erickson, Peter** (2018)*. Oil! Why limiting oil production can make good climate policy.* California Air Resources Board, Petroleum Transport Fuels Workshop, Sacramento, California. August 20, 2018

**Erickson, Peter** (2018). Opening remarks and panel moderator. Can limiting oil production make good climate policy? Global Climate Action Summit affiliate event. San Francisco, California. September 13, 2018.

**Erickson, Peter** (2018). Plenary panelist at Fossil Fuel Supply and Climate Policy: An International Conference.  Oxford, UK. September 24.

**Erickson, Peter** (2018). *Avoiding carbon lock-in: Phasing out fossil fuels in the power sector*. ATA Insights webinar, July 19, 2018.

**Erickson, Peter** (2018). *Managing the decline of fossil fuel production: a missing piece of the climate policy puzzle*. Peter Wall Institute for  Advanced Studies, University of British Columbia June 12, 2018.

**Erickson, Peter** (2018). *Oil! Why limiting oil production can make good climate policy*. Green California conference, Sacramento, California, February 28, 2018.

**Erickson, Peter** (2017). *National policies for low-carbon urban mobility (closing remarks).* Coalition for Urban Transitions / New Climate Economy side-event. UNFCCC COP 23, Bonn, Germany,

**Erickson, Peter** (2017). *Infrastructure and carbon lock-in: Could new infrastructure lock out a safe climate?* COP 23 Side-event: Infrastructure: Make it or break it for Paris implementation. UNFCCC COP 23, Bonn, Germany November 7, 2017.

**Erickson, Peter** (2017). How does Norway's tax system affect petroleum investment? Confronting the supply side of fossil fuels ¬– politics and economics. Svolvær, Norway, August 4, 2017.

**Erickson, Peter** (2016). *Moratoria on new fossil development: Example of U.S. federal-owned lands*. COP22 side event (Blue Zone): Fossil fuel supply & climate policy: Key steps to enhance ambition. UNFCCC COP 22, Marrakesh, Morocco. Nov 10, 2016

**Erickson, Peter** (2016). *Implications of phasing out U.S. federal leases for fossil fuel extraction, $CO2$ emissions, and $2^o C$ goals*. Workshop on the Economics of Controlling Fossil Fuel Supply, EDF, New York. October 21, 2016

**Erickson, Peter** (2016). *National urban development strategies*. New Climate Economy Research Partners Meeting. London. September 30, 2016

**Erickson, Peter** (2016). *Impact of phasing out U.S. fossil fuel leases on $CO2$ emissions and the $2°C$ goal.* Fossil fuel supply and climate policy: an international conference. Oxford, UK. Sept 27, 2016.

**Erickson, Peter** (2016). *The impact of ramping down federal oil leasing on $CO2$ emissions and $2^o C$ goals*. Dept of Interior Bureau of Ocean Energy Management (BOEM), Herndon, VA (via webinar) July 6, 2016

**Erickson, Peter** (2016). *The impact of ramping down federal coal and oil leasing on $CO2$ emissions and $2^o C$ goals*. Federal Coal Workshop: NYU, Washington, D.C. June 29, 2016

**Erickson, Peter** (2016). *What would "Keeping it in the Ground" do for fossil fuel markets and $CO2$ emissions*? House Briefing. Washington D.C. June 28, 2016

**Erickson, Peter** and Derik Broekhoff (2016). *What cities do best: Subnational integration and ideal roles for cities in climate action*. LEDS Global Partnership, 9 February, 2016.

**Erickson, Peter** and Derik Broekhoff (2016). *How cities can contribute to global climate goals*. Webinar for NRDC and partners. January 25, 2016

**Erickson, Peter** (2015). *Supply-side climate policy, carbon lock-in, and fossil fuel producer subsidies.* OCI / CAN Side Event: The Phase-out of Fossil Fuel Subsidies and a Paris Climate Deal". UNFCCC COP 21, Paris, 4 December, 2015

**Erickson, Peter** (2015). *Supply-side climate policy: the road less taken.* RINGO side-event: Bridging the research gap. UNFCCC COP 21, Paris, France, December 2, 2015.

**Erickson, Peter** (2015). *City mitigation opportunities.*  Cities, Climate Action, and the Role of Philanthropy.  London. September 30, 2015

**Erickson, Peter** (2015).  *The market and lock-in effects of new fossil fuel infrastructure.*  Our Common Future Under Climate Change conference. Paris, France, July 9, 2015.

**Erickson, Peter** (2015).  *Leaving room for "green growth": identifying actions to avoid carbon lock-in.*  SEI Science Forum.  Stockholm, Sweden, June 4, 2015.

**Erickson, Peter** (2014).  *Carbon entanglement: the case of Mongolia.*  SEI Science Forum. Stockholm, Sweden, January 27, 2014.

**Erickson, Peter** and Michael Lazarus (2013).  *Greenhouse gas implications of the Keystone XL Pipeline.*  Greenhouse Gas Protocol pilot testing workshop.  World Resources Institute. Washington D.C. December 2013.

**Erickson, Peter** (2013).  *Low-carbon development in global cities.*  SEI Science Forum. Stockholm, Sweden, February.

**Erickson, Peter** (2013).  *Low-carbon development in global cities.*  Low Carbon Central City Strategy Workshop.  Cape Town, South Africa. April 23rd.

**Erickson, Peter** (2012).  *Tracking city-scale climate policy*.  World Resources Institute / Climateworks Foundation Workshop on Climate Policy Tracking.  San Francisco, CA. October 30th.
**Erickson, Peter** (2012).  *Constructing benchmarks.*  Session Chair: ICAP/NA2050 Workshop on Developing Industrial Benchmarks.  New York, New York.  September 24, 2012.

**Erickson, Peter** (2011).  *Long-term scenarios for deep GHG reduction: What role for behavior change?*  Behavior, Energy, and Climate Change (BECC) Conference.  Washington, D.C. December 1.

**Erickson, Peter** and Michael Lazarus (2011).  *Issues and Options for Benchmark Development.* NorthAmerica2050 webinar.  November 8th.

**Erickson, Peter** (2011).  *Issues in Offset Accounting.*  UN Climate Change Conference (SB 34) IEA/OECD Side-event, "Ensuring integrity of emissions accounting after 2012".  Bonn, Germany.  June 24th.

**Erickson, Peter** (2010).  *Issues and Options for Benchmark Development.*  Washington Dept of Ecology / Western Climate Initiative Symposium on Understanding the Value of Benchmarking. May 19th.

**Erickson, Peter** (2010).  *Community Emissions Inventories – Research in King County*.  ICLEI Local Action Summit.  Washington, D.C. September 30th.

Allaway, David and **Peter Erickson** (2010).  *Development of a Consumption-based GHG Inventory for Oregon*.  LCA-X Conference.  Portland, Oregon.  November 2nd.

**Erickson, Peter** (2010).  *Issues in Defining Carbon Neutrality.*  Carbon Neutral Unconference.  www.worldchanging.com.  Seattle.  April 4th.

Erickson CV - 17

Heaps, Charles and **Peter Erickson** (2009).  *Climate Mitigation Research in Developing Countries.*  World Bank.  January 12th.

# EXHIBIT B

FILED

AUG 1 4 2023

ANGIE SPARKS, Clerk of District Court
By_____ Deputy

**MONTANA FIRST JUDICIAL DISTRICT COURT**
**LEWIS AND CLARK COUNTY**

| | |
|---|---|
| RIKKI HELD, et al., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF MONTANA, et al., <br><br> Defendant. | Cause No. CDV-2020-307 <br><br><br> **FINDINGS OF FACT,** <br> **CONCLUSIONS OF LAW,** <br> **AND ORDER** |

## PROCEDURAL HISTORY

On March 13, 2020, sixteen Montana youth (collectively Plaintiffs or Youth Plaintiffs) filed a Complaint for Declaratory and Injunctive Relief (Doc. 1) against the State of Montana, the Governor, Montana Department of Environmental Quality, Montana Department of Natural Resources and Conservation, Montana Department of Transportation, and Montana Public Service Commission (collectively Defendants or State). Plaintiffs' Complaint challenged the constitutionality of the State's fossil fuel-based state energy system, which they allege causes and contributes to climate change in violation

405

44. Defendant Montana Public Service Commission (PSC) is a governmental entity.

45. PSC regulates, supervises, and controls public utilities, common carriers, railroads, and pipelines. [Agreed Facts, Final PTO, Doc. 384 at 3].

46. PSC sets standard-offer contracts for qualifying facilities and utility rates. [Agreed Facts, Final PTO, Doc. 384 at 3].

47. PSC is responsible for the safety of interstate pipelines, including crude oil or petroleum products that operate within or through Montana. [Agreed Facts, Final PTO, Doc. 384 at 3].

48. Defendants' performance of their respective governmental functions has resulted in the extraction, transportation, and consumption of fossil fuels. [Agreed Facts, Final PTO, Doc. 384 at 3].

49. The extraction, transportation, and consumption of fossil fuels results in GHG emissions. [Agreed Facts, Final PTO, Doc. 384 at 3].

50. Defendants authorize the operation of coal-fired powerplants in Montana. [Def. Answer, Doc. 11 ¶ 118].

51. The drilling for and production of oil in Montana is authorized by Defendants. [Def. Answer, Doc. 11 ¶¶ 90, 96].

52. Montana has an abundance of energy sources, including fossil fuels yet to be extracted. [PE 944:24-946:4; PE-37].

53. The Montana Legislature enacted Mont. Code Ann. § 90-4-1001 (repealed) and the MEPA Limitation as amended. [Def. Answer, Doc. 11 ¶ 82].

/////

Findings of Fact, Conclusions of Law, and Order – page 15
CDV-2020-307

primarily focused on the effect GHG emissions in Montana. Dr. Whitlock is a well-qualified expert, and the Court found her testimony informative and credible.

67.    There is overwhelming scientific consensus that Earth is warming as a direct result of human GHG emissions, primarily from the burning of fossil fuels. [SR 102:10-103:9, 125:11-22, 141:18-20; CW 257:14-25; P6, P13, P23, P34, P223, P143; SR-22].

68.    Fossil fuels include coal, crude oil or its derivatives (such as gasoline or jet fuel), and natural gas. [PE 901:24-902:8].

69.    While several GHGs are emitted from the burning of fossil fuels, carbon dioxide ($CO_2$) is the GHG most responsible for trapping excess heat within Earth's atmosphere. [SR 114:20-116:10].

70.    Science is unequivocal that dangerous impacts to the climate are occurring due to human activities, primarily from the extraction and burning of fossil fuels. [SR 103:5-9; P6, P23, P34, P223, P143; SR-46, SR-47].

71.    A substantial portion of every ton of $CO_2$ emitted by human activities persists in the atmosphere for as long as hundreds of years or millennia. As a result, $CO_2$ steadily accumulates in the atmosphere. [SR 166:2-10, 168:2-10; CW 279:14-20, 314:20-315:8, 318:2-5].

72.    The cumulative effect of GHG emissions causes the impacts to the climate being experienced today. [SR 168:2-16]. Human activity and the burning of fossil fuels have accelerated the accumulation of $CO_2$ to the point that 42% of the total accumulation of $CO_2$ emissions has happened in the last thirty years. [SR 141:16-142:2; SR-42].

/////

[SR 115:18-22, 116:7-15; SR-20]. This means that fossil fuel use is around 10 times as large as other sources of emissions due to human management. [SR 115:15-21]. In terms of the $CO_2$ humans emit each year, approximately 48% of these emissions end up in the atmosphere, 29% are absorbed in back up in the biosphere, and 26% are absorbed by the oceans. [SR 115:7-117:10; SR-20].

89.    Until atmospheric GHG concentrations are reduced, extreme weather events and other climactic events such as droughts and heatwaves will occur more frequently and in greater magnitude, and Plaintiffs will be unable to live clean and healthy lives in Montana. [SR 128:22-129:5, 131:5-15, 149:2-150:7; SR-45; LVS-44].

90.    There is scientific certainty that if fossil fuel emissions continue, the Earth will continue to warm. [SR 106:15-18, 168:20-24; SR-46, SR-47].

91.    Each additional ton of GHGs emitted into the atmosphere exacerbates impacts to the climate. [SR 106:15-18, 188:3-6; CW 279:14-20, 314:20-315:8, 318:2; P143].

92.    Every ton of fossil fuel emissions contributes to global warming and impacts to the climate and thus increases the exposure of Youth Plaintiffs to harms now and additional harms in the future. [SR 168:17-169:7; CW 279:14-20, 314:20-315:8, 318:2-5; PE-40].

**B.    Climate Change Projections.**

93.    Computer models used by scientists are an important tool for predicting climate change and are reasonably relied upon by members of the scientific community. [SR 90:23-91:9].

/////

## VI. DEFENDANTS' ACTIONS CONTRIBUTE TO CLIMATE CHANGE AND HARM PLAINTIFFS.

209.    Anne Hedges received a B.S. in environmental policy analysis and planning from the University of California at Davis in 1988 and a Master of Environmental Law, *magna cum laude,* from Vermont Law School in 1993. She is Co-Director and Director of Policy and Legislative Affairs at the Montana Environmental Information Center (MEIC). She directs MEIC's program work, including its legislative, regulatory, policy, and legal activities. She has worked at MEIC since 1993, and her work is focused on pollution-related policy issues in Montana, with a primary emphasis on impacts to air, water, landscapes, and climate from fossil fuels. Ms. Hedges is a well-qualified expert, and the Court found her testimony informative and credible.

210.    Peter Erickson received a bachelor's degree in Geology in 1998 at Carleton College, Minnesota, as well as coursework in intermediate microeconomics and macroeconomics at the University of Washington. Mr. Erickson has worked as an environmental and climate policy and technical analyst in greenhouse gas emission accounting, most recently with the Stockholm Environment Institute, an international research institution providing, in part, technical analysis to government and NGOs on the details of climate policy and emissions accounting. Mr. Erickson has served on both national and international committees devoted to GHG emissions accounting: one convened by the International Council of Local Environmental Initiatives (ICLEI) to create a U.S. Community-scale GHG Emissions Accounting and Reporting Standard, and one convened by the Greenhouse Gas Protocol to create the Greenhouse Gas Mitigation Goals Standard. [P192]. Mr. Erickson testified about Montana's fossil

fuel consumption, extraction, and infrastructure, focusing on three categories: (1) extraction of fossil fuels; (2) processing and transportation of fossil fuels; and (3) consumption of fossil fuels by end users. For each of these categories, Mr. Erickson quantified the amount of coal, oil, and gas and translated that in units of carbon dioxide ($CO_2$) emissions released from the fuels once they are combusted. Mr. Erickson added up all the coal, oil, and gas to determine the emissions associated with the extraction, consumption, and transportation of those fuels. In his opinion, emissions from Montana's fossil fuel consumption, extraction, and infrastructure are globally significant quantities. Mr. Erickson is a well-qualified expert, and the Court found his testimony informative and credible.

211. Defendants offered the testimony of Dr. Terry Anderson as an expert economist. Purporting to be based on data from the Energy Information Agency (EIA), Dr. Anderson provided extremely limited testimony in response to three questions: (1) the total greenhouse gas emissions for the world; (2) the 2020 greenhouse gas consumption emissions for the state of Montana; and (3) the 2022 greenhouse gas consumption emissions for the state of Montana. Dr. Anderson's testimony was not well-supported, contained errors, and was not given weight by the Court.

212. Defendants permit three types of fossil fuel-related activities: (1) extraction of fossil fuels; (2) processing and transportation of fossil fuels; and (3) consumption of fossil fuels by end users. [PE 914:12-915:3; PE-9].

213. Fossil fuel consumption includes any combustion, or burning, of these fuels, primarily for energy. Fossil fuel extraction is mining, pumping, drilling, or otherwise taking fossil fuels out of the ground for purposes of making fuels. Fossil fuel processing and transportation are activities that occur

Findings of Fact, Conclusions of Law, and Order – page 66
CDV-2020-307

between that initial extraction and combustion by the end user, such as refining, or moving the fuels in bulk from one place to another. [PE 914:14-21; PE-11].

214. It is possible to calculate the amount of $CO_2$ and GHG emissions that results from fossil fuel extraction, processing and transportation, and consumption activities that are authorized by Defendants. [PE 915:13-21; P311; PE-10].

215. Data indicates that in 2019, the total annual fossil fuels extracted in Montana led to about 70 million tons of $CO_2$ being released into the atmosphere once the fuels were combusted, which is higher than many other countries, including Brazil, Japan, Mexico, Spain, or the United Kingdom. [PE 922:23-923:3, 928:18-929:11, 950:13-14; PE-17].

216. Data indicates that in 2019, total annual fossil fuels consumed in Montana led to about 32 million tons of $CO_2$ being released into the Atmosphere.

217. In 2019, total annual fossil fuels transported and processed in and through Montana led to at least 80 million tons of $CO_2$ being released into the atmosphere once those fuels were combusted. [PE 923:19-924:4, 950:14-15]. That is equivalent to all the GHG emissions from Columbia, which has 50 times the population of Montana. [PE 930:11-23; PE-17, PE-20].

218. Accounting for overlap among fossil fuels extracted, consumed, processed, and transported in Montana, the total $CO_2$ emissions due to Montana's fossil fuel-based economy is about 166 million tons $CO_2$. [PE 924:5-18, 950:16-18; PE-18]. This is a conservative estimate and does not include all the GHG emissions, including methane, for which Montana is responsible. [PE 928:5-9; PE-17].

Findings of Fact, Conclusions of Law, and Order – page 67
CDV-2020-307

219. The 166 million tons $CO_2$ due to Montana's fossil fuel-based economy is equivalent to the emissions from Argentina (with forty-seven million residents), the Netherlands (with eighteen million residents), or Pakistan (with 248 million residents). [PE 931:22-932:9; PE-22].

220. In terms of per capita emissions, Montana's consumption of fossil fuels is disproportionately large and only five states have greater per capita emissions. [PE 930:19-23, 938:23-25; PE-25].

221. The cumulative $CO_2$ emissions from all fossil fuels extracted in Montana since 1960 is 3.7 billion metric tons of $CO_2$. [PE 941:9-19; PE-26].

222. Montana is a major emitter of GHG emissions in the world in absolute terms, in per person terms, and historically. [PE 930:19-23].

223. Montana has six coal mines that Defendants authorize: Spring Creek Mine, Rosebud Mine, Decker Mine, Absaloka, Bull Mountain, and Savage Mine. [PE 942:16-943:5]. Montana also has the largest estimated recoverable coal reserves in the U.S., and Montana is a substantial exporter of coal. [AH 791:1-25; AH-7-AH-13; PE 946:1-3].

224. Montana's annual coal production is 34 million short tons of coal. [PE 946:5-22]. Montana's coal reserves, as of 2019, are 707 million short tons. [PE 945:21-25; PE-37].

225. Montana is a substantial producer of oil and gas in the U.S. Defendants authorize the drilling and production of oil and gas in Montana. [PE 932:18-933:5, 949:7-15].

226. Montana has approximately 4,000 oil producing wells with an annual oil production of twenty-three million barrels. As of 2019, Montana's oil reserves were 298 million barrels. [PE 946:23-947:8; PE-36, PE-37].

227. Montana has approximately 5,000 gas producing wells with an annual oil production of forty-three billion cubic feet. As of 2019, Montana's gas reserves were 613 billion cubic feet. [PE 947:14-19; PE-36, PE-37].

228. Between 1960 and 2019 the fastest growing category of fossil fuel consumption in Montana has been gas. [PE 942:11-12].

229. Montana is home to four state-authorized oil refineries. [PE 948:22-24, 949:10-15]. Montana's refineries process crude oil largely from Canada and Wyoming and distribute the refined product by railroad and pipeline throughout Montana and to nearby states. [PE 948:17-949:23; PE-38].

230. Montana's land contains a significant quantity of fossil fuels yet to be extracted. [Def. Answer, Doc. 54 ¶ 139; PE 945:21-946:4, 947:16-19, 945:1-25].

231. Montana's GHG emissions have grown significantly since the passage of the 1972 Montana Constitution. [AH 940:15-941:2; PE-27, PE-28].

232. Defendants continue to approve permits and licenses for new fossil fuel activities. [AH 862:1-5; SN 1354:12-16].

233. Defendants have authorized fossil fuel extraction, transportation, and combustion resulting in high levels of GHG emissions that contribute to climate change. [AH 831:22-832:1, 846:25-847:11, 845:14-846:3; AH-50-AH-61; PE 932:18-933:5].

234. In taking action to authorize fossil fuel extraction, since 2011 Defendants have not considered or disclosed GHG or climate change impacts in their environmental reviews because they were statutorily precluded from doing so. [AH 836:2-13, 845:14-846:3; AH-50-AH-61].

235.    DEQ issues air quality permits to facilities that emit GHG emissions. [AH 788:13-23; Def. Answer, Doc. 11 ¶ 90].

236.    DEQ has authorized fossil fuel extraction, transportation, and combustion, which generate GHG emissions, contribute to climate change, and harm Plaintiffs. [AH 845:14-846:24; AH-50-AH-61].

237.    What happens in Montana has a real impact on fossil fuel energy systems, $CO_2$ emissions, and global warming. [PE 976:8-24; PE-40].

## VII.    THE MEPA LIMITATION AND ITS IMPLEMENTATION.

238.    The 2011 MEPA Limitation provided in pertinent part:

(2)(a) Except as provided in subsection (2)(b), an environmental review conducted pursuant to subsection (1) may not include a review of actual or potential impacts beyond Montana's borders. It may not include actual or potential impacts that are regional, national, or global in nature.

239.    While this case has been pending, Judge Moses held in *MEIC v. DEQ*:

Here, the plain language of MCA 75-1-201(2)(a) precludes agency MEPA review of environmental impacts that are 'beyond Montana's borders,' but it does not absolve DEQ of its MEPA obligation to evaluate a project's environmental impacts within Montana. DEQ misinterprets the statute. They must take a hard look at the greenhouse gas effects of this project as it relates to the impacts within the Montana borders.

Order on Summary Judgment at 29:3-9, *MEIC v. DEQ*, No. DV-56-2021-1307 (Thirteenth Dist. Ct., April 6, 2023).

240.    Eight days after Judge Moses' ruling, on April 14, 2023, HB 971 was introduced in the Montana Legislature. HB 971 was passed, sent to enrolling

/////

Findings of Fact, Conclusions of Law, and Order – page 70
CDV-2020-307

262. The State authorizes four private coal power plants to operate in the State, which generate 30% of Montana's energy production, without considering how the additional GHG emissions will contribute to climate change or be consistent with the standards the Montana Constitution imposes on the State to protect people's rights. [AH 792:1-21].

263. The State continues to permit surface coal mining and reclamation in Montana, which results in substantial GHG emissions, without considering how the additional GHG emissions will contribute to climate change or be consistent with the standards the Montana Constitution imposes on the State to protect people's rights. [AH 836:16-846:3; PE 934:14-15].

264. The State authorizes, through licenses and leases, the exploration for and extraction of oil and gas in Montana, without considering how the additional GHG emissions will contribute to climate change or be consistent with the standards the Montana Constitution imposes on the State to protect people's rights. [AH 793:6-18, 845:20-846:9].

265. Defendants have and continue to authorize projects, activities, and plans that cause emissions of GHG pollution into the atmosphere, all while ignoring the impacts of climate change and GHG emissions due to the MEPA Limitation. [AH 836:16-846:3; AH-51-AH-60; PE 932:18-933:5]. For example:

a. Defendants authorize and certify energy projects and facilities within the State of Montana that emit substantial levels of GHG pollution, including, but not limited to, projects that burn and promote the use of fossil fuels. [AH 836:16-846:3; PE 932:18-933:5].

/////

Findings of Fact, Conclusions of Law, and Order – page 76
CDV-2020-307

b.    DEQ approved the AM4 expansion of Rosebud Strip Mine in December 2015, a 12.1-million-ton coal mine expansion. Pursuant to the MEPA Limitation, DEQ refused to analyze how that decision would aggravate climate impacts. [AH 836:16-837:12; P259, P260, P277; AH-51].

c.    DEQ issued a MSUMRA permit to Bull Mountain Mine in January 2016, authorizing Bull Mountain Mine to produce 176 million tons of coal per year. DEQ refused, pursuant to the MEPA Limitation, to analyze how the decision would aggravate climate impacts. [AH 837:14-838:16; P243, P264; AH-52].

d.    Between 2002 and 2014, DEQ issued twelve different permits for Signal Peak Energy to operate the Bull Mountain Mine. Since 2011, pursuant to the MEPA Limitation, DEQ refused, in its environmental assessments to consider how those GHG emissions would contribute to climate change or adversely impact Montana's environment and natural resources. [P245, P247, P256].

e.    DEQ approved the TR3 expansion of Decker Mine in 2018, allowing for strip-mining of twenty-three million tons of coal. DEQ refused, pursuant to the MEPA Limitation, to analyze how that decision would aggravate climate impacts. [P236, P238, P250, P252, P257-258].

f.    In 2020, DEQ approved revision to Spring Creek Mine, the largest coal mine in the State, allowing for recovery of additional seventy-two million tons of coal. In August 2019, DEQ refused, pursuant to the MEPA Limitation, to analyze impacts on the social cost of carbon and economic impacts from climate change in its EIS. [AH 841:23-842:20; P227, P248, P253, P255; AH-56].

g.      DEQ authorized the operation of Colstrip Steam Electric Station—which produced 13.2 million metric tons of carbon dioxide equivalent ($CO_2e$), 38,015 metric tons methane, and 65,919 metric tons nitrous oxide in 2018. $CO_2e$ is a metric measure used to compare the emissions from various greenhouse gases based upon their global warming potential (GWP). [P281, P285, P286].

h.      In 2019, when DEQ issued its Record of Decision approving Western Energy's permit application to expand coal mining at Rosebud Coal Mine Area F, where "[t]he proposed mine permit application would add 6,746 acres and approximately 70.8 million tons of recoverable coal reserves to the Rosebud Mine, extending the operational life of the mine by eight years (at the current rate of production)." DEQ, pursuant to the MEPA Limitation, did not consider how those GHG emissions would contribute to climate change or adversely impact Montana's environment and natural resources. [AH 830:25-840:16; SN 1322:21-1323:2; P254, P277, P297; AH-54].

i.      DEQ issued the air quality permit to NorthWestern Energy for the Laurel Generating Station (now named the Yellowstone County Generating Station), a proposed gas-fired power plant. Pursuant to the MEPA Limitation, DEQ, in its environmental assessment, did not consider how the GHG emissions would contribute to climate change or adversely impact Montana's environment and natural resources. [AH 831:9-21, 844:19-845:13; P294; AH-57].

j.      In May 2022, DEQ issued its Final EIS for Rosebud Mine Area B AM5, in Colstrip.  Pursuant to the MEPA Limitation, the environmental assessment did not consider how GHG emissions would

Findings of Fact, Conclusions of Law, and Order – page 78
CDV-2020-307

contribute to climate change or adversely impact Montana's environment and natural resources. [AH 840:20-841:22; P228; AH-55].

k.    DEQ continues to issue permits for fossil fuel energy projects, including oil and gas pipelines and associated compressor stations, coal mines and coal facilities, oil and gas facilities, oil and gas leases, oil and gas drilling, petroleum refineries, industrial facilities that burn fossil fuels, and fossil fuel power plants. Pursuant to the MEPA Limitation, DEQ does not consider how a proposed project would contribute to climate change or adversely impact Montana's environment and natural resources. [AH 845:14-846:24; PE 949:7-15, 954:2-9; P138, P224, P232, P239, P240, P241, P242, P246, P249, P251, P264, P276, P277, P278, P279, P280, P281, P282, P285-301; AH-58, AH-59, AH-60].

l.    DNRC issues permits for fossil fuel projects, including coal mines and oil and gas extraction. DNRC does not consider how GHG emissions from projects will contribute to climate change or adversely impact Montana's environment and natural resources or violate the Constitution, because of the MEPA Limitation. [P217-217; P233, P234, P235, P265-P275, P283, P284].

266.    Montana's annual, historical, and cumulative GHG emissions are increased by Defendants' actions to permit and approve fossil fuel activities with no environmental review of their impact on GHG levels in the atmosphere and climate change. [PE 932:18-933:5].

267.    Defendants' actions cause emissions of substantial levels of GHG pollution into the atmosphere within Montana and outside its borders, contributing to climate change. [SR 164:18-166:16; PE 932:18-933:5].

/////

Findings of Fact, Conclusions of Law, and Order – page 79
CDV-2020-307

# EXHIBIT C

6/10/25, 6:03 PM                    Interior Advances Energy Independence with Spring Creek Mine Expansion Approval | U.S. Department of the Interior

Case 2:25-cv-00054-DLC     Document 25-11     Filed 06/13/25     Page 47 of 60

🇺🇸 An official website of the United States government   Here's how you know ⌄

| | U.S. Department of the Interior | MENU |

# Interior Advances Energy Independence with Spring Creek Mine Expansion Approval

 Share ⌄

Plan secures hundreds of good paying jobs for more than a decade in Montana

03/13/2025
Last edited 03/13/2025

Date: Wednesday, March 13, 2025
Contact: Interior_Press@ios.doi.gov

**Washington, D.C.** – The Department of the Interior today announced the approval of a federal mining plan modification by the Office of Surface Mining Reclamation and Enforcement for the Spring Creek Mine in Big Horn County, Montana, operated by the Navajo Transitional Energy Company. This decision extends the mine's operational life by 16 years, enabling the production of approximately 39.9 million tons of federal coal and supporting 280 full-time jobs.

"The previous administration waged a full-on assault against U.S. energy," said **Secretary of the Interior Doug Burgum**. "Under President Trump's leadership, we're reversing that course, unleashing American energy, and ensuring our nation's security and prosperity."

The Spring Creek Mine supplies coal domestically to Arizona, Michigan, Minnesota and Washington, as well as internationally to Japan and South Korea. This expansion aligns with the Trump-Vance administration's agenda to reduce regulatory burdens and promote energy production, as outlined in Executive Order 14154, "Unleashing Prosperity Through Deregulation," and Interior Secretary's Order 3421, "Achieving Prosperity Through Deregulation."

"By expanding access to our nation's rich coal resources, we are not only bolstering our economy but also reinforcing our energy independence," said **Acting Assistant Secretary for Land and Minerals Management Walter Cruickshank**.

OSMRE prepared an Environmental Impact Statement following a 2021 U.S. District Court for the District of Montana ruling that deemed the initial analysis inadequate. The EIS evaluates the different mining alternatives and the impacts on people and the environment.

The Department of the Interior remains steadfast in its mission to unlock America's full potential in energy production, reduce consumer costs, generate revenue to address the national deficit, and ensure that energy security remains a top priority.

### 

PRESS RELEASE



06/06/2025

**Interior Approves Bull Mountains Mining Plan Modification**

The Department of the Interior today announced the approval of the mining plan modification for the Bull Mountains coal mine in Montana, a key step in advancing President Donald J. Trump's energy emergency directives

PRESS RELEASE



06/05/2025

**Trump Administration Expands Investment in Coal Country to Fuel Jobs and Economic Growth**

The Department of the Interior today announced the availability of $130 million in fiscal year 2025 funding through the Abandoned Mine Land Economic Revitalization Program — an initiative aimed at turning legacy coal

Case 2:25-cv-00054-DLC    Document 25-11    Filed 06/13/25    Page 49 of 60

and strengthening U.S. energy
partnerships abroad.

mining sites into engines of economic
growth.

**Read more**

**Read more**

PRESS RELEASE



06/04/2025

## Interior Announces Over $119 Million to Reclaim Abandoned Coal Mines

In support of President Trump's
commitment to unleashing American
energy and revitalizing coal country,
the Department of the Interior today
announced the availability of more than
$119 million in fiscal year 2025
abandoned mine land reclamation fee-
based grants for eligible states and
tribes.

**Read more**

6/10/25, 6:03 PM
Interior Advances Energy Independence with Spring Creek Mine Expansion Approval | U.S. Department of the Interior
Caso 2:25-cv-00054-DLC    Document 25-11    Filed 06/13/25    Page 50 of 60

# Was this page helpful?

○ Yes    ○ No    **Submit**

Return to top

About DOI

Accessibility

Contact Us

Copyright

Disclaimer

Information Quality

Privacy Policy

Site Map

Vulnerability Disclosure Policy

Budget & Performance

Cummings Act Notices

FOIA

Inspector General

No Fear Act reports

✉ **SUBSCRIBE**

Enter your email address to subscribe to Interior news and updates

**Sign Up**



Case 2:25-cv-00054-DLC    Document 25-11    Filed 06/13/25    Page 51 of 60

# U.S. Department of the Interior

Stewarding Conservation and Powering Our Future

    

1849 C Street NW, Washington, DC 20240

# EXHIBIT D

Case 2:25-cv-00054-DLC     Document 25-11     Filed 06/13/25     Page 53 of 60

 An official website of the United States government   Here's how you know ⌄

| | | |
|---|---|---|
| [seal] | **U.S. Department of the Interior** | MENU |

**Home**  ›  Interior Approves Bull Mountains Mining Plan Mo…

# Interior Approves Bull Mountains Mining Plan Modification

⤴ Share ⌄

*Strategic coal exports to Japan and South Korea reinforce U.S. alliances and support Indo-Pacific energy security*

06/06/2025
Last edited 06/06/2025

**Date:** June 6, 2025
**Contact:** Interior_Press@ios.doi.gov

**WASHINGTON** — The Department of the Interior today announced the approval of the mining plan modification for the Bull Mountains coal mine in Montana, a key step in advancing President Donald J. Trump's energy emergency directives and strengthening U.S. energy partnerships abroad. The action authorizes Signal Peak Energy, LLC to recover approximately 22.8 million tons of federal coal and 34.5 million tons of adjacent non-federal coal, extending the life of the Bull Mountains Mine by up to nine years.

"This is what energy leadership looks like," said **Secretary of the Interior Doug Burgum**. "By unlocking access to coal in America, we are not only fueling jobs here at home, but we are also standing shoulder-to-shoulder with our allies abroad. President Trump's leadership in declaring a national energy emergency is allowing us to act decisively, cut bureaucratic delays and secure America's future through energy independence and strategic exports."

The mine, located in Musselshell and Yellowstone Counties, employs over 250 workers and supplies critical energy exports to U.S. defense allies Japan and South Korea. The project is expected to generate over $1 billion in combined local, state and county economic benefits, including wages, taxes and business activity.

Case 2:25-cv-00054-DLC    Document 25-11    Filed 06/13/25    Page 54 of 60

The Department completed its environmental impact statement and issued a record of decision under newly established alternative arrangements for compliance with the National Environmental Policy Act. These arrangements were adopted pursuant to the national energy emergency declared by President Trump on January 20, 2025. Notably, the Environmental Impact Statement contains significantly more analysis than is required under NEPA, given the U.S. Supreme Court's recent ruling in *Seven County Infrastructure Coalition v. Eagle County, Colorado.*

"This decision reflects our commitment to balancing economic prosperity, national security, and environmental responsibility," said **Adam Suess, Acting Assistant Secretary for Land and Minerals Management**. "The Bull Mountains project is proof that we can meet urgent energy needs, work with local communities and uphold strong environmental standards."

The approval follows an extensive public participation process led by the Office of Surface Mining Reclamation and Enforcement, including a public meeting, two public comment periods and analysis of 667 individual comments submitted.

More information, including the final Environmental Impact Statement, Record of Decision and Mining Plan Approval can be found at OSMRE.gov.

### 

PRESS RELEASE



06/05/2025

**Trump Administration Expands Investment in Coal Country to Fuel Jobs and Economic Growth**

PRESS RELEASE



06/04/2025

**Interior Announces Over $119 Million to Reclaim Abandoned Coal Mines**

The Department of the Interior today announced the availability of $130 million in fiscal year 2025 funding through the Abandoned Mine Land Economic Revitalization Program — an initiative aimed at turning legacy coal mining sites into engines of economic growth.

**Read more**

In support of President Trump's commitment to unleashing American energy and revitalizing coal country, the Department of the Interior today announced the availability of more than $119 million in fiscal year 2025 abandoned mine land reclamation fee-based grants for eligible states and tribes.

**Read more**

PRESS RELEASE



04/09/2025

### Interior Department Disburses Over $13 Million to Revitalize Coal Communities

The Department of the Interior today announced the disbursement of more than $13 million in grants to support the reclamation of abandoned mine lands, furthering the Trump administration's commitment to American Energy Dominance,

environmental stewardship and

economic renewal in coal communities.

**Read more**

## Was this page helpful?

◯ Yes      ◯ No      **Submit**

Return to top

About DOI

Accessibility

Contact Us

Copyright

Disclaimer

Information Quality

Privacy Policy

Site Map

Vulnerability Disclosure Policy

✉ **SUBSCRIBE**

Budget & Performance

Cummings Act Notices

FOIA

Inspector General

No Fear Act reports

Enter your email address to subscribe to Interior news and updates

Case 2:25-cv-00054-DLC    Document 25-11    Filed 06/13/25    Page 57 of 60



**Sign Up**

## U.S. Department of the Interior

Stewarding Conservation and Powering Our Future

1849 C Street NW, Washington, DC 20240

# EXHIBIT E



Home <https://epa.gov/>     /     News Releases <https://epa.gov/newsreleases/search>

# Trump EPA Announces Reconsideration of Burdensome Greenhouse Gas Reporting Program

March 12, 2025

## Contact Information

EPA Press Office (press@epa.gov)

**WASHINGTON** – U.S. Environmental Protection Agency (EPA) Administrator Lee Zeldin announced the agency is reconsidering the mandatory Greenhouse Gas Reporting Program (GHGRP). Unlike every other mandatory information collection by EPA under the Clean Air Act, the GHGRP is not directly related to a potential regulation nor developed with that intention. The program requires over 8,000 facilities and suppliers in the United States to calculate and submit their emissions reporting annually. It costs hundreds of millions of dollars that could be better used to improve and upgrade environmental controls or other items at these facilities to have a noticeable impact on the improvement of the environment.

*"The Greenhouse Gas Reporting Program is another example of a bureaucratic government program that does not improve air quality. Instead, it costs American businesses and manufacturing millions of dollars, hurting small businesses and the ability to achieve the American Dream,"* **said EPA Administrator Zeldin.**

This was announced in conjunction with a number of historic actions <https://epa.gov/newsreleases/epa-launches-biggest-deregulatory-action-us-history> to advance President Trump's Day One executive orders and Power the Great American Comeback.

Combined, these announcements represent the greatest and most consequential day of deregulation in the history of the United States. While accomplishing EPA's core mission of protecting the environment, the agency is committed to fulfilling President Trump's promise to unleash American energy, lower costs for Americans, revitalize the American auto industry, restore the rule of law, and give power back to states to make their own decisions.

Last updated on March 12, 2025