Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Daniel C. Snyder*
Haley Nicholson*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Attorneys for Plaintiffs*
*Admitted pro hac vice*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **EVA LIGHTHISER**; et al. <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP**, in his official capacity as President of the United States; et al. <br><br> Defendants. | Case No: CV-25-54-BU-DLC <br><br> **DECLARATION OF STEVEN W. RUNNING, PhD, IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Steven W. Running, hereby declare and if called upon would testify as follows:

1.     I am a University Regents Professor Emeritus of Global Ecology in the College of Forestry and Conservation with the University of Montana and have actively been engaged in climate change science research since the early 1980s. I am offering this testimony in my personal capacity, and I have personal knowledge of the facts stated herein.

2.     I am submitting this Declaration in support of Plaintiffs' Motion for Preliminary Injunction to prevent Defendants from implementing several sections of Executive Orders Nos. 14154, 14156, and 14261, which are designed to "unleash" fossil fuels and suppress the development and publication of climate change science. I offer my expert opinion about how excessive GHG emissions, mainly carbon dioxide ($CO_2$) largely from the burning of fossil fuels, are causing climate change that is dangerously warming the surface of the Earth in ways that are harming the Youth Plaintiffs in this case.

**Background & Qualifications**

3.     In 1979, I received my Ph.D. in Forest Ecology from Colorado State University. Since 1979, I have been with the University of Montana, where I retired in 2017. In 1983, I founded the Numerical Terradynamic Simulation Group (NTSG), my global research team of graduate students and staff, at the University of Montana. I have published over 300 scientific articles and two books and have been honored

with several awards. I have served on the Standing Committee for Earth Studies of the National Research Council and on the federal Interagency Carbon Cycle Science Committee. I have also served as a Co-Chair of the National Center for Atmospheric Research Community Climate System Model Land Working Group, a Member of the International Geosphere-Biosphere Program Executive Committee, and a Member of the World Climate Research Program, Global Terrestrial Observing System. I recently completed serving on the advisory National Aeronautics and Space Administration (NASA) Earth Science Subcommittee, and the National Oceanic and Atmospheric Administration (NOAA) Science Advisory Board Climate Working Group. I also recently retired as co-Chair of the National Academy of Sciences Standing Committee on Earth Science and Applications from Space. In 2007, the Intergovernmental Panel on Climate Change (IPCC) shared the Nobel Peace Prize with Al Gore; I contributed as a chapter Lead Author for that 4th Assessment of the IPCC. I am an elected Fellow of the American Geophysical Union and have for years been designated a Highly Cited Researcher by the Institute for Scientific Information. A true and correct copy of my curriculum vitae is attached as Exhibit A.

4.    I previously served as a testifying expert witness on similar topics addressed in this Declaration for the Youth Plaintiffs in *Rikki Held, et al. v. State of*

*Montana et al.*, tried in June 12-20, 2023 before Judge Kathy Seeley, First Judicial District Court, Lewis and Clark County, in Cause No. CDV-2020-307.

5.      After preparing an expert report in that litigation, as well as a rebuttal expert report, and testifying under oath at a deposition, I appeared in Court on June 12, 2023, to testify under oath on the following topics: how Earth's climate system functions, the physics of how greenhouse gas (GHG) emissions are driving climate change, the global carbon cycle including Earth's current energy imbalance from a buildup of atmospheric $CO_2$, how to fix Earth's energy imbalance, the global hydrologic cycle, and with my colleague, Dr. Cathy Whitlock, how fossil fuel pollution is harming Montana's ecosystems and hydrology. My expert report, prepared jointly with Dr. Cathy Whitlock, was not admitted as an exhibit into the trial record, but my testimony was recorded and is available at https://heldvmontana.ourchildrenstrust.org/.

6.      The Court issued its Findings of Fact, Conclusions of Law, and Order on August 14, 2023, finding my expert opinions "informative and credible." ¶¶ 65, 67, 69-78, 81-95, 98-99, 137, 140-41, 144, 149, 165, 174, 177, 180-85, 187, 193, 245, 267 (citing SR [Steven Running] trial testimony and demonstratives). The paragraphs from the Court's opinion that reference my testimony are attached to this Declaration as Exhibit B.

7.     The Court's 2023 Order was affirmed in full by the Montana Supreme Court. *Held v. State*, 2024 MT 312.

**The Burning of Fossil Fuels Causes Climate Change**

8.     Since the dawn of the industrial revolution, about 1.81 trillion tons of $CO_2$ have been emitted into the atmosphere from fossil sources, of which 96.67% (1.75 trillion tons of $CO_2$) came from the combustion of fossil fuels (Figure 1). To put that mass into context, all life on Earth has a mass of only 1.1 trillion tons.[1]



*Figure 1. Cumulative fossil $CO_2$ emissions (bottom) from fossil fuels (black) and industry (orange).[2] Atmospheric $CO_2$ concentrations measured in parts per million (ppm) (top).[3] The concentration of $CO_2$*

---

[1] https://www.nationalgeographic.com/environment/article/human-made-materials-now-equal-weight-of-all-life-on-earth; Emily Elhacham et al., *Global Human-Made Mass Exceeds All Living Biomass*, 588 Nature 442 (2020).

[2] https://ourworldindata.org/co2-emissions.

[3] https://gml.noaa.gov/webdata/ccgg/trends/co2/co2_annmean_mlo.txt; Mauro Rubino et al., *Revised Records of Atmospheric Trace Gases $CO_2$, $CH_4$, $N_2O$, and $d^{13}C$-$CO_2$ over the last 2000 Years from Law Dome, Antarctica*, 11 Earth System Science Data 473 (2019).

*in the atmosphere reflected in ppm means the number of carbon dioxide molecules in a million molecules of the atmosphere.*

9.    Emitting 1.81 trillion tons of $CO_2$ in the atmosphere has resulted in the atmospheric concentration of $CO_2$ climbing from around 280 parts per million (ppm) in the late 1700s to 424.61 ppm in 2024 (Figure 1). Because $CO_2$ is a GHG that warms the planet, Earth has now warmed about 1.55°C in 2024 relative to Earth's 1850-1900 annual mean.[4]

10.    The upper-most limit of atmospheric $CO_2$ concentration that is found to be scientifically safe for humanity is 350 ppm.[5] The planet crossed the 350 ppm threshold in 1988. Since 1988, every additional ton of $CO_2$ emitted into the atmosphere has made the climate crisis worse.

---

[4] World Meteorological Organization, *State of the Global Climate 2024*, WMO-No. 1368 (2025)

[5] James Hansen et al., *Target Atmospheric CO$_2$: Where Should Humanity Aim?*, 2 Open Atmospheric Sci. J. 217 (2008); James Hansen et al., *Assessing "Dangerous Climate Change": Required Reduction of Carbon Emissions to Protect Young People, Future Generations and Nature*, 8 PloS one e81648 (2013); James Hansen et al., *Young People's Burden: Requirement of Negative CO$_2$ Emissions*, 8 Earth Syst. Dynam. 577 (2017); Johan Rockström et al. *A Safe Operating Space for Humanity*, 461 Nature 472 (2009); Will Steffen et al., *Planetary Boundaries: Guiding Human Development on a Changing Planet*, 347 Science 736 (2015); Katherine Richardson et al., *Earth Beyond Six of Nine Planetary Boundaries*, 9 Science Advances eadh2458 (2023); Johan Rockström et al., *Safe and Just Earth System Boundaries*, 619 Nature 102 (2023); Johan Rockström et al., *Planetary Boundaries Guide Humanity's Future on Earth*, 5 Nature Reviews Earth Env't 773 (2024).

11.    Because we have been in a climate crisis for 37 years that is growing worse with every additional ton of $CO_2$ emitted, the only way to avoid the most devastating impacts is to reduce GHG emissions immediately on a pathway towards zero $CO_2$ emissions no later than 2050 with efforts to remove even more $CO_2$ from the atmosphere by protecting and restoring our carbon sinks. Unleashing the use of more fossil fuels would take us in the opposite direction and would result in worsening the already dangerous planetary conditions that threaten Plaintiffs' lives.

**Every Ton of Anthropogenic $CO_2$ Emissions Adds to Global Warming**

12.    In 1896, Svante Arrhenius, a Swedish chemist, used his understanding of the basic physics of how molecules like $CO_2$ differentially transmit shortwave solar radiation, but absorb longwave thermal radiation, to postulate that the then-new practice of burning fossil fuels that emit $CO_2$ could one day warm the global atmosphere. In the first half of the 19th Century, Arrhenius' scientific theory was confirmed by other scientists, such as Guy S. Callendar. Now with hindsight, I and the scientific community can definitively say that Svante Arrhenius was entirely correct. I show this with Figure 2. Here, the rise in atmospheric $CO_2$ is closely followed by the warming of the planet from its stable pre-industrial climate to its upward trend in the 20th and 21st centuries.



*Figure 2. Atmospheric CO₂ concentration (bottom, red)[6]. Change in average global temperature relative to 1850-1900 mean (top) with observed changes averaged from three groups (dark blue)[7] and reconstructed from geological archives (blue)[8].*

13.    Due to the concern about global warming from burning fossil fuels, in 1958, Dr. Charles David Keeling began the modern monitoring of atmospheric $CO_2$ at Mauna Loa, Hawai'i, a remote location not near any local $CO_2$ sources. As Arrhenius postulated, and Dr. Callendar confirmed, Dr. Keeling's monitoring data

---

[6] https://gml.noaa.gov/webdata/ccgg/trends/co2/co2_annmean_mlo.txt; Rubino et al. (2019).

[7] https://berkeley-earth-temperature.s3.us-west-1.amazonaws.com/Global/ Land_and_Ocean_summary.txt; https://www.metoffice.gov.uk/hadobs/hadcrut5/; https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/global/time-series/globe/tavg/land_ocean/12/12/1850-2024.

[8] PAGES 2k Consortium, *Consistent Multidecadal Variability in Global Temperature Reconstructions and Simulations over the Common Era*, 12 Nature Geoscience 643 (2019).

proved that $CO_2$ has continued to rise every year from 1958 to the present from an initial concentration of 316 ppm in 1958, to an annual average level of 424.61 ppm in 2024 (see Figure 3). The U.S. Energy Information Agency documented that the U.S. emitted about 4.807 gigatons of $CO_2$ into the atmosphere from the combustion of fossil fuels for energy in 2023.[9] It takes 3.25 years for U.S. fossil fuel $CO_2$ emissions from within its territorial boundaries to raise the atmospheric $CO_2$ concentration by 1 ppm.



*Figure 3. Atmospheric $CO_2$ concentration measured at Mauna Loa observatory from 1958 to April 14, 2025.[10]*

---

[9] https://www.eia.gov/environment/emissions/carbon/.
[10] https://gml.noaa.gov/ccgg/trends/.

14.     The little red ups and downs of $CO_2$ in the Keeling Curve graph (Figure 3) represent the cyclical seasonal uptake of $CO_2$ by the world's vegetation, most of which is in the Northern Hemisphere. During the northern hemisphere's summer, plants take up $CO_2$, and in the fall, seasonal decomposition releases $CO_2$. Those seasonal increases and decreases of atmospheric $CO_2$ are a natural cycle. What is not natural is the drastic increase in average $CO_2$ over the last century (Figures 2, 3).

15.     Analysis of carbon isotopes in the atmosphere has made clear that the source of the increasing $CO_2$ is the combustion of fossil fuels.[11] There is universal scientific consensus that the rise in atmospheric $CO_2$ that we are witnessing is attributable to human activities, primarily the burning of fossil fuels from activities such as transportation and power generation. Reports by the Intergovernmental Panel on Climate Change (IPCC) and congressionally mandated national climate assessments (NCAs) have been unwavering in their conclusion that the planet is warming because of anthropogenic emissions of greenhouse gases from the burning of fossil fuels.[12]

16.     Therefore, there is a scientific consensus that the rise in atmospheric $CO_2$ that we are witnessing is attributable to human activities, primarily the burning of fossil fuels, and this is precisely what Svante Arrhenius predicted 130 years ago.

---

[11] https://gml.noaa.gov/ccgg/trends/ff.html.
[12] https://nca2023.globalchange.gov/; https://www.ipcc.ch/report/ar6/syr/.

17.    It is incontrovertible that, if $CO_2$ emissions remain as they are today or increase as the U.S. Presidential administration's Executive Orders state they will do, the atmospheric $CO_2$ concentration will continue to climb, with ever worsening harms to these young Plaintiffs.

18.    The IPCC has said: "*Every ton of $CO_2$ adds to global warming*".[13] To drive this last point home, I show in Figure 4 this crystal-clear finding of the IPCC that any further emission of $CO_2$ that is allowed to occur will make climate change worse. That is, every further emission of $CO_2$ increases the $CO_2$ accumulation in the atmosphere, moving further right on the graph's X axis. This then drives Earth's global temperature higher up on the Y axis. The colors show different potential future GHG emission pathways. You will note that they do not significantly differ through 2050. This is because no matter how you cut it, every additional ton of $CO_2$ emitted further warms the planet.

---

[13] IPCC, *Climate Change 2023: Synthesis Report* (2023), https://www.ipcc.ch/report/ar6/syr/downloads/report/IPCC_AR6_SYR_LongerRep ort.pdf.



**Every tonne of CO₂ emissions adds to global warming**

*Figure 4. Relationship between cumulative CO₂ emissions (in billions of tons or gigatons: Gt) since 1850 and global mean temperature relative to 1850-1900. Also shown are future projected emissions for different scenarios through 2050.[14] For context in 2100 relative to 1850-1900, SSP1-1.9 has ~1.4°C of warming, SSP1-2.6 has ~1.8°C of warming, SSP2-4.5 has ~2.7°C of warming, SSP3-7.0 has ~3.6°C of warming, and SSP5-8.5 has ~4.4°C of warming.*

19.    The U. S. 5th National Climate Assessment (the last one produced) had similar conclusions: "*The global warming observed over the industrial era is unequivocally caused by greenhouse gas emissions form human activities – primarily burning fossil fuels. Atmospheric concentrations of carbon dioxide (CO₂) – the primary greenhouse gas produced by human activities – and other greenhouse*

---

[14] IPCC, *Summary for Policymakers, in* Climate Change 2021: The Physical Science Basis (2021), https://www.ipcc.ch/report/ar6/wg1/downloads/report/IPCC_AR6_WGI_SPM.pdf.

*gases continue to ruse due to ongoing global emissions. Stopping global warming would require both reducing emissions of $CO_2$ to zero and rapid and deep reductions in other greenhouse gases.*"[15]

**The Heating of the Planet from $CO_2$ Emissions**

20.    In terms of global warming, 2024 the warmest year ever recorded on Earth, surpassing the prior record set in 2023 (Figure 5).[16] In fact, the ten warmest years ever recorded on Earth were the last ten years (2015-2024). These last ten years averaged about 1.3°C warmer than the 1850-1900 mean.[17]



*Figure 5. Global mean temperature changes relative to the 1850-1900 average for six global temperature datasets from science agencies of*

---

[15] USGCRP, *Ch. 1. Overview: Understanding Risks, Impacts, and Responses, in* Fifth National Climate Assessment (2023), https://doi.org/10.7930/NCA5.2023.
[16] World Meteorological Organization, *State of the Global Climate 2024*, WMO-No. 1368 (2025).
[17] https://berkeley-earth-temperature.s3.us-west-1.amazonaws.com/Global/Land_and_Ocean_summary.txt; https://www.metoffice.gov.uk/hadobs/hadcrut5/; https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/global/time-series/globe/tavg/land_ocean/12/12/1850-2024.

*the United States, the United Kingdom, the European Union, Japan, and a non-profit in the United States.*[18]

21.     The warming of the planet has not been constant, because there is a statistically significant change in the rate of heating around 1970.[19] From 1970 through 2024, the planet warmed at ~0.19°C per decade whereas the planet warmed at 0.05°C per decade over the 55 year-period from 1915 to 1970. There was a nearly four-fold increase in the rate of warming around 1970. Indeed, every year since 1977 has been warmer than the 20th century average temperature (Figure 6). This increase in the rate of global warming since around 1970 is due to the substantial increase in GHG emissions during this time frame and some reductions in aerosol emissions (that masked the warming effect of greenhouse gases), which has resulted in Earth's energy imbalance worsening (more on this below).



**Global Land and Ocean Average Temperature Anomalies**
January-December

---

[18] https://wmo.int/news/media-centre/wmo-confirms-2024-warmest-year-record-about-155degc-above-pre-industrial-level.
[19] Claudie Beaulieu et al., *A Recent Surge in Global Warming Is Not Detectable Yet*, 5 Communications Earth Env't 576 (2024).

*Figure 6. Global temperature from NOAA relative to 20th century average.*[20]

22.    The rising concentration of $CO_2$ in the atmosphere has trapped much more energy on Earth than is detected by the change in atmospheric temperature (Figure 7).[21]



*Figure 7. Earth's excess radiation/energy/heat and where it is absorbed for the period 2006-2020 and 1971-2020 (in parentheses).*[22]

---

[20] https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/global/time-series/globe/tavg/land_ocean/12/12/1850-2024.

[21] IPCC, *The Earth's Energy Budget, Climate Feedbacks and Climate Sensitivity* in Climate Change 2021: The Physical Science Basis (2021); Piers M. Forster et al., *Indicators of Global Climate Change 2023: Annual Update of Key Indicators of the State of the Climate System and Human Influence*, 16 Earth System Science Data 2625 (2024).

[22] Karina von Schuckmann et al., *Heat Stored in the Earth System 1960-2020: Where Does the Energy Go?*, 15 Earth System Science Data 1675 (2023).

23.    When Earth is in energy balance, the amount of incoming energy from the Sun is equal to the outgoing energy from the Earth.[23] However, fossil fuel emissions of GHGs, mainly $CO_2$, have ended this balance and excess atmospheric $CO_2$ is trapping more energy on the planet, causing the heat to accumulate, with disastrous consequences.[24] Only 1-2% of this trapped energy is in the atmosphere while 89% of that energy is being absorbed by the ocean with the remaining 9-10% taken up by melting ice and heating of the land itself (Figure 7).[25]

24.    Between 1971 and 2020, the planet retained an extra 381 zeta joules of heat.[26] A joule is a unit of energy or heat while zeta is a term to indicate to the 21st power. This means 381 zeta joules is the same thing as 381,000,000,000,000,000,000,000 joules. Another way to think of a joule is as its common synonym: a calorie. The calories in 607 quadrillion Twinkies (quadrillion is to the 15th power) is equal to 381 zeta joules. This many Twinkies placed end-to-end would span 6.4 light years in length. That's a lot of Twinkies.

25.    Accurate data for the accumulation of heat in the ocean extend back further to 1960 and are even more up to date including through 2024. From 1960 through 2024, the heat accumulated in Earth's oceans alone reached about 452 zeta

---

[23] https://www.noaa.gov/jetstream/atmosphere/energy.
[24] James Hansen et al., *Earth's Energy Imbalance: Confirmation and Implications*, 308 Science 1431 (2005).
[25] von Schuckmann et al. (2023).
[26] von Schuckmann et al. (2023).

joules[27]. To put that number in a Montana perspective involving Flathead Lake, the largest by area natural freshwater body in the western U.S.,[28] the oceans have accumulated enough heat to bring about 49,000 Flathead Lakes to boil or enough heat to vaporize more than 7,300 Flathead Lakes.

26.    It is this excess heat, or energy imbalance, that is causing rising atmospheric temperatures and stronger heatwaves, extreme rainfall and floods, earlier snowmelt, more intense droughts and greater fire risk, and mass loss from glaciers and ice sheets with attendant sea level rise. The Earth's energy imbalance is the most vital metric for measuring the heating of the planet and understanding the impacts that are happening from this heating.

27.    It's this same heat that has caused our rapid snowmelt this spring in Montana and for Flathead Lake to remain below full pool this summer, which I discuss below.

28.    To restore Earth's energy balance and release this heat to outer space, the atmospheric $CO_2$ concentration must be reduced to below 350 ppm.[29] Conversely, every ton of $CO_2$ that is emitted from fossil fuels into the atmosphere

---

[27] Yuying Pan et al., *Ocean Heat Content in 2024*, 6 Nature Reviews Earth Env't 249 (2025).

[28] https://fwp.mt.gov/stateparks/flathead-lake.

[29] Hansen et al. (2008); Hansen et al. (2013); Hansen et al. (2017); von Schuckmann et al. (2023).

makes this energy imbalance worse and thus every one of these climate impacts worse for Plaintiffs.

**The United States, Western States, and Florida Are Warming Fast**

29.    In addition to monitoring global temperature back to 1850, NOAA also maintains temperature data for the contiguous U.S. and its individual states back to 1895, with the exceptions of Hawai'i (only back to 1991) and Alaska (back to 1925). In Figure 8, I show the change in temperature relative to the 1895-1914 average for the globe, the contiguous U.S. (CONUS), Montana, Oregon, California, and Florida. The last 10 years (2015-2024) for the contiguous U.S. were about 2.72°F warmer than the 1895-1914 average whereas Montana was about 2.89°F warmer, Oregon was about 3.13°F warmer, California was about 3.25°F warmer and Florida was about 3.09°F warmer than their 1895-1914 averages. For comparison, the globe was about 2.27°F warmer. This means the contiguous U.S. warmed more than the global average and Montana, Oregon, and California warmed more than the lower 48 average.



*Figure 8. Change in 10-year average temperature relative to the 1895-1914 mean for the globe[30], the contiguous United States (CONUS)[31], Montana[32], Oregon[33], California[34], and Florida[35].*

[30] https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/global/time-series/globe/tavg/land_ocean/12/12/1850-2024.

[31] https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/national/time-series/110/tavg/12/12/1895-2024.

[32] https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/statewide/time-series/24/tavg/12/12/1895-2024.

[33] https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/statewide/time-series/35/tavg/12/12/1895-2024.

[34] https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/statewide/time-series/4/tavg/12/12/1895-2024.

[35] https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/statewide/time-series/8/tavg/12/12/1895-2024.

**Climate Change and Heatwaves**

30.    In addition to overall warming (see Figure 8), fossil fuel emissions of $CO_2$ have increased the frequency and duration of heatwaves in the western U.S.[36] For instance, the frequency of deadly heatwaves has increased in the western U.S. where what would be a 1-in-100-year event now occurs about every 20 years.[37] Deadly heatwave frequency also increased in Hawai'i, to where a 1-in-100-year event is now about 1-in-10 years, the largest increase for any state that has a Pacific coastline.[38] About 35% of heat-related deaths in the U.S. as a whole over the last 30 years are attributable to human-caused climate change.[39] However, in the case of Honolulu, Hawai'i, 82% of heat-related deaths are due to human-caused climate change.[40]

31.    The June 2021 Pacific Northwest (Figure 9) heatwave was the 6th-most-extreme heatwave ever recorded on the planet[41] and was one of the deadliest

---

[36] S. E. Perkins-Kirkpatrick and S. C. Lewis, *Increasing Trends in Regional Heatwaves*, 11 Nature Communications 3357 (2020); https://www.un.org/en/climatechange/science/causes-effects-climate-change.
[37] Samuel Lüthi et al., *Rapid Increase in the Risk of Heat-Related Mortality*, 14 Nature Communications 4894 (2023).
[38] Lüthi et al. (2023).
[39] A. M. Vicedo-Cabrera et al., *The Burden of Heat-Related Mortality Attributable to Recent Human-Induced Climate Change*, 11 Nature Climate Change 492 (2021).
[40] USGCRP, *Ch. 30. Hawai'i and US-Affiliated Pacific Islands, in* Fifth National Climate Assessment (2023), https://nca2023.globalchange.gov/chapter/30/.
[41] Vikki Thompson et al., *The 2021 Western North America Heat Wave Among the Most Extreme Events Ever Recorded Globally*, 8 Science Advances eabm6860 (2022).

heatwaves on the planet in this century.[42] The heatwave, known as the "heat dome" caused widespread human death, health impacts, and harm to ecosystems, including mass die-offs of marine life, reduced crop and fruit yields, flooding of rivers from snow and glacier melt, and increased fire risk.[43] While this heatwave was centered on Oregon, Washington, and southern British Columbia, it impacted California and Montana, where new all-time maximum temperature records were also set.[44]



*Figure 9. Map of the 2021 June 27 air temperature anomalies in Celsius relative to the 2014-2020 average.[45]*

---

[42] Tom Matthews et al., *Mortality Impacts of the Most Extreme Heat Events*, 6 Nature Reviews Earth Env't 193 (2025).
[43] Rachel H. White et al., *The Unprecedented Pacific Northwest Heat-Wave of June 2021*, 14 Nature Communications 727 (2023); Brendon Haggerty et al., *Health Impacts of Excessive Heat in Multnomah County, OR, 2021*, 2 Env't Rsch. Health 045005 (2024).
[44] https://www.climate.gov/news-features/event-tracker/record-breaking-june-2021-heatwave-impacts-us-west.
[45] https://earthobservatory.nasa.gov/images/148506/exceptional-heat-hits-pacific-northwest.

32.    The 2021 Pacific Northwest heat dome would not have occurred if not for anthropogenic global warming that itself is mainly due to the emission of $CO_2$ from fossil fuel combustion.[46] Anthropogenic climate change made the event 1.4-3.6°F (0.8-2°C) warmer and at least 8 to more than 500,000 times more likely.[47] If global warming continues, which the Trump Administration's Executive Orders are designed to do by the "unleashing" of fossil fuels, then a heatwave of this magnitude will occur once every 10 years at 2°C of global warming rather than once in 200 years in today's climate.[48]

33.    In general, this rise in the frequency of heatwaves and heatwaves reaching ever higher absolute magnitudes is not surprising and actually expected. Heatwaves have not grown more extreme relative to the mean climate, but rather the mean climate has warmed, making the absolute heat of such rare events higher.[49] The average Pacific Northwest summer temperature for every summer of the 21st

---

[46] Samuel Bartusek et al., *2021 North American Heatwave Amplified by Climate Change-Driven Nonlinear Interactions*, 12 Nature Climate Change 1143 (2022); Sjoukje Y. Philip et al., *Rapid Attribution Analysis of the Extraordinary Heat Wave on the Pacific Coast of the US and Canada in June 2021*, 13 Earth System Dynamics 1689 (2022); White et al. (2023).

[47] Bartusek et al. (2022); Emily Bercos-Hickey et al., *Anthropogenic Contributions to the 2021 Pacific Northwest Heatwave*, 49 Geophysical Rsch. Letters e2022GL099396; Philip et al. (2022).

[48] Bartusek et al. (2022).

[49] Karen A. McKinnon & Isla R. Simpson, *How Unexpected Was the 2021 Pacific Northwest Heatwave?*, 49 Geophysical Rsch. Letters e2022GL100380 (2022); Thompson et al. (2022).

century has been warmer than any summer all the way back to 950 C.E. when the

record of Pacific Northwest summer temperatures begins (Figure 10).[50]



*Figure 10. Atmospheric $CO_2$ concentrations (red)[51] and change in Pacific Northwest (PNW) summer temperature relative to 1895-1914 mean from observations (dark blue) and tree rings (blue).[52]*

34.     Uncomfortable daytime and nighttime temperatures have shifted in

Hawai'i, California, and Florida. There has also been a marked increase in the

number of hot days (maximum temperature >90°F) and very warm nights (minimum

temperature >75°F) in Hawai'i, with the occurrence of these heat events more than

---

[50] Karen J. Heeter et al., *Unprecedented 21st Century Heat Across the Pacific Northwest of North America*, 6 npj Climate Atmospheric Science 5 (2023).

[51] https://gml.noaa.gov/webdata/ccgg/trends/co2/co2_annmean_mlo.txt; Rubino et al. (2019).

[52] Heeter et al. (2023).

doubling in recent years (Figure 11).[53] Very warm nights also increased in California and Florida (Figure 11).[54] In the case of Florida, the number of very warm nights has more than doubled in recent years (Figure 11).



*Figure 11. Number of hot days (maximum temperature >90°F) and very warm nights (minimum temperature >75°F) in Hawai'i (top, left and right, respectively).[55] Number of very warm nights in California and Florida (bottom, left and right, respectively).[56]*

---

[53] https://statesummaries.ncics.org/chapter/hi/.

[54] https://statesummaries.ncics.org/chapter/ca/;
https://statesummaries.ncics.org/chapter/fl/.

[55] https://statesummaries.ncics.org/chapter/hi/.

[56] https://statesummaries.ncics.org/chapter/ca/;
https://statesummaries.ncics.org/chapter/fl/.

**The Heat is Drying out the West**

35.     A dishwasher dries the dishes with heat, evaporating off the water, with some models using a fan to move the air and increase the rate of evaporation. The overall warming and rising heatwaves are doing the same thing in the western U.S., increasing the frequency, intensity, and duration of droughts.[57] That is, recent droughts are due to unprecedented hot, dry, evaporative air rather than reductions in precipitation.[58] Between 2000 and 2021, the western U.S. experienced the most extreme 22-year drought in over 1,200 years, with that statement only limited by the length of the drought record.[59] Climate warming caused by the anthropogenic emission of GHGs that are mainly $CO_2$ from the combustion of fossil fuels drove about 42% of the moisture deficit that made this unprecedented drought.[60] If not for these GHG emissions, a drought of this extent, magnitude, and duration would not have occurred.

36.     On the other side of the year, snow season length and snowpack depth in the western U.S. have also declined. According to the U.S. Environmental

---

[57] Benjamin I. Cook et al., *Megadroughts in the Common Era and the Anthropocene*, 3 Nature Reviews Earth Env't 741 (2022); Karen E. King et al., *Increasing Prevalence of Hot Drought Across Western North America Since the 16th Century*, 10 Science Advances eadj4289 (2024).
[58] King et al. (2024).
[59] A. Park Williams et al., *Rapid Intensification of the Emerging Southwestern North American Megadrought in 2020-2021*, 12 Nature Climate Change 232 (2022).
[60] Williams et al. (2022).

Protection Agency (EPA), the amount of snow on April 1 has declined between 1955 and 2023 at almost all of the weather stations in Montana and Oregon, and at more than half of the stations in California (Figure 12).[61] Likewise, the EPA documents reductions in the length of snow cover season at most weather stations in Montana, Oregon, and California (Figure 12).[62] This means that the volume of water stored in western U.S. mountain snow is declining. There is now less spring through summer snow melt to feed streams and thus the west becomes drier as summers grow hotter. Western U.S. snowpack is declining because snow-season temperature is warming in response to rising atmospheric GHG concentrations, making snow fall as rain and melting already fallen snow.[63]

---

[61] https://www.epa.gov/climate-indicators/climate-change-indicators-snowpack.

[62] https://www.epa.gov/climate-indicators/climate-change-indicators-snowpack.

[63] Alexander R. Gottlieb & Justin S. Mankin, *Evidence of Human Influence on Northern Hemisphere Snow Loss*, 625 Nature 293 (2024).



*Figure 12. EPA documented trends in snow depth at western United States stations (left) and change in the length of snow cover at western United States stations (right).[64]*

37.    Earlier spring snow melt and more rain-on-snow events will increase the likelihood of spring flooding. For instance, in May 2018 in Montana, an event colloquially called "the Tsunami of 2018" occurred when higher-than-average temperatures rapidly melted snowpack and caused flooding on the Shields River in Shields Valley. In June 2022, Montana experienced another extreme flooding event. These extreme flood events in Montana are likely part of a larger pattern of what is

---

[64] https://www.epa.gov/climate-indicators/climate-change-indicators-snowpack.

called hydroclimate whiplash.[65] Here, much of Montana is switching ever more rapidly between very dry and very wet conditions.[66] However, the switch to wet conditions cannot relieve the former dry conditions as the rain falls on dried out soils and quickly runs off into rivers. This rapid runoff into rivers also increases the flood risk. In my expert opinion, these extreme flooding events were consistent with what we expect with climate change, including more spring precipitation, which can cause flash flooding when the rain falls on snow or when drought is rapidly replaced by a deluge.

38.     The earlier snow melt, rain-on-snow events and spring floods also remove water earlier in the year from storage in the mountains, leaving less water stored come summertime. The implications for water availability in the western U.S. is stark. As GHG emissions continue, these drought conditions and rapid transitions to wet conditions with flooding will worsen, with ever more severe impacts in the immediate future.

39.     As of Thursday June 5, 2025, 81.55% of Montana is at some level of drought (abnormally dry to severe drought) with 23.45% of the state in severe drought (Figure 13).[67]

---

[65] https://newsroom.ucla.edu/releases/floods-droughts-fires-hydroclimate-whiplash-speeding-up-globally.

[66] Daniel L. Swain et al., *Hydroclimate volatility on a Warming Earth*, 6 Nature Reviews Earth Env't 35 (2025).

[67] https://droughtmonitor.unl.edu/CurrentMap/StateDroughtMonitor.aspx?MT



**Map released: Thurs. June 5, 2025**

Data valid: June 3, 2025 at 8 a.m. EDT

**Intensity**

- ☐ None
- ☐ D0 (Abnormally Dry)
- ☐ D1 (Moderate Drought)
- ☐ D2 (Severe Drought)
- ☐ D3 (Extreme Drought)
- ☐ D4 (Exceptional Drought)
- ☐ No Data

*Figure 13. Drought status for Montana as of June 5, 2025.[68]*

40.    This growing drought can be seen in the water level of Flathead Lake as of June 10, 2025, which is at 2,891.75 feet.[69] June 10, 2025 is 0.17 feet below the 25th percentile of 2891.92 feet and is only 0.21 feet above the record low of 2891.54

---

[68] https://droughtmonitor.unl.edu/CurrentMap/StateDroughtMonitor.aspx?MT
[69] https://waterdata.usgs.gov/monitoring-location/12371550/#dataTypeId
=continuous-00062--1202963074&period=P365D&showMedian=true

feet achieved in 2011. Furthermore, there is not enough water remaining in the surrounding ecosystem to bring Flathead Lake to full pool.[70]

41.     This lack of water is at least partly due to the little remaining snowpack in the basins of Montana. I show in Figure 14 below the June 9, 2025, basin snowpack relative to the 1991-2020 median.[71] The Flathead Lake Basin is at 52% of average while the basins feeding into it are at 25% (Kootenai) to 31% (St. Mary) of the 1991-2020 median. To the east and west, respectively, the Sun-Teton-Marias and Bitterroot basins are at 0%! The rest of Montana's snow-dependent basins range from 9% (Madison) to 42% (Gallatin) of the 1991-2020 median. This lack of snow explains the lack of water both in Flathead Lake and in the soil (see Figure 13).

---

[70] https://flatheadbeacon.com/2025/06/06/flathead-lake-to-remain-below-full-pool-this-summer/

[71] https://nwcc-apps.sc.egov.usda.gov/imap/#version=170&elements=&networks=!&states=!&basins=!&hucs=&minElevation=&maxElevation=&elementSelectType=any&activeOnly=true&activeForecastPointsOnly=false&hucLabels=false&hucIdLabels=false&hucParameterLabels=true&stationLabels=&overlays=&hucOverlays=2&basinOpacity=75&basinNoDataOpacity=25&basemapOpacity=100&maskOpacity=0&mode=data&openSections=dataElement,parameter,date,basin,options,elements,location,networks&controlsOpen=true&popup=&popupMulti=&popupBasin=&base=esriNgwm&displayType=basin&basinType=mt_8&dataElement=WTEQ&depth=-8&parameter=PCTMED&frequency=DAILY&duration=I&customDuration=&dayPart=E&year=2025&month=6&day=9&monthPart=E&forecastPubMonth=6&forecastPubDay=1&forecastExceedance=50&useMixedPast=true&seqColor=1&divColor=7&scaleType=D&scaleMin=&scaleMax=&referencePeriodType=POR&referenceBegin=1991&referenceEnd=2020&minimumYears=20&hucAssociations=true&lat=53.244&lon=-102.097&zoom=4.5



*Figure 14. Montana's snow-fed basins percentage of the 1991-2020 median as of June 9, 2025.[72]*

42.    It is only approaching what would be considered mid-June, well before the traditional fire season in Montana. Yet, the fires have already begun. As of June 10, 2025, there have been 415 wildland fires in the state with 7,359 acres already burned.[73] Coming into the spring of 2025, Montana's snowpack appeared average, with snowpack levels close to the 1991-2020 median.[74] However, the spring proved to be quite warm in western Montana (5th warmest since 1950; 7th warmest since 1895) with March being much warmer than normal and May being warmer and

---

[72] *Id.*

[73] https://www.mtfireinfo.org/pages/0d15f1cf7adf4bf9bed1b82c08d9ed06

[74] https://drought.mt.gov/_docs/DWSAC-Materials/Spring-2025-Montana-Water-Supply-Report.pdf

drier.[75] The increased heat combined with below average precipitation resulted in our current water crisis.[76]

43.    Hotter air temperatures are drying out the summers, increasing drought, while warmer winters are reducing snowpack, decreasing the water available to counter-act the drier summers. A hotter, drier climate is the perfect mixture of variables to increase the frequency and severity of wildfires in the western U.S.[77]

**A Drier West Increases Wildfires**

44.    The length of the fire season in Pacific U.S. forests (California, Oregon, Washington, extending eastward to Montana) increased by 37 days, or 43%, between 1979 and 2019.[78] The number of severe fire weather (hot, dry, windy days) days also increased by 37 days, but this was an 166% increase.[79] In addition, fires are growing faster in the western U.S. Between 2001 and 2020, the average growth rate of fires in the western U.S. increased by 249%.[80]

---

[75] https://www.ncei.noaa.gov/news/national-climate-202505; https://www.ncei.noaa.gov/news/national-climate-202503

[76] https://www.ncei.noaa.gov/access/monitoring/climate-at-a-glance/divisional/time-series

[77] https://www.epa.gov/climate-indicators/climate-change-indicators-wildfires.

[78] Matthew W. Jones et al., *Global and Regional Trends and Drivers of Fire Under Climate Change*, 60 Reviews Geophysics e2020RG000726 (2022).

[79] Jones et al. (2022).

[80] Jennifer K. Balch et al., *The Fastest-Growing and Most Destructive Fires in the US (2001 to 2020)*, 386 Science 425 (2024).

45.     The area burned in the U.S. fire geographic area coordination centers that encompass California, Oregon, Montana, and Hawai'i has risen since 1996 (beginning of the record for these different regions).[81] From 1996 through 2024, the annual area burned in the combined Northwest, North Ops, South Ops, and Northern Rockies areas (collectively, Hawai'i, California, Oregon, Washington, northern Idaho, Montana, and North Dakota) increased at a statistically significant 83,000 more acres per year (Figure 15). From 1996 to 1999, the average annual burn area was about 804,500 acres. For the 2000s, the average annual burn area was about 1,651,800 acres, increasing to about 2,082,300 acres in the 2010s. For the first five years of the 2020s, the average annual burn area has been about 3,385,300 acres, which is more than 4 times greater than the 1996-1999 average.



*Figure 15. Annual burn area (red) in North Ops (NO), South Ops (SO), Northwest (NW), and Northern Rockies (NR) with statistically significant trend (p<0.05) of about 83,000 more acres burned per year*

---

[81] https://www.nifc.gov/nicc/predictive-services/intelligence.

*(dashed blue line).[82] Labeled years correspond to high western United States PM$_{2.5}$ years in Figure 16.*

46.     The amount of acreage burned each year has also increased when individual states are examined (Figure 16).[83] According to the EPA, the change in annual burned area increased by 4.17 acres per square mile in California between 1984-2002 and 2003-2021, the largest increase of any state.[84] Likewise over the same time periods, Oregon's annual burn area increased by 2.30 acres per square mile, Montana by 1.35 acres per square mile and Hawai'i by 1.10 acres per square mile.[85] These are the 5th, 8th, and 10th largest increases in burn area by state.



Change in Annual Burned Acreage by State Between 1984–2002 and 2003–2021

*Figure 16. Change in the annual area burned per square mile between 1984-2002 average and 2003-2021 average.[86]*

---

[82] https://www.nifc.gov/nicc/predictive-services/intelligence.
[83] https://www.epa.gov/climate-indicators/climate-change-indicators-wildfires.
[84] https://www.epa.gov/climate-indicators/climate-change-indicators-wildfires.
[85] https://www.epa.gov/climate-indicators/climate-change-indicators-wildfires.
[86] https://www.epa.gov/climate-indicators/climate-change-indicators-wildfires.

47.    Studies have consistently found that human-caused climate change from the emission of $CO_2$ from fossil fuel combustion has increased wildfire risk, extreme fire weather, and the area burned in the western U.S.[87] Between 1979 and 2015, anthropogenic climate change caused about 55% of the fire season fuel dryness and caused an additional 16.2 thousand square miles to burn in the western U.S.[88] Expanding to 1979 to 2020, 68% of the fire season dryness increase in the western U.S. was due to anthropogenic climate change, with Oregon experiencing a 67% increase while California experienced a 65% increase.[89] Focusing in on California, the increase in burn area since 1971 was entirely due to human-caused climate change.[90]

48.    Heatwaves also have increased fire risk. The June 2021 heatwave led to historically unprecedented fire weather in the western North America, including

---

[87] John T. Abatzoglou & A. Park Williams, *Impact of Anthropogenic Climate Change on Wildfire Across Western US Forests*, 113 Proceedings of Nat'l Acad. Sciences 11770 (2016); Yizhou Zhuang et al., *Quantifying Contributions of Natural Variability and Anthropogenic Forcings on Increased Fire Weather Risk over the Western United States*, 118 Proceedings Nat'l Acad. Sciences e2111875118 (2021); Kristina A. Dahl et al., *Quantifying the Contribution of Major Carbon Producers to Increases in Vapor Pressure Deficit and Burned Area in Western US and Southwestern Canadian Forests*, 18 Env't Rsch. Letters 064011 (2023); Chantelle Burton et al., *Global Burned Area Increasingly Explained by Climate Change*, 14 Nature Climate Change 1186 (2024).
[88] Abatzoglou & Williams (2016).
[89] Zhuang et al. (2021).
[90] Marco Turco et al., *Anthropogenic Climate Change Impacts Exacerbate Summer Forest Fires in California*, 120 Proceedings Nat'l Acad. Sciences e2213815120 (2023).

California, Oregon, and Montana, in terms of maximum and nighttime temperatures, maximum and nighttime fuel dryness, and hot-dry-windy fire index.[91] The June 2021 heatwave caused about 34% of North American burn area in 2021.[92] Studies found that human-caused climate warming made the heat dome that induced the extreme fire weather 59% longer, 34% larger and increased the amplitude by 6%.[93]

49.    Anthropogenic climate change has also led to increased fire risk and burn area in Hawai'i (Figure 15).[94] In August of 2023, eight fires burned simultaneously on Maui and the Big Island, with the destruction of Lahaina town, the death of over 100 people, and the displacement of over 10,000 people. The Hawaii Wildfire Prevention Working Group[95] concluded that the annual burn area in Hawai'i had increased by 300% between 1904 and 2022. About 0.5% of Hawai'i now burns a year, which is above the U.S.' average of 0.30% and 0.46% for western U.S. fire-prone states. Hawai'i now experiences fires that burn more than 1,000 acres on all islands multiple times per year. Since 2006, there have been nearly 1,000 fires

[91] Piyush Jain et al., *Record-Breaking Fire Weather in North America in 2021 Was Initiated by the Pacific Northwest Heat Dome*, 5 Communications Earth Env't 202 (2024).
[92] Jain et al. (2024).
[93] Jain et al. (2024).
[94] Abby G. Frazier et al., *A Century of Drought in Hawai'i: Geospatial Analysis and Synthesis Across Hydrological, Ecological, and Socioeconomic Scales*, 14 Sustainability 12023 (2022).
[95] Wildfire Prevention Working Group, Draft Report (Nov. 1, 2023), https://www.capitol.hawaii.gov/CommitteeFiles/Special/WFPWG/Documents/WFPWG%20Draft%20Report.pdf.

each year that burn more than 20,000 acres per year that reach close to 40,000 acres in some years (Figure 17). And notably, the Working Group concluded that the warming and drying climate of Hawai'i was the determining factor behind these changes in Hawai'i's fire activity.



*Figure 17. Annual burn area in Hawai'i from 1904 through 2022.[96]*

50.    The increase in wildfires in the western U.S. has increased wildfire smoke and small particulates in the smoke called PM$_{2.5}$ (Figure 18).[97] Wildfire PM$_{2.5}$ emissions have reversed air quality gains in California and Oregon and halted such

---

[96] Wildfire Prevention Working Group, Draft Report (Nov. 1, 2023).

[97] Marshall Burke et al., *The Changing Risk and Burden of Wildfire in the United States*, 118 Proceedings Nat'l Acad. Sciences e2011048118 (2021); Marissa L. Childs et al., *Daily Local-Level Estimates of Ambient Wildfire PM$_{2.5}$ for the Contiguous US*, 56 Env't Science Technology 13607 (2022); Taylor Y. Wilmot et al., *Wildfire Activity Is Driving Summertime Air Quality Degradation Across the Western US: A Model-Based Attribution to Smoke Source Regions*, 17 Env't Rsch. Letters 114014 (2022).

gains in Montana.[98] There is also a close correspondence between high burn area years (Figure 18 labeled years) and high $PM_{2.5}$ concentrations in the western U.S. (Figure 18 red boxes).



*Figure 18. Daily average wildfire $PM_{2.5}$ concentration from 2006 through 2020.[99] Red boxes are for years with high burn area in the western regions of the United States (see Figure 13).*

51.    While a much smaller number because it does not include these lingering impacts of wildfire smoke exposure, the NOAA billion-dollar disaster records report that 23 billion-dollar fires directly cost taxpayers a total $150.1 billion from 1980 through 2024.[100] These events are not evenly distributed in time. No fires that caused a billion dollars in damage occurred in the 1980s.[101] Four fires cost $14 billion in the 1990s. Seven fires cost $20.9 billion in the 2000s. Seven fires then cost

---

[98] Marshall Burke et al., *The Contribution of Wildfire to $PM_{2.5}$ Trends in the USA*, 622 Nature 761 (2023).

[99] Childs et al. (2022).

[100] https://www.ncei.noaa.gov/access/billions/events/US/1980-2025/?disasters[]=wildfire.

[101] All monetary values adjusted for inflation.

$71.8 billion in the 2010s. And with only 5 years so far in the 2020s, five fires have already cost $43.4 billion to U.S. taxpayers.

52.     The top deadliest fires are as follows.[102] The 2018 California firestorm directly killed 106 people and cost $30.5 billion, which is closely followed in morbidity by the 2023 Lahaina, Maui firestorm that killed directly 100 people and cost $5.8 billion. The California 2017 firestorm killed 54 people and cost $23.4 billion while the 2020 record breaking fire season in California, Oregon, and Washington burned 10.2 million acres, killing 46 people and costing $20.2 billion. Wildfire is the costliest climate disaster in California and Oregon and is second only to drought in Montana. Hawai'i has had only two billion-dollar disasters, one of which was the 2023 Lahaina fire. The full costs of the LA Fires from January 2025 are not fully compiled, but they are enormously costly.

53.     And the fires, their smoke, and their damages in the western U.S. will only grow worse as fossil fuels continue to be "unleashed."[103] Under an emission pathway that aligns with this administration's Executive Orders, $PM_{2.5}$ pollution

---

[102] https://www.ncei.noaa.gov/access/billions/events/US/1980-2025/?disasters[]=wildfire.

[103] Jones et al. (2022); Chunyu Dong et al., *The Season for Large Fires in Southern California Is Projected to Lengthen in a Changing Climate*, 3 Communications Earth Env't 22 (2022); Yuanyu Xie et al., *Tripling of Western US Particulate Pollution from Wildfires in a Warming Climate*, 119 Proceedings Nat'l Acad. Sciences e2111372119 (2022).

from wildfires is projected to double by the end of this century and increase by 50% under the prior administration's policies.[104]

**Every Ton of CO$_2$ Emitted Locks in Greater Sea Level Rise**

54.     As I illustrated above in Figure 7, ice has absorbed 4% of the energy trapped on Earth by higher atmospheric GHG concentrations. This heat melts more ice of glaciers and ice sheets, transferring water stored on land into the ocean and raising sea level. Likewise, the 89% of the heat absorbed by the ocean expands the water, raising sea level.[105] Thus, global sea level is rising directly in response to rising concentration of CO$_2$ in the atmosphere predominately from the combustion of fossil fuels. In fact, the rise in global mean sea level in response to human CO$_2$ emissions was detectable by 1863 (Figure 19).[106]

---

[104] Xie et al. (2022).
[105] Thomas Frederikse et al., *The Causes of Sea-Level Rise Since 1900*, 584 Nature 393 (2020).
[106] Jennifers S. Walker et al., *Timing of Emergence of Modern Rates of Sea-Level Rise by 1863*, 13 Nature Communications 966 (2022).



*Figure 19. Timing of emergence for the rate of global sea level rise. Atmospheric carbon dioxide concentration (bottom; red).[107] Rate of global mean sea level rise (top; green from geologic record, dark green from tide gauges, light green from satellites).[108] Vertical dashed denotes time of emergence.[109]*

55.    The rate of global mean sea level rise over the industrial period (i.e., since 1863) is likely unprecedented for thousands of years and since the end of the last ice age.[110] The rate of global mean sea level rise has not been constant over this time period and rather has been accelerating. The most recent IPCC Synthesis Report summarized the rates as being 1.3 mm per year from 1901 to 1971, 1.9 mm per year

---

[107] Rubino et al. (2019);

https://gml.noaa.gov/webdata/ccgg/trends/co2/co2_annmean_mlo.txt.

[108] Walker et al. (2022); https://sealevel.globalchange.gov/sea-level-101/how-we-measure/dive-deeper/.

[109] Walker et al. (2022).

[110] Roger C. Creel et al., *Global Mean Sea Level Likely Higher than Present During the Holocene*, 15 Nature Communications 10731 (2024).

from 1971 to 2006, and 3.7 mm per year from 2006 to 2018.[111] A more recent analysis of global mean sea level rise from 1992 to 2024 found that the rate of rise more than doubled across this time frame from 2.1 mm per year in 1992 to 4.5 mm per year in 2024 (Figure 19).[112]

56.    It takes a while for a glacier or ice sheet to respond to a warmer climate. For instance, if you take an ice cube out of the freezer and put it on the counter, the ice cube's new equilibrium state is a puddle of water, but it does not immediately melt. It takes a while to become a puddle and the time it takes is determined by how hot you keep your kitchen. The same is true for glaciers and ice sheets. Every ton of $CO_2$ added to the atmosphere warms the planet and locks in further glacier and ice sheet mass loss, locking in more sea level rise.[113] If the temperatures cool, it will slow the melting and potentially stop the melting with enough cooling.

57.    The last time atmospheric $CO_2$ concentration was around 21st century levels of over 400 ppm was about 3 million years ago in the late Pliocene.[114] This

---

[111] IPCC, *Summary for Policymakers, in* Climate Change 2023: Synthesis Report (2023), https://www.ipcc.ch/report/ar6/syr/summary-for-policymakers/.

[112] B. D. Hamlington et al., *The Rate of Global Sea Level Rise Doubled During the Past Three Decades*, 5 Communications Earth Env't 601 (2024).

[113] Peter U. Clark et al., *Sea-Level Commitment as a Gauge for Climate Policy*, 8 Nature Climate Change 653 (2018); Matthias Mengel et al., *Committed Sea-Level Rise Under the Paris Agreement and the Legacy of Delayed Mitigation Action*, 9 Nature Communications 601 (2018).

[114] James W. B. Rae et al., *Atmospheric $CO_2$ Over the Past 66 Million Years from Marine Archives*, 49 Annual Review Earth Planetary Sciences 609 (2021).

Pliocene period thus provides an important potential paleo-analogue for the Earth once it has fully adjusted to present day atmospheric $CO_2$ concentrations.[115] During the late Pliocene, global mean sea level was about 53 feet higher than today, reflecting significant loss of ice from both the Greenland and Antarctic ice sheets.[116] This is highly troubling for states like Hawaiʻi where 100% of the population is living in a coastal county and states like Florida where much of the southern portion is at sea level.

**Summary and Closing Thoughts**

58.     In my expert opinion, after over 40 years of being on the front lines of studying how our climate is changing in response to the pollution from the burning of fossil fuels, it is clear that every ton of past emitted $CO_2$ mainly from fossil fuel combustion has caused global warming and the climate impacts of heatwaves, droughts, fires and smoke, storms and floods, and rising sea level. Every additional ton of $CO_2$ emitted from fossil fuel combustion will only warm the planet further and make heatwaves, droughts, fires and smoke, storms and floods and sea level rise

---

[115] A. Dutton et al., *Sea-Level Rise Due to Polar Ice-Sheet Mass Loss During Past Warm Periods*, 349 Science 153 (2015); Hubertus Fischer et al., *Palaeoclimate Constraints on the Impact of 2 C Anthropogenic Warming and Beyond*, 11 Nature Geoscience 474 (2018).
[116] Oana A. Dumitru et al., *Constraints on Global Mean Sea Level during Pliocene Warmth*, 574 Nature 233 (2019); Fred R. Richards et al., *Geodynamically Corrected Pliocene Shoreline Elevations in Australia Consistent with Midrange Projections of Antarctic Ice Loss*, 9 Science Advances eadg3035 (2023).

worse. We are already in a climate emergency that harms Plaintiffs' daily reality. They will bear the hardship of a worsening climate for many more decades than me or the President who is imposing it on them. We must stop making it worse. Or, as the old maxim goes: "If you find yourself in a hole, quit digging."

59.    The Executive Orders that direct the unleashing of fossil fuels and the resulting pollution are incredibly harmful to these Youth Plaintiffs.

60.    In addition to the fossil fuel unleashing, on the evening of Monday April 28, 2025, the Trump administration dismissed all the scientists and experts that were slated to produce the congressionally mandated 6th National Climate Assessment (NCA) for the U.S.[117] The NCA provides a detailed up-to-date analysis of how climate change from human GHG emissions, mainly $CO_2$ from the combustion of fossil fuels, is impacting U.S. human health, farming and ranching, fishing, water resources, transportation, how we produce energy, and pretty much most aspects of the U.S economy. The collective "we", from multi-national corporations to county planners, use the NCA to prepare for the ever-growing climate impacts I have detailed here.

61.    Since this report is written by humans, letting go of all the humans that would produce the report is akin to canceling the report, a report that Congress

---

[117] https://www.nytimes.com/2025/04/28/climate/national-climate-assessment-authors-dismissed.html; https://www.ucs.org/about/news/authors-forthcoming-sixth-national-climate-assessment-disbanded-trump-administration.

requires the administration to produce. This fatal blow to the NCA follows the mass firing of staff at the U.S. Global Change Research Program, which coordinates the NCA across 14 federal agencies and hundreds of authors, and canceling of the contract with the ICF International technical support firm for the NCA.

62.    All of this comes after the Trump Administration barred in February 2025 U.S. federal scientists from participating in the next IPCC report.[118] This U.S. withdrawal from its former role as the world's preeminent climate research nation also stopped the U.S. from nominating non-federal U.S. scientists to be authors on the next IPCC report.[119] The U.S. federal government has traditionally financially supported the participation of non-federal scientists in the IPCC, but that has also fallen by the wayside.

63.    Now, when the federal government should be leading the charge into a brave new world of clean energy that is healthy for these Plaintiffs and for all Americans, the Trump Administration is attacking the U.S. scientific engine that warns us of danger, while simultaneously fueling the climate fire.

---

[118] https://www.reuters.com/world/us/trump-pulls-us-out-key-global-climate-assessment-sources-say-2025-02-20/.
[119] https://www.agu.org/ipcc-nominations.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2025 at Portland, Oregon.

_____

Steven W. Running

# EXHIBIT A

# Steven W. Running

Regents Professor/Director Emeritus, Numerical Terradynamic Simulation Group (NTSG)
College of Forestry & Conservation, University of Montana, Missoula, MT  59812

**Education:**

Ph.D.   Forest Ecophysiology; Colorado State University, Fort Collins, 1979
M.S.    Forest Management; Oregon State University, Corvallis, 1973
B.S.    Botany; Oregon State University, Corvallis, 1972

**Experience:**

| | |
|---|---|
| 2017 - | Regents Professor Emeritus |
| 2007-2017 | Regents Professor, University of Montana |
| 2008 | Visiting Professor, Universitat de Bodenkultur, Vienna, Austria |
| 1988-2007 | Professor, Forest Ecology, College of Forestry & Conservation, University of Montana |
| 2005 | Visiting Professor, University of Firenze, Florence, Italy |
| 2003 | Professor, Visiting McMaster Fellow, CSIRO Land and Water, Canberra, ACT Australia |
| 1993 | Visiting Sabbatical Scientist, Dept of Plant Ecology, Lund University, Sweden |
| 1986-87 | Visiting Sabbatical Scientist, CSIRO Division of Forest Research, Canberra, Australia |
| 1983-1988 | Associate Professor, Forest Ecophysiology, School of Forestry, University of Montana |
| 1979-1983 | Assistant Professor, Forest Ecophysiology, School of Forestry, University of Montana |
| 1979 | Senior Research Associate, Natural Resource Ecology Laboratory, Colorado State University |
| 1976-1979 | Research Forester, Forest, and Mtn Meteorology Project, Rocky Mtn Forest and Range Experiment Station, Fort Collins, Colorado |
| 1976-1979 | Graduate Research Assistant, Dept. of Forest and Wood Sciences, Colorado State University |
| 1974-1976 | Research Assistant, Coniferous Forest Biome, Oregon State University |
| 1973-1974 | Forest Ecologist, Environmental Associates Inc., Corvallis, Oregon |

**Society Affiliations:**

American Geophysical Union
American Meteorological Society
Ecological Society of America

**Awards, Honors:**

Personal Audience Her Royal Highness Princess Maha Chakri Sirindhorn, Bangkok, Thailand

NASA-USGS 2015 William T. Pecora Award

ISI World's Most Influential Minds, Geosciences 2014, 2015, 2017

Montana Environmental Information Center Conservationist of the Year 2012

Doctor Honoris Causa University of Natural Resources and Life Sciences, Vienna Austria 2012

Honorary Professor, Environment Institute and Dept. of Geography, University College London 2009

Oregon State University Distinguished Alumni Fellow 2009

E. O. Wilson Biodiversity Technology Pioneer Award 2009

Chapter lead author of IPCC 2007 report, awarded the Nobel Peace Prize 2007

Univ. Of Montana Presidential Scholar 2008

University of Montana, Lud Browman Award for scientific writing, 2007

Oregon State Univ. College of Forestry, Distinguished Alumni, 2006

Burk-Brandenburg Montana Conservation Award, 2006

ISI Highly Cited Scientist Designation 2004-2013

Fellow of the American Geophysical Union, 2002

University of Montana BN Faculty Achievement Award, 1991

University of Montana, Distinguished Scholar, 1990

**Nat'l/Int'l Committee Appointments:**

NASA Science Committee  2013 - 2017

NASA Earth Science Subcommittee 2009 – 2015, Chair 2013- 2017

NOAA Climate Working Group, 2009 - 2014

National Academy of Sciences, NRC Committee on Ecological Impacts of Climate Change, 2008.

NCAR CCSM Land Model Working Group (LMWG) Co-Chair, 2006-2008.

AGU Committee of Fellows 2006-2008.

Dept of Energy, Terrestrial Carbon Science Research Program, Co-Chair, 2005-2006. National Research Council, NASA Earth Science Decadal Survey, 2005-2006.

NRC Committee on Environmental Satellite Data Utilization 2002-2005.

Intergovernmental Panel on Climate Change, Chapter Lead Author 2004-2007.

International Geosphere-Biosphere Programme Science Executive Committee 2004-2007. National Research Council: Committee on Earth Studies 2004-2006.

NCAR CCSM Land Model Working Group (LMWG) Co-Chair, 2002-2004.

Interagency Carbon Cycle Science Committee 2002 – 2005.

NAS-NRC Review of NASA Earth Science Enterprise Science Plan for 2000-2010.

NASA - Earth Observing System MODIS Science Team Member, 1989-2007.

NCAR Climate System Model (CSM) Advisory Board, 1996-2000.

NASA Mission to Planet Earth Biennial Review Panel, 1997.

Terrestrial Observation Panel for Climate of the World Meteorological Organization, 1995-2001.

National Academy of Sciences, NRC, Climate Research Committee, 1995-2001.

NRC Panel on Climate Observing System Status, 1998.

NSF - National Center for Ecological Analysis and Synthesis, Science Advisor Board, 1994-1997.

NASA Earth Observing System, Land Science Panel, Chair 1994-2000.

World Climate Research Program, International Land Surface Climatology Science Panel, 1994-1996.

World Climate Research Program, Global Terrestrial Observing System Committee, 1994-1995.

International Geosphere-Biosphere Program, Biospheric Aspects of the Hydrologic Cycle, Vice-Chair, 1991-1996.

National Science Foundation, Ecosystem Studies Program panel member 1991-1993.

World Climate Research Program - WCRP/IGBP Land Surface Experiments, 1990-1994.

NASA Earth Science and Applications Advisory Subcommittee, 1990-1993.

NASA Boreal Forest Ecosystem-Atmosphere Study (BOREAS) Steering Committee, 1989-1991.

International Geosphere-Biosphere Program - Committee on Global Hydrology, 1988-1990.

NASA - Terrestrial Ecosystems Program Advisory Group, 1988-1990.

NASA - Management Operations Working Group, 1988-1990.

NASA - Interdisciplinary Studies Review Panel, 1986.

NASA - MODIS Instrument Panel, 1984-1986.

NASA - Global Biology Review Panel, 1983-1984.

National Academy of Sciences, Space Science Board participant, 1982-1984.

NASA - Land Related Global Habitability Program Planning, 1982-1983.

**Proposal Reviewer:**

American Institute of Biological Sciences

California Space Institute

Canada Foundation for Innovation

National Aeronautics and Space Administration

National Oceanic and Atmospheric Administration

National Environmental Research Council of the United Kingdom

National Science Foundation

Natural Sciences and Engineering Research Council of Canada

U.S. Dept. of Energy

U.S. Environmental Protection Agency

U.S. Geological Survey

U.S.D.A. Cooperative Research Program
Western Regional Center of the National Institute for Global Environmental change

**Journal Referee:**
Agricultural and Forest Meteorology
Agronomy Journal
AI Applications in Natural Resource Management
American Naturalist
Australian Journal of Forest Research
Bioscience
Canadian Journal of Botany
Canadian Journal of Forest Research
Canadian Journal of Remote Sensing
Climatic Change
Climate Research
Ecological Applications
Ecology
Forest Science
Global Change Biology
Int'l Journal of Hydrological Processes
Int'l Journal of Remote Sensing
Journal of Applied Meteorology
Journal of Climate
Journal of Environmental Quality
Journal of Geophysical Research
Journal of Hydrology
Journal of Range Management
National Geographic Research and Exploration
Nature
Northwest Science
Remote Sensing of Environment
Science
Tellus
The National Academies
Tree Physiology
USFS Intermountain Forest and Range Experiment Station
USFS Pacific Northwest Forest and Range Experiment Station
USFS Rocky Mountain Forest and Range Experiment Station
Water, Air and Soil Pollution
Water Resources Research

# EXHIBIT B

FILED

AUG 1 4 2023

ANGIE SPARKS, Clerk of District Court
By _____ Deputy

# MONTANA FIRST JUDICIAL DISTRICT COURT
# LEWIS AND CLARK COUNTY

| | |
|---|---|
| RIKKI HELD, et al., | Cause No. CDV-2020-307 |
| Plaintiff, | |
| v. | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| STATE OF MONTANA, et al., | |
| Defendant. | |

## PROCEDURAL HISTORY

On March 13, 2020, sixteen Montana youth (collectively Plaintiffs or Youth Plaintiffs) filed a Complaint for Declaratory and Injunctive Relief (Doc. 1) against the State of Montana, the Governor, Montana Department of Environmental Quality, Montana Department of Natural Resources and Conservation, Montana Department of Transportation, and Montana Public Service Commission (collectively Defendants or State). Plaintiffs' Complaint challenged the constitutionality of the State's fossil fuel-based state energy system, which they allege causes and contributes to climate change in violation

405

63.     SB 557 enacted a new provision, Mont. Code Ann.
§ 75-1-201(6)(a)(ii), which eliminates the preventative, equitable remedies for
MEPA litigants who raise GHG or climate change issues. The new subsection
provides in part:

> [a]n action alleging noncompliance or inadequate compliance with
> a requirement of parts 1 through 3, including a challenge to an
> agency's decision that an environmental review is not required or a
> claim that the environmental review is inadequate based in whole or
> in part upon greenhouse gas emissions and impacts to the climate in
> Montana or beyond Montana's borders, cannot vacate, void, or delay
> a lease, permit, license, certificate, authorization, or other entitlement
> or authority unless the review is required by a federal agency or the
> United States congress amends the federal Clean Air Act to include
> carbon dioxide as a regulated pollutant.

Mont. Code Ann. § 75-1-201(6)(a)(ii) (enacted by SB 557, 68th Legislature
(2023)).

64.     Defendants cited Mont. Code Ann. § 75-1-201(6)(a)(ii) and
SB 557 as foreclosing redressability in this case in their June 19, 2023, Bench
Memorandum on the Constitutional and Procedural Limits of the Montana
Environmental Policy Act. (Doc. 396).

## II.    CLIMATE SCIENCE AND PROJECTIONS.

### A.    Climate Science

65.     Dr. Steven Running is a University Regents Professor
Emeritus of Global Ecology in the College of Forestry and Conservation at the
University of Montana. [SR-2]. Dr. Running currently co-chairs the standing
Committee for Earth Science and Application from Space of the National
Academy of Science. In 2007, Dr. Running shared the honor of the Nobel Peace
Prize as a chapter Lead Author for the 4th Assessment Report of the

Intergovernmental Panel on Climate Change (IPCC). [P193]. Dr. Running provided expert testimony in the general areas of the climate system, including the energy balance and imbalance, the physics of GHG emissions that are driving climate change, the global carbon cycle, the global hydrologic cycle, how they control this energy imbalance, and then how human caused fossil fuel development is harming Montana's ecosystems and hydrology. Dr. Running is a well-qualified expert, and the Court found his testimony informative and credible.

66.    Dr. Cathy Whitlock is Regents Professor Emerita of Earth Sciences and a Fellow of the Montana Institute on Ecosystems at Montana State University (MSU). Dr. Whitlock was lead author of the 2017 Montana Climate Assessment, and in 2020 co-authored a state-level Montana Climate Solutions Plan and a 2021 special report of the Montana Climate Assessment entitled Climate Change and Human Health in Montana. Dr. Whitlock was also co-lead author of the 2021 Greater Yellowstone Climate Assessment. Dr. Whitlock provided expert testimony explaining how human-caused fossil fuel development and the resulting release of $CO_2$ into the atmosphere are harming Montana's ecosystems, water supplies, communities, and the Plaintiffs themselves. Dr. Whitlock also discussed recent trends and future projections in temperature, precipitation, snow accumulation and snowmelt, and stream runoff in Montana and explained how they affect terrestrial ecosystems, communities, and the livelihoods of people that depend on these ecosystem services. Dr. Whitlock's testimony included projections for Montana's future based on continuing or increasing the present rate of GHG emissions. Dr. Whitlock's testimony

/////

1    primarily focused on the effect GHG emissions in Montana. Dr. Whitlock is a

2    well-qualified expert, and the Court found her testimony informative and

3    credible.

4        67.    There is overwhelming scientific consensus that Earth is

5    warming as a direct result of human GHG emissions, primarily from the burning

6    of fossil fuels. [SR 102:10-103:9, 125:11-22, 141:18-20; CW 257:14-25; P6, P13,

7    P23, P34, P223, P143; SR-22].

8        68.    Fossil fuels include coal, crude oil or its derivatives (such as

9    gasoline or jet fuel), and natural gas. [PE 901:24-902:8].

10       69.    While several GHGs are emitted from the burning of fossil

11   fuels, carbon dioxide ($CO_2$) is the GHG most responsible for trapping excess heat

12   within Earth's atmosphere. [SR 114:20-116:10].

13       70.    Science is unequivocal that dangerous impacts to the climate

14   are occurring due to human activities, primarily from the extraction and burning

15   of fossil fuels. [SR 103:5-9; P6, P23, P34, P223, P143; SR-46, SR-47].

16       71.    A substantial portion of every ton of $CO_2$ emitted by human

17   activities persists in the atmosphere for as long as hundreds of years or millennia.

18   As a result, $CO_2$ steadily accumulates in the atmosphere. [SR 166:2-10, 168:2-10;

19   CW 279:14-20, 314:20-315:8, 318:2-5].

20       72.    The cumulative effect of GHG emissions causes the impacts

21   to the climate being experienced today. [SR 168:2-16]. Human activity and the

22   burning of fossil fuels have accelerated the accumulation of $CO_2$ to the point that

23   42% of the total accumulation of $CO_2$ emissions has happened in the last thirty

24   years. [SR 141:16-142:2; SR-42].

25   /////

73.    It has long been understood that certain GHGs, including $CO_2$ and methane ($CH_4$), trap heat in the atmosphere, causing the Earth to warm. [SR 107:16-25]. An American, Eunice Newton Foote, was one of the first scientists to research and write about the ability of atmospheric carbon dioxide to affect solar heating in the 1850s. [SR 108:22-109:3; SR-14].

74.    In 1896, Svante Arrhenius, a Swedish chemist, wrote that the practice of burning fossil fuels emitting $CO_2$ could one day warm the planet. [SR 108:1-8]. Arrhenius, and other early climate scientists, understood that the more $CO_2$ that was added to the atmosphere, the more the surface of the Earth would warm. [SR 108:8-13]. At the time of Arrhenius's work, atmospheric $CO_2$ levels were approximately 295 parts per million (ppm). Pre-industrial levels were approximately 280 ppm. [SR 109:22-25; SR-14].

75.    In 1958, Dr. David Keeling began the modern monitoring of atmospheric $CO_2$ at Mauna Loa, Hawaii, a remote location not near any local $CO_2$ sources. [SR 111:12-21]. Keeling's data, now replicated at dozens of stations worldwide, proved that $CO_2$ has continued to rise every year from 1958 to the present from an initial concentration of 315-316 ppm in 1958, to an annual mean level of around 424 ppm today. [SR 112:22-113:4, 113:16-114:8]. The curve showing a long-term increase in $CO_2$ concentrations has become known as the "Keeling Curve." [SR 110:22-111:11, 113:20].

76.    Between 1960 and 2000, $CO_2$ levels rose at about 2 ppm per year, but since approximately 2000, $CO_2$ levels are rising at about 3 ppm per year, primarily from fossil fuel emissions. [SR 117:14-20, 118:1-12, 121:9-11; SR-21].

/////



**Keeling Curve**

77.    $CO_2$ levels have fluctuated throughout history, but the rate of increase in atmospheric $CO_2$ is 100 times faster than in natural $CO_2$ fluctuations and cycles, and it is happening in a very short timeframe that is unprecedented in the geologic record. [SR 119:20-121:11; SR-19].

78.    The continuous rise in atmospheric $CO_2$ has caused global, national, and Montana air temperatures to rise, as measured by meteorological stations. Total global temperature rise over the last 120 years is on average 2.2°F, or about 1.2°C. [SR 132:19-22; SR-38; CW 262:4-21; CW-18, CW-19, CW-20].

79.    Montana is heating faster than the global average because higher latitudes are heating more quickly. [CW 263:20-264:7].

80.    Montana is warming, and the rate of warming is increasing. [CW 266:15-16].

/////

Findings of Fact, Conclusions of Law, and Order – page 21
CDV-2020-307

81.     The Earth has warmed by 1.3 to 2.2°F in only the last thirty-five years, as atmospheric $CO_2$ concentrations have risen from 350 ppm to over 420 ppm today. [SR 130:14-18; SR-35, SR-64]. It previously took 140 years for the Earth to warm by 0.9°F. [SR-35]. The Earth is heating more quickly now. 2020 was the second warmest year on record, and land areas were record warm. The ten warmest years on record have occurred since 2005, and since 1981, a new global temperature record has been set every three years. Since 1980, the Earth has not experienced a single year with below long-term average temperatures. [SE 131:20-132:10; SR-37].

82.     The Earth's energy imbalance (the difference in energy from sun arriving at the Earth and the amount radiated back to space) is what climate scientists describe as the most critical metric for determining the amount of global heating and climate change we have already experienced and will experience as long as the Earth's energy imbalance exists. [SR 122:1-15, 129:17-20; SR-34]. Scientists measure and calculate how much extra energy, or heat, is being retained in Earth's systems, like oceans, ice, air, and land surface, compared to what Earth's natural balance would be if more heat escaped our atmosphere. [SR 122:1-15, 129:21-130:4].

83.     The Earth's energy imbalance is currently significant and is due to accumulation of energy within Earth's oceans, ice, land, and air, with the energy measured in joules and the rate of additional energy measured in watts per square meter. [SR 124:14-125:18]. A watt is the addition of one joule of energy in one second, which is then averaged by the area of the Earth to yield watts per square meter. From 1971 to 2018, the Earth gained about 360 zeta joules of heat (a zeta is a unit with 21 zeros; a trillion has 12 zeros). [SR-29]. Adding this much

1   energy over forty-eight years yields an energy imbalance of about 0.5 W m$^{-2}$.
2   However, the rate of energy addition has continued to increase due to increasing
3   GHG emissions and the Earth's energy imbalance for 2010 to 2018 is about 0.9
4   W m$^{-2}$. [SR 122:14-24; SR-29; P79].

5        84.    358 zeta joules are enough energy to bring Flathead Lake to
6   boil 40,000 times over. [SR 125:3-6; SR-30].

7        85.    As long as there is an energy imbalance, the Earth will
8   continue to heat, ice will continue to melt, and weather patterns will become
9   more extreme. [SR 127:7-22, 131:9-15, 137:6-9, 149:2-14]. If more GHGs are
10  added to the atmosphere and more incoming energy received from the sun is
11  trapped as thermal energy, the Earth's climate system will continue to heat up.
12  [SR 125:7-22].

13       86.    The scientific consensus is that $CO_2$ from fossil fuel
14  pollution is the primary driver of Earth's energy imbalance. [SR 1 17:21-118:12;
15  125:11-22]. Due to the buildup of $CO_2$ from about 280 ppm to 419 ppm in the
16  last 140 years (and to a lesser extent other GHGs), more solar energy is now
17  retained on Earth and less energy is released back to space. [SR 130:8-14; P20,
18  P22, P79; SR-14].

19       87.    The buildup of $CO_2$ and the current Earth energy imbalance
20  is due to anthropogenic changes in the environment, not natural variability. [SR
21  103:5-9, 121:7-11].

22       88.    Approximately 89% of annual anthropogenic $CO_2$
23  emissions, or 35 gigatons of $CO_2$, is attributable to burning fossil fuels. [SR
24  115:9-17; SR-20]. Approximately 11% of annual anthropogenic $CO_2$ is from land
25  use change, which includes wildfires, agricultural burning, and deforestation.

[SR 115:18-22, 116:7-15; SR-20]. This means that fossil fuel use is around 10 times as large as other sources of emissions due to human management. [SR 115:15-21]. In terms of the $CO_2$ humans emit each year, approximately 48% of these emissions end up in the atmosphere, 29% are absorbed in back up in the biosphere, and 26% are absorbed by the oceans. [SR 115:7-117:10; SR-20].

89.     Until atmospheric GHG concentrations are reduced, extreme weather events and other climactic events such as droughts and heatwaves will occur more frequently and in greater magnitude, and Plaintiffs will be unable to live clean and healthy lives in Montana. [SR 128:22-129:5, 131:5-15, 149:2-150:7; SR-45; LVS-44].

90.     There is scientific certainty that if fossil fuel emissions continue, the Earth will continue to warm. [SR 106:15-18, 168:20-24; SR-46, SR-47].

91.     Each additional ton of GHGs emitted into the atmosphere exacerbates impacts to the climate. [SR 106:15-18, 188:3-6; CW 279:14-20, 314:20-315:8, 318:2; P143].

92.     Every ton of fossil fuel emissions contributes to global warming and impacts to the climate and thus increases the exposure of Youth Plaintiffs to harms now and additional harms in the future. [SR 168:17-169:7; CW 279:14-20, 314:20-315:8, 318:2-5; PE-40].

**B.     Climate Change Projections.**

93.     Computer models used by scientists are an important tool for predicting climate change and are reasonably relied upon by members of the scientific community. [SR 90:23-91:9].

/////

94.    Projections indicate atmospheric $CO_2$ and other GHGs will increase the severity of all impacts to the climate for the foreseeable future, absent drastic reduction in fossil fuel use and the resulting GHG emissions. [SR 106:1-18, 169:22-170:10, 170:16-22; CW 269:14-18; SR-46, SR-47].

95.    There is a strong scientific consensus that as GHG emissions continue to increase, impacts to the climate will become more severe. [SR 106:15-18, 137:3-9; SR-43].

96.    The yearly days in Montana with extreme heat, meaning temperatures over 90 degrees, is expected to increase by $11-30$ days by midcentury, and by as much as two months by the end of the century. [CW 273:6-20; CW-24, CW-28]. At the same time, the number of days above freezing will increase by weeks to months in the future. [CW 273:6-20, 275:21-276:7; CW-27; P222].

97.    Projections indicate a high-emission scenario results in 9.8°F of warming in Montana by 2100, relative to temperatures in 1971-2000. An intermediate emission scenario projects an increase of 5.6°F in Montana by 2100, relative to temperatures in 1971-2000. [CW 270:1-271:9; CW-23; P222].

98.    According to the Intergovernmental Panel on Climate Change (IPCC), "Climate change is a threat to human well-being and planetary health (*very high confidence*). [SR-48]. There is a rapidly closing window of opportunity to secure a liveable and sustainable future for all (*very high confidence*) . . . .. The choices and actions implemented in this decade will have impacts now and for thousands of years (*high confidence*)." [SR 149:15-150:7; P143; SR-48, SR-63; LB-43].

/////

99.    According to the IPCC, "[i]n the near term, every region of the world is projected to face further increases in climate hazards (*medium to high confidence*, depending on region and hazard), increasing multiple risks to ecosystems and humans (*very high confidence*). Hazards and associated risks expected in the near-term include an increase in heat-related human mortality and morbidity (*high confidence*), food-borne, water-borne, and vector-borne diseases (*high confidence*)." [SR-46, SR-47; LB-42].

## III.    CLIMATE CHANGE HARMS CHILDREN AND SPECIFICALLY THE YOUTH PLAINTIFFS.

100.    Dr. Lori Byron obtained a Doctor of Medicine degree in 1984. She has been a board-certified pediatrician since 1988. Dr. Byron earned a M.S. in Energy Policy and Climate from Johns Hopkins in 2020. From 1988-2015, Dr. Byron worked with the Indian Health Service in Crow Agency, Montana, providing primary care, emergency care, and public health services to Crow Indian children. Dr. Byron now works as a pediatric hospitalist at SCL Health in Billings, Montana. Dr. Byron has decades of experience caring for children who have suffered Adverse Childhood Events (ACEs). Over the past decade, Dr. Lori Byron and her husband, Dr. Rob Byron, have made presentations on climate change and health locally, nationally, and internationally. Dr. Lori Byron finished a six-year term on the Executive Committee of the Council on Environmental Health and Climate Change with the American Academy of Pediatrics and a six-year term on the Children's Health protection Advisory Committee with the Environmental Protection Agency (EPA). Dr. Byron was an author on the 2021 report "Climate Change and Human

/////

134.    Youth are more vulnerable to the mental health impacts of climate change because younger people are more likely to be affected by the cumulative toll of stress and have more adverse childhood experiences (ACEs). ACEs increase the likelihood of cumulative trauma that leads to mental and physical illness, as well as an increased risk of early death. [LB 521:14-16, 5236-15; LVS 1210:2-1211:2; LB-33; LVS-31].

135.    ACEs can cause prolonged fear, anxiety, and stress, cognitive impairments, and unhealthy risk behaviors. ACEs can also cause long-term health impacts including increased risk of obesity, diabetes, heart disease, depression, strokes, chronic obstructive pulmonary disease, and broken bones. [LB 516:3-20, 519:16-520:4, 522:17-523:2; LB-34].

136.    Children born in 2020 will experience a two to sevenfold increase in extreme events, particularly heatwaves, compared with people born in 1960. [LB 495:1-11, 497:1-3; P45; LB-20].

137.    According to the IPCC, "Climate change is a threat to human well-being and planetary health (*very high confidence*)." The IPCC stated, "Without urgent, effective, and equitable mitigation and adaptation actions, climate change increasingly threatens ecosystems, biodiversity, and the livelihoods, health and wellbeing of current and future generations (*high confidence*)." [LB 530:11-533:9; LB-43, LB-44; P143; SR-61].

138.    The unrefuted testimony at trial established that climate change is a critical threat to public health. [LB 536:10-537:14].

139.    Actions taken by the State to prevent further contributions to climate change will have significant health benefits to Plaintiffs. [LB 534:25-535:9].

1   **IV.    CLIMATE CHANGE IS ALREADY ADVERSELY AFFECTING**
2   **MONTANA'S NATURAL ENVIRONMENT.**

3           140.    Anthropogenic climate change is impacting, degrading, and
4   depleting Montana's environment and natural resources, including through
5   increasing temperatures, changing precipitation patterns, increasing droughts and
6   aridification, increasing extreme weather events, increasing severity and intensity
7   of wildfires, and increasing glacial melt and loss. [JS 655:2-658:10, 659:6-
8   660:11; *see generally* SR, CW, DF; CW-56; DF-20].

9           141.    Climate change impacts result in hardship to every sector of
10  Montana's economy, including recreation, agriculture, and tourism. For example,
11  private water supplies will be harmed. [SR 144:13-145:17; CW-52].

12          142.    Montana has already warmed significantly more than the
13  global average. [CW 263:12-17, 263:20-264:7; CW-18, CW-19].

14          143.    All parts of Montana have seen a long-term trend of
15  increasing mean annual temperatures since 1950. Winter and spring have warmed
16  the most [CW 267:18-268:20; CW-21; P6].

17          144.    There is a scientific consensus that rising temperatures in
18  Montana are due to rising GHG concentrations, primarily $CO_2$. [SR 103:5-9,
19  117:25-118:12; CW 269:18-25].

20          145.    Montana's snowpack has been decreasing and is likely to
21  continue decreasing with warmer temperatures, as a long-term trend caused by
22  impacts to the climate. [CW 283:11-19; CW-33, CW-35, CW-55; DF 421:12-23].
23  /////
24  /////
25  /////

146.    Montana's April 1, Snow Water Equivalent, which is an important metric for how much water will be available during the dry summer months in Montana, has been declining since the 1930s. [CW 284:23-286:15; CW-34].

147.    The decline in snowpack is directly attributed to elevated temperatures due to high levels of GHG emissions. [CW 283:11-19, 288:3-10].

148.    Warming temperatures in Montana are resulting in more precipitation falling as rain instead of snow, particularly in western Montana. This results in reduced snowpack and shorter snowpack runoff duration in the spring and summer. Warming temperatures and rapid snowmelt and rain-on-snow events have been a major cause of spring flooding in Montana. [CW 291:17-292:20].

149.    Extreme spring flooding events are consistent with climate change, including more spring precipitation, which can cause flash flooding when rain falls on snow. [SR 144:24-145:8; SR-44]. Spring flooding is expected to increase in frequency with increased climate change. [CW 291:15-292:20].

150.    The 2018 Shields River flooding and the 2022 Yellowstone River flooding event are examples of rain on snow and heavy precipitation events that will be more frequent with climate change. [CW 291:15-292:20].

151.    Dr. Dan Fagre holds a Ph.D. from the University of California, Davis. He joined the National Park Service as a research scientist in 1989 and, in 1991, he became the Climate Change Research Coordinator at Glacier National Park as part of the nationwide United States Global Change Research Program. His position was transferred to the United States Geological Survey (USGS), where he served until his retirement in 2020, after which he has

1    Bierman Professor of Ecology at the University of Montana (1980-2016). His

2    primary area of research is aquatic ecosystem processes, including influences of

3    human activities. He has published over 220 scientific papers and books on

4    aquatic ecosystem processes, including influences of human activities. [P194].

5    Dr. Stanford is a well-qualified expert, and his testimony was informative and

6    credible.

7             163.    Montana is part of the northern Rocky Mountain region. The

8    northern Rocky Mountains are a headwaters region, including for the Missouri

9    River system to the East and the Columbia River System to the West, where most

10   of the water originates as snow. [Def. Answer, Doc. 54 ¶ 157].

11            164.    Montana is a key "water tower" of the Continent. Water that

12   drains from the Rocky Mountains feeds three of the great rivers of North

13   America: the Columbia, the Saskatchewan, and the Missouri-Mississippi. Snow

14   at high elevations provides eighty-five percent of the fresh water that people use

15   in Montana. [DF 405:22-406:10, 407:16-409:1; DF-13; JS 656:21-657:7].

16            165.    The accumulation of winter snowpack in the mountains

17   naturally acts as a reservoir for the hotter, drier months, gradually melting with

18   onset of spring, and in summer providing continuous flow downstream, which is

19   critical in the period of less precipitation and warmer temperatures. [SR

20   152:2-18]. Some accumulations are held in mountain glaciers which add

21   meltwaters to the flow paths. [DF 407:16-409:1; DF-13].

22            166.    Precipitation also is retained in lakes and wetlands where a

23   large share of runoff penetrates into the ground, feeding aquifers that store water

24   or augment river and stream flows. [JS 655:20-24, 657:13-17,

25   660:12-661:7; JS-4].

1        k.     The Bitterroot River has experienced increased

2  temperatures, a reduction in bull trout habitat, algae blooms, and fishing closures.

3  [JS 693:12-22].

4        172.   One impact of anthropogenic climate change to Montana's

5  aquatic ecosystems is that runoff (spring spate) from snowmelt is days to weeks

6  earlier. Loss of snowpack also accelerates warming and water loss owing to

7  reduced reflection than would occur if the snowpack was sustained. [JS 670:20-

8  671:2].

9        173.   Low water levels and abnormally warm water temperatures

10  create harmful conditions for fish and other aquatic organisms. [JS 671:3-17].

11        174.   Access to boating and fishing on certain rivers and lakes in

12  Montana has been limited, and in some instance completely foreclosed, because

13  of low river flows or high-water temperatures. These changes limit the ability of

14  some Plaintiffs to fish and access the State's rivers and lakes for sport or

15  recreation. [SR 152:25-153:9, 153:10-13; JS 679:7-15].

16        175.   Wildfires resulting from climate change have caused

17  nitrogen levels in Montana's lakes to increase. This has caused nutrient

18  imbalances that threaten the plant and animal life in the lakes. [JS 683:1-684:4].

19        176.   If GHG emissions continue to rise, impacts to the climate

20  will further harm Montana's wildlife and fisheries, and the ability of Plaintiffs to

21  hunt and fish. [JS 679:7-15; 687:8-14].

22        177.   The western United States, including Montana, has

23  experienced a trend of increased drought and heat stress from climate change,

24  /////

25  /////

which has killed trees and altered ecosystem dynamics, and this trend toward hotter and drier summers will continue in the future. [SR 106:1-18, 146:18-21, 156:2-17; CW 258:24-259:8, 283:3-10; CW-44].

178.    Droughts in Montana are more expansive and longer term which negatively affects stream systems: aquifer systems become depleted due to reduced infiltration of streamflow and rainfall.  Where aquifers contribute significantly to base flow maintenance in Montana streams, the outcome is even more extreme and with sustained drying. [JS 677:7-678:1].

179.    Anthropogenic climate change is producing a shift from snow to rain earlier in the year, and flooding from intense but extreme, short-duration flooding is more commonly occurring today than in the past (especially in the spring).  That ultimately means less water is retained in the drainage network. [JS 676:12-25].

180.    Increases in the frequency, duration, and/or severity of drought and heat stress associated with climate change are fundamentally altering the composition, structure, and biogeography of forests in Montana. [SR 106: 1-14]. There is already evidence of accelerating forest mortality in western forests, and this acceleration is clearly tied to increasing temperatures and plant water stress. [SR 156:2-17, 163:9-164:2].

181.    Montana's forests are being drastically altered due to the combination of drought, pest infestations, and wildfires. [SR 156:12-157:15].

182.    Climate scientists have long known that increasing temperatures intensify drought conditions, and the combination of drier and hotter weather leads to larger, more frequent, and severe wildfires. [SR 106:1-14, 157:2-158:6].

183.    The wildfire season in Montana is two months longer than it was in 1980s. [SR 159:7-13]. The lengthening of the fire season is largely due to declining mountain snowpack, earlier spring snowmelt, decreased summer precipitation, and warmer summer temperatures leading to deficits in soil and fuel moisture—which are all due to increasing GHG emissions. [SR 106:1-14, 156:24-157:13, 159:18-160:6, 160:22-24; SR-54; CW 305:3-24; CW-47].

184.    The extent of area burned in the U.S. each year has increased since the 1980s. According to National Interagency Fire Center data, of the ten years with the largest acreage burned, all have occurred since 2004, including the peak year of 2021. This period coincides with many of the warmest years on record nationwide. [SR 158:4-11; SR-52].

185.    Wildfires in Montana are expected to become significantly worse in the coming years without immediate steps to reduce GHG emissions. [SR 106:1-24; CW 306:11-307:11; CW-49].

186.    The effects of anthropogenic climate change, including rising temperatures, changing precipitation patterns, and drought conditions, create challenges and uncertainty for farmers. [CW 312:2-313:15].

187.    Climate change affects wildlife, and some species will be more sensitive to impacts to the climate than others. Species may adapt, move, or go extinct. For example, the American pika and Snowshoe hares are considered highly sensitive to climate change due in large part to their dependence on subalpine habitat and snow cover, which is also projected to decline. [SR-59; P72; DF 406:11-15]. Dependence on climate-sensitive habitats like seasonal

/////
/////

streams, wetlands and vernal pools, seeps and springs, alpine and subalpine snowfield areas, grasslands and balds, is a large driver of species sensitivity. [SR 164:5-16, 165:6-166:6].

188.   Rising temperatures will increase the number of freeze-free days in Montana and increase in the number of days above 90°F. [CW 273:6-20, 275:18-276:7; P6; CW-24, CW-27].

189.   There will be increasing seasonal variation in Montana's precipitation, with more precipitation falling in the spring and fall and less in the winter and summer. The change in precipitation timing and a decrease in precipitation during the summer months, combined with increasing summer temperatures, will contribute to increasing risk of summer drought conditions in parts of Montana and more precipitation falling as rain as opposed to snow. [CW 281:4-21; CW-30, CW-35; P6, P34].

190.   Increasing temperature will offset small increases in precipitation by increasing rates of evaporation and transpiration and will make late-summer and fall droughts highly likely and increasingly severe. [CW 283: 3-10].

191.   The current decline in Montana snowpack and snow accumulation is projected to continue. The loss of snowpack and snow accumulation is primarily driven by increasing temperatures, which are caused by anthropogenic GHG emissions. [CW 283:11-19, 284:23-285:21, 286:9-15, 287:15-288:10, 290:20-291:9; CW-35].

/////

/////

/////

192.   Spring runoff in Montana is projected to increase through the 21st century because of warmer temperatures and earlier snowmelt. Increased January-April runoff will lead to increasingly low streamflow in July-September. [CW 293:8-18].

193.   The science is clear that there are catastrophic harms to the natural environment of Montana and Plaintiffs and future generations of the State due to anthropogenic climate change. [SR 105:9-21, 149:15-150:7]. The degradation to Montana's environment, and the resulting harm to Plaintiffs, will worsen if the State continues ignoring GHG emissions and climate change. [SR 105:22-106:18, 137:10-15, 168:17-169:7, 169:19-21; CW 318:2-5, 316:17-317-14; DF 428:6-12; JS 712:8-12].

## V.   CLIMATE CHANGE IS ALREADY HARMING PLAINTIFFS.

194.   The unrefuted testimony established that Plaintiffs have been and will continue to be harmed by the State's disregard of GHG pollution and climate change pursuant to the MEPA Limitation.

195.   Plaintiff Rikki Held lives on her family's ranch twenty miles outside of Broadus, Montana. Broadus is a ranching community in Southeastern Montana, with a population of approximately 450 people in the town and approximately 2000 in Powder River County.

   a.   Rikki has experienced climate change-related harms to herself and her family ranch, including harms from flooding, severe storms, wildfires, and drought.

   b.   The Powder River runs through Rikki's ranch. The ranch includes five pivot fields and pine-covered hills. Rikki and her family have raised cattle on the ranch, grew crops to feed cattle, and owned horses.

242.    Other components of SB 557 limit who can challenge an agency's final decision, the scope of the challenge, and require challengers to pay a fee to compile and submit a certified record to the reviewing court. [AH 825:4-826:18; AH-45].

243.    Both the 2011 and 2023 versions of the MEPA Limitation allowed Projects to be permitted without consideration of their impacts that increase emissions of greenhouse gases. [AH 851:9-852:23; AH-51-AH-60].

244.    The State has known of the dangerous impacts of GHG emissions and climate change for at least the last thirty years. [CW 256:6-15; AH 802:13-18; AH-25, AH-26; P17, P19].

245.    State government and scientists have known about the international scientific consensus of the dangers posed by climate change since at least the 1990s when the IPCC started issuing climate assessment reports. The State also had access to the congressionally mandated national climate assessments undertaken in 2000, 2009, 2014, and 2017. [SR 139:12-140:1; AH 797:5-798:6, 802:13-18; CW 256:9-24; AH-32, AH-33, AH-34; P28, P262, P263].

246.    In 2007, Defendants DNRC, DEQ, and the Office of the Governor were made aware of the issues concerning the impacts of climate change in Montana, including rising temperatures, accelerating warming, and reduced snowpack, and the need for Montana to reduce its GHG emissions, as a result of the 2007 Montana Climate Change Action Plan and the 2007 Montana Greenhouse Gas Inventory and Reference Case Projections 1990-2020. [CW 243:14-244:3, 256:19-24; CW-12, CW-13, CW-14; AH 806:17-807:20; AH-35, AH-36, AH-37; P2, P18].

1  contribute to climate change or adversely impact Montana's environment and

2  natural resources. [AH 840:20-841:22; P228; AH-55].

3              k.     DEQ continues to issue permits for fossil fuel energy

4  projects, including oil and gas pipelines and associated compressor stations, coal

5  mines and coal facilities, oil and gas facilities, oil and gas leases, oil and gas

6  drilling, petroleum refineries, industrial facilities that burn fossil fuels, and fossil

7  fuel power plants. Pursuant to the MEPA Limitation, DEQ does not consider how

8  a proposed project would contribute to climate change or adversely impact

9  Montana's environment and natural resources. [AH 845:14-846:24; PE 949:7-15,

10  954:2-9; P138, P224, P232, P239, P240, P241, P242, P246, P249, P251, P264,

11  P276, P277, P278, P279, P280, P281, P282, P285-301; AH-58, AH-59, AH-60].

12              l.        DNRC issues permits for fossil fuel projects,

13  including coal mines and oil and gas extraction. DNRC does not consider how

14  GHG emissions from projects will contribute to climate change or adversely

15  impact Montana's environment and natural resources or violate the Constitution,

16  because of the MEPA Limitation. [P217-217; P233, P234, P235, P265-P275,

17  P283, P284].

18       266.   Montana's annual, historical, and cumulative GHG

19  emissions are increased by Defendants' actions to permit and approve fossil fuel

20  activities with no environmental review of their impact on GHG levels in the

21  atmosphere and climate change. [PE 932:18-933:5].

22       267.   Defendants' actions cause emissions of substantial levels of

23  GHG pollution into the atmosphere within Montana and outside its borders,

24  contributing to climate change. [SR 164:18-166:16; PE 932:18-933:5].

25  /////