IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, <br><br> Defendants. | CV 25–54–BU–DLC <br><br><br> ORDER |

Before the Court are Plaintiffs' request for an evidentiary hearing on their motion for a preliminary injunction (Doc. 24) and Defendants' anticipated motion to dismiss (Doc. 30).

Accordingly, IT IS ORDERED that Defendants shall file any motion to dismiss on or before August 4, 2025. Plaintiffs shall respond to any motion to dismiss within 14 days, and Defendants shall file any reply within seven days of Plaintiffs' response.

IT IS FURTHER ORDERED that the Court will hold a combined hearing on Plaintiffs' motion for a preliminary injunction and Defendants' anticipated motion to dismiss on September 16, 2025, at 9:00 a.m. and September 17, 2025, at 9:00 a.m.

IT IS FURTHER ORDERED that the parties shall file a notice of any expected witness testimony on or before September 2, 2025.

DATED this 25th day of June, 2025.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court