RECEIVED

JUL 08 2025

Clerk, U S District Court
District Of Montana
Butte, Montana

Austin Knudsen
*Attorney General of Montana*
Christian B. Corrigan
  *Solicitor General*
Brent Mead
  *Deputy Solicitor General*
Michael D. Russell
  *Assistant Attorney General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
Christian.Corrigan@mt.gov
Brent.Mead2@mt.gov
Michael.Russell@mt.gov

Justin D. Smith*
JAMES OTIS LAW GROUP, LLC
530 Maryville Centre Drive
Suite 230
St. Louis, Missouri 63141
(816) 678-2103
Justin.Smith@james-otis.com
* *Pro hac vice application
forthcoming*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; et al., | Case No. 2:25-cv-00054-DLC |
| Plaintiffs, | **MOTION TO INTERVENE AS INTERVENOR-DEFENDANTS BY STATE OF MONTANA, 18 OTHER STATES, AND ONE TERRITORY** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants. | |

COME NOW the State of Montana, by and through its Attorney

General Austin Knudsen, together with the States of Alaska, Arkansas,

Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Missouri,

1

Nebraska, North Dakota, Oklahoma, South Dakota, Texas, Utah, West Virginia, and Wyoming and the U.S. Territory of Guam, by and through their respective Attorneys General (collectively, the "State Intervenors"), and hereby move this Court for an Order permitting the State Intervenors to intervene in this matter as Defendants. The State Intervenors submit this Motion pursuant to Fed. R. Civ. P. 24 and Local Rule 24.1, seeking leave to intervene as of right under Fed. R. Civ. P. 24(a) or, in the alternative, permissive intervention under 24(b).

Pursuant to Local Rules 7.1(d)(1) and 24.1(b)(1)(B), the State Intervenors are filing an accompanying Brief in Support of this Motion. Upon intervention, the State Intervenors intend to file a Motion to Dismiss Plaintiffs' Complaint, submitted with this Motion pursuant to Local Rule 24.1(b)(1)(C).

Pursuant to Local Rule 7.1(c)(1), State Intervenors have conferred with the parties. Plaintiffs plan to take a position after reviewing the State Intervenors' papers. The United States takes no position on this Motion.

WHEREFORE, the State Intervenors respectfully request that the Court grant them leave to intervene in this matter as Intervenor-Defendants.

Dated: July 8, 2025                     Respectfully Submitted,

**AUSTIN KNUDSEN**
Attorney General of Montana

*/s/ Christian B. Corrigan*
Christian B. Corrigan
   *Solicitor General*
Brent Mead
   *Deputy Solicitor General*
Michael D. Russell
   *Assistant Attorney General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
Christian.Corrigan@mt.gov
Brent.Mead2@mt.gov
Michael.Russell@mt.gov

*/s/ Justin D. Smith*
Justin D. Smith*
JAMES OTIS LAW GROUP, LLC
530 Maryville Centre Drive
Suite 230
St. Louis, Missouri 63141
(816) 678-2103
Justin.Smith@james-otis.com
* *Pro hac vice application forthcoming*

*Counsel for State of Montana*

3

TREG TAYLOR
Attorney General of Alaska

*/s/ David W. Duffy*
David W. Duffy*, Alaska Bar No. 0605016
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5601
Facsimile: (907) 276-3697
david.duffy@alaska.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Alaska*


TIM GRIFFIN
Attorney General of Arkansas

*/s/ Noah P. Watson*
Noah P. Watson*
Deputy Solicitor General
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-1019
noah.watson@arkansasag.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Arkansas*


JAMES UTHMEIER
Attorney General of Florida

Jeffrey P. DeSousa

4

*Acting Solicitor General*

*/s/ Christine K. Pratt*
Christine K. Pratt
Assistant Solicitor General
Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Christine.pratt@myfloridalegal.com
* *Pro hac vice application forthcoming*

*Counsel for State of Florida*


CHRISTOPHER M. CARR
Attorney General of Georgia

*/s/ Elijah J. O'Kelley*
Elijah J. O'Kelley
Deputy Solicitor General
Office of the Georgia Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(470) 816-1342
eokelley@law.ga.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Georgia*


RAÚL R. LABRADOR
Attorney General of Idaho

*/s/ Michael A. Zarian*
Michael A. Zarian
*Deputy Solicitor General*

Office of the Idaho Attorney General
700 W Jefferson St #210
Boise, Idaho 83720
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
michael.zarian@ag.idaho.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Idaho*


THEODORE E. ROKITA
Attorney General of Indiana

*/s/ James A. Barta*
James A. Barta
*Solicitor General*
Office of the Attorney General
IGC South, Fifth Floor
302 W. Washington Street
Indianapolis, Indiana 46204
Phone:  (317) 232-0709
Fax:  (317) 232-7979
Email:  James.Barta@atg.in.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Indiana*


BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*
Eric H. Wessan*
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117

(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Iowa*


KRIS W. KOBACH
Attorney General of Kansas

*/s/ James R. Rodriguez*
James R. Rodriguez (KS 29172)
  *Assistant Attorney General*
Kansas Office of the Attorney General
120 SW 10th Avenue, Floor 2
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Kansas*


LIZ MURRILL
Attorney General of Louisiana

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
  *Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Louisiana*

7

ANDREW T. BAILEY
Attorney General of Missouri

*/s/ Samuel C. Freedlund*
Samuel C. Freedlund, #73707MO
  *Deputy Solicitor General*
Office of the Attorney General
815 Olive Street, Suite 200
St. Louis, Missouri 63101
Tel. (314) 340-7366
Fax (573) 751-0774
Samuel.Freedlund@ago.mo.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Missouri*


MICHAEL T. HILGERS
Attorney General of Nebraska

*/s/ Cody Barnett*
Cody Barnett*
  *Solicitor General*
Office of the Attorney General
1445 K Street, Rm 2115
Lincoln, Nebraska 68508
(402) 471-2683
cody.barnett@nebraska.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Nebraska*


DREW H. WRIGLEY
Attorney General of North Dakota

*/s/ Philip Axt*

Philip Axt*
  *Solicitor General*
600 E. Boulevard Ave., Dept. 125
Bismarck, North Dakota 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov
* *Pro hac vice application forthcoming*

*Counsel for State of North Dakota*


GENTNER DRUMMOND
  Attorney General of Oklahoma

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II*
  *Solicitor General*
Jennifer L. Lewis
  *Deputy Attorney General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, Oklahoma 73105
(405) 521-3921
garry.gaskins@oag.ok.gov
* *Pro hac vice application forthcoming*

*Counsel for State of Oklahoma*

MARTY J. JACKLEY
Attorney General of South Dakota

*/s/ Amanda Miiller*
By: Amanda Miiller*, SD Bar No. 4271
  *Deputy Attorney General*
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
Telephone: (605) 773-3215
amanda.miiller@state.sd.us

9

*Pro hac vice application forthcoming*

*Counsel for State of South Dakota*


KEN PAXTON
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Austin Kinghorn
Deputy Attorney General for Civil Litigation

Kellie E. Billings-Ray
Chief, Environmental Protection Division

*/s/ Wesley S. Williams*
Wesley S. Williams*
  *Assistant Attorney General*
Texas Bar No. 24108009
Wesley.Williams@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548 (MC-066)
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911
*Pro hac vice application forthcoming*

*Counsel for State of Texas*


DEREK E. BROWN
Attorney General of Utah

10

*/s/ Stanford Purser*
Stanford Purser*
   *Solicitor General*
Office of the Utah Attorney General
160 E. 300 S., 5th floor
Salt Lake City, Utah 84111
(801) 366-0533
spurser@agutah.gov
\* *Pro hac vice application forthcoming*

*Counsel for State of Utah*


JOHN B. MCCUSKEY
**Attorney General of West Virginia**

*/s/ Michael R. Williams*
Michael R. Williams*
   *Solicitor General*
Office of the Attorney General
of West Virginia
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd. E
Charleston, West Virginia 25301
(304) 558-2021
michael.r.williams@wvag.gov
\* *Pro hac vice application forthcoming*

*Counsel for State of West Virginia*


KEITH G. KAUTZ
**Attorney General of Wyoming**

*/s/ Ryan Schelhaas*
Ryan Schelhaas*
   *Chief Deputy Attorney General*

11

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5786
ryan.schelhaas@wyo.gov
* *Pro hac vice application forthcoming*

*Counsel for the State of Wyoming*


DOUGLAS B. MOYLAN
Attorney General of Guam

*/s/ Douglas B. Moylan*
Douglas B. Moylan
Office of the Attorney General of Guam
590 S. Marine Corps. Drive
ITC Bldg., Ste. 902
Tamuning, Guam  96913, USA
671-475-3324
671-475-4703 (fax)
dbmoylan@oagguam.org
* *Pro hac vice application forthcoming*

*Counsel for the U.S. Territory of Guam*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 8, 2025, I caused a true and correct copy of the foregoing to be submitted to the Clerk of Court for filing in accordance with Local Rule 24.1(a), which electronic filing by the Clerk will cause the service of the foregoing upon all parties who have entered in the case.

*/s/Christian B. Corrigan*
Christian B. Corrigan