UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **EVA LIGHTHISER**; et al.<br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; et al.<br>Defendants. | Case No: CV-25-54-BU-DLC<br><br>**DECLARATION OF ANGELINA LAROSE** |

I, Angelina LaRose, hereby declare as follows:

1. I currently serve as the Assistant Administrator for Energy Analysis with the U.S. Energy Information Administration (EIA) within the U.S. Department of Energy. I have been in this position for 6 years and with the Department for 17 years.

2. EIA is the principal statistical agency mandated to collect, analyze, and disseminate data and information which is relevant to energy resource reserves, energy production, demand, and technology, and related economic and statistical information. By law, EIA's data, analyses, and forecasts are independent of approval by any other officer or employee of the United States Government. These statistics are collected in the ordinary course of EIA's business.

3. I have been asked to prepare a declaration summarizing certain previously collected EIA statistics. These statistics are summarized below.

4. EIA tracks global energy-related $CO_2$ emissions on its website. Such emissions from the United States peaked in 2007 at 6,015.3 million metric tons (MMT); those emissions had dropped to 4,794.6 MMT by 2023. Global emissions, in contrast, continued to rise from 30,093.3 MMT in 2007 to 37,079.2 MMT in 2023. The country with the largest increase in emissions over this timeframe was China, whose emissions increased from 7,057.6 MMT in 2007 to 12,195.7 MMT in 2023.

5. EIA also breaks out these energy-related emissions by fuel type. United States emissions from coal and coke decreased from 2,171.0 MMT in 2007 to 777.3 MMT in 2023. Global emissions from coal and coke nonetheless increased from 13,508.2 MMT in 2007 to 16,651.6 MMT in 2023. The country with the largest increase in emissions from coal and coke over this timeframe was China, whose emissions increased from 6,136.0 MMT in 2007 to 9,574.9 MMT in 2023.

6. For petroleum and other liquids, U.S. emissions decreased from 2,587.6 MMT in 2007 to 2,250.2 in 2023. Global emissions from petroleum and other liquids nonetheless increased from 10,774.0 MMT in 2007 to 12,463.3 MMT in 2023. The country with the largest increase in emissions from petroleum and other liquids over this timeframe was China, whose emissions increased from 783.5 MMT in 2007 to 1,846.6 MMT in 2023.

7. EIA also tracks international energy consumption by fuel type. According to these statistics, coal consumption in the United States dropped from 1,127,998 thousand short tons (Mst) in 2007 to 425,954 Mst in 2023. During that

same timeframe, global consumption increased from 7,440,962 Mst in 2007 to 9,598,945 Mst in 2023. The country with the largest increase in coal consumption over this timeframe was China, whose consumption increased from 3,201,220 Mst in 2007 to 5,243,651 Mst in 2023.

8.  EIA also tracks residential electricity prices in the United States. The average U.S. residential electricity price increased from 13.15 cents per kilowatt-hour in 2020 to 16.48 cents per kilowatt-hour in 2024.

9.  EIA also tracks average gasoline prices in the United States. The U.S. average price for regular grade gasoline reached a peak in June 2022 at $4.929 per gallon.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 11th date of July, 2025, in Washington, D.C.

_____
Angelina LaRose
Assistant Administrator for Energy Analysis
U.S. Energy Information Administration