Adam R.F. Gustafson
 *Acting Assistant Attorney General*
Robert N. Stander
 *Deputy Assistant Attorney General*
Environment & Natural Resources Div.
United States Department of Justice

Michael S. Sawyer
Erik Van de Stouwe
Natural Resources Section
Miranda Jensen
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel:   (202) 514-5273
       (202) 305-0247
       (202) 598-3071
E-mail: michael.sawyer@usdoj.gov
        erik.van.de.stouwe@usdoj.gov
        miranda.jensen@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **EVA LIGHTHISER**; et al.<br>                 Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; et al.<br>                 Defendants. | Case No: CV-25-54-BU-DLC<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants—the United States of America, the President of the United States, thirteen federal agencies, and thirteen federal officials—move to dismiss this case. Because Plaintiffs lack Article III standing, Defendants move to dismiss under Rule 12(b)(1) of the Federal Rules of Civil Procedure. *Juliana v. United States*, 947 F.3d 1159 (9th Cir. 2020) (9th Cir. 2021); *see also In re United States*, No. 24-684, 2024 WL 5102489 (9th Cir. May 1, 2024), *cert. denied*, 145 S. Ct. 1428 (2025). Additionally, because Plaintiffs fail to state a claim upon which relief can be granted, Defendants move to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Pursuant to the Local Rules, a brief in support of this motion will be filed separately. D. Mont. L.R. 7.1(d)(1)(A).

Respectfully submitted on this 4th day of August, 2025.

        ADAM R. F. GUSTAFSON
        *Acting Assistant Attorney General*
        Robert N. Stander
        *Deputy Assistant Attorney General*
        Environment & Natural Resources Division
        United States Department of Justice

        */s/ Erik Van de Stouwe*
        Michael S. Sawyer
        Erik Van de Stouwe
        Natural Resources Section
        Miranda Jensen
        Environmental Defense Section
        P.O. Box 7611
        Washington, DC 20044-7611

Tel: (202) 514-5273 (Sawyer)
Tel: (202) 305-0247 (Van de Stouwe)
Tel: (202) 598-3071 (Jensen)
michael.sawyer@usdoj.gov
erik.van.de.stouwe@usdoj.gov
miranda.jensen@usdoj.gov

*Attorneys for Defendants*