William Michael Cunningham
PO Box 75574
Washington, DC 20013-0574
202-455-0430

# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; RIKKI HELD; LANDER BUSSE; OLIVIA VESOVICH; KATHRYN GRACE GIBSON-SNYDER; GEORGIANNA FISCHER; TALEAH HERNÁNDEZ; B.B., a minor, by and through his guardian S.B.; J.K., a minor, by and through his guardian L.A.; N.K., a minor, by and through his guardian L.A.; ULA JONES; RIPLEY CUNNINGHAM; J.M., a minor, by and through her guardian C.M.; J.H., a minor, by and through his guardian M.H.; I.H., a minor, by and through his guardian M.H.; KALĀLAPA WINTER; C.M., a minor, by and through her guardian E.M.; DELANEY REYNOLDS; AVERY McRAE; MIKO VERGUN; ISAAC VERGUN; and JOSEPH LEE,<br>       Plaintiffs,<br>vs.<br>DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; JEFFREY BOSSERT CLARK, in his official | Case No.: No. CV-25-54-BU-DLC<br><br>MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF |

| | |
|---|---|
| 1 | capacity as Acting Administrator of the Office of Information and Regulatory Affairs; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Chief of Engineers and Commanding General of the United States Army Corps of Engineers; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET PETRO, in her official capacity as acting NASA Administrator; UNITED STATES DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in her official capacity as acting NOAA Administrator; |

| | |
|---|---|
| 1 | NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of NSF; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of HHS; NATIONAL INSTITUTES OF HEALTH; JAYANTA BHATTACHARYA, in his official capacity as Director of NIH; and the UNITED STATES OF AMERICA,<br>　　　　Defendant(s) |

## MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE

Pursuant to the inherent authority of this Court and Local Rule 7.5 of the U.S. District Court for the District of Montana, William Michael Cunningham respectfully moves for leave to file the attached amicus curiae brief in support of Plaintiff Eva Lighthiser. Movant also requests access to the court's electronic filing system through the PACER system to file his amicus brief.

## IDENTITY AND INTEREST OF AMICUS CURIAE

William Michael Cunningham is an economist, investment analyst, and social justice advocate with over 25 years of experience evaluating the intersection of federal economic policy, equity, and systemic risk. He is the developer of a climate risk-adjusted financial model that incorporates intergenerational time preferences, enabling the accurate valuation of long-term economic harm caused by public policy decisions—particularly those that affect youth and marginalized communities.

Amicus has previously filed several successful or cited briefs in:

U.S. v. S&P (C.D. Cal. 2014) – systemic risk and rating agency fraud.
https://www.prlog.org/12256590-william-michael-cunningham-files-amicus-brief-in-us-vs-sp-us-district-court-central-district-ca.html
SEC v. Ripple Labs (S.D.N.Y. 2022) – impact investing and regulatory fairness.
https://www.prlog.org/12942526-william-michael-cunningham-files-amicus-brief-in-sec-vs-xrp.html
Mozilla Corporation vs. the Federal Communications Commission. The case, 18-cv-1051, challenges the Federal Communications Commission's reclassification of "broadband Internet access service as an 'information service,' and mobile broadband Internet access service as a 'private mobile service,'" and, therefore not subject to public interest rules and regulations. https://www.prlog.org/12729944-william-michael-cunningham-files-amicus-brief-in-net-neutrality-case-18-cv-1051.html
AP Fonden v. Goldman Sachs (2d Cir. 2021) – investor due diligence and ethics.
https://www.prlog.org/12877400-william-michael-cunningham-files-amicus-brief-in-ap-fonden-goldman-sachs-18-12084.html

In addition, Amicus has published economic analysis concerning social and environmental issues written from a youth perspective:
Edward Blum & the Supreme Court (2024 blog) – discriminatory policy design.
https://www.impactinvesting.online/2024/01/edward-blum-and-fragile-state-of.html
Held v. Montana (2023 commentary) – youth-led environmental constitutional claims. https://www.impactinvesting.online/2023/08/reaction-to-montana-youth-climate-case.html

Climate Change, Youth vs. Old (2022 blog) – intergenerational economic and ecological time conflict. https://www.impactinvesting.online/2022/11/climate-change-young-vs-old-gregory.html

Reaction to the Montana Youth Climate Case. Jeongmin Yoon, ESG Intern, Incheon National University. https://www.impactinvesting.online/2023/08/reaction-to-montana-youth-climate-case.html

Amicus is also the author of a public economic analysis quantifying the damages associated with discrimination and exclusion from democratic and financial systems (https://www.prlog.org/13007568-amicus-brief-calculates-economic-impacts-of-discrimination-in-the-marketplace.html). His work has been published in forums hosted by the Federal Reserve, the US Department of Commerce, the Securities and Exchange Commission (SEC), the Office of the Comptroller of the Currency (OCC), and the Congress of the United States (see: https://www.creativeinvest.com/nmtctestimony.html and https://www.creativeinvest.com/fnma/.

## REASONS FOR PARTICIPATION

The core claims in the lawsuit Lighthiser v. Trump, filed by 22 youth plaintiffs in the U.S. District Court, District of Montana, center around the alleged violation of Fifth Amendment substantive due process rights and the argument that certain executive orders issued by President Trump are ultra vires (exceeding legal authority)—have long-term economic and intergenerational consequences that are not fully addressed in the pleadings.

This motion and accompanying brief will assist the Court by:

Quantifying Systemic Economic Risk: Amicus applies a proven model for measuring climate and democratic deterioration risks, integrating intergenerational equity theory to assess how youth and future generations bear disproportionate burdens from institutional breakdowns caused by political actors.

Presenting the Youth Perspective: Drawing on work such as Held v. Montana and climate-youth conflict literature, Amicus argues that executive actions that undermine democratic institutions today—such as the three executive orders at issue here—will foreclose economic and environmental futures for younger generations.

Highlighting Procedural and Moral Failures in Governance: As noted in prior commentary on Edward Blum's campaign against DEI principles (2024 blog), Amicus emphasizes that degradation of public trust and inclusion in one domain (race, climate, gender) quickly spills into others—including democratic participation.

Amplifying Economically Disenfranchised Voices: Amicus brings a research-based voice that represents vulnerable constituencies—especially young, Black, and climate-impacted Americans—who are seldom heard in federal litigation but whose rights are jeopardized by the Defendant's alleged actions.

## POSITION OF THE PARTIES

At the time of this filing, Amicus has not obtained a position from Plaintiff or Defendant. In accordance with L.R. 7.1(c)(1), efforts will be made to obtain their views and notify the Court if consent is granted.

## CONCLUSION

In the public interest and pursuant to the Court's discretionary authority, Amicus respectfully requests that this Motion for Leave to File Amicus Curiae Brief be granted.

Dated this 12th day of August, 2025

William Michael Cunningham, Pro Se
PO Box 75574
Washington, DC 20013-0574
202-455-0430