IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*, | CV 25–54–BU–DLC |
| Plaintiffs, | |
| v. | ORDER |
| DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, | |
| Defendants, | |
| STATE OF MONTANA, *et al.*, | |
| Defendant-Intervenors. | |

A hearing in this matter is set for September 16 and 17, 2025, in Missoula, Montana. Plaintiffs have filed a Notice of Expected Witnesses indicating they intend to call five expert witnesses, and six fact witnesses, at the hearing. (Doc. 59.) It appears that neither Federal Defendants nor State Intervenors plan to call any witnesses.

Accordingly, IT IS ORDERED that the hearing on Plaintiffs' Motion for Preliminary Injunction, (Doc. 24) Federal Defendants' Motion to Dismiss, (Doc. 42) and State Intervenors' Motion to Dismiss (Doc. 47) shall proceed as follows:

1

- The hearing shall commence at 9:00 a.m. on September 16th with witness testimony and shall conclude at 5:00 p.m., with appropriate breaks throughout.

- The hearing shall begin again at 9:00 a.m. on September 17th with witness testimony.

- The parties shall confer to ensure that all witness testimony concludes by 12:00 p.m. on September 17th.

- Oral argument shall begin at 1:15 p.m. on September 17th. Plaintiffs and Federal Defendants shall have 45 minutes each to present oral argument; State Intervenors shall have 15 minutes. This time restriction is exclusive of questions posed by the Court.

DATED this 3rd day of September, 2025.

_____
Dana L. Christensen, District Judge
United States District Court