Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

*Attorney for Plaintiffs*
*(Additional attorneys for*
*Plaintiffs listed below)*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **EVA LIGHTHISER**; et al.<br>                    Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; et al.<br>                    Defendants. | Case No: CV-25-54-BU-DLC<br><br>**PLAINTIFFS' NOTICE OF AVAILABILITY** |

Come now Plaintiffs, through counsel, and recognizing the many constraints on the Court's schedule, file this notice of availability relating to the upcoming hearing in this matter. *See* Doc. 61. In light of the Court's unavailability on the morning of September 18, 2025, Plaintiffs will be available to call witnesses as late as the Court in its discretion deems advisable on September 17, 2025 and Plaintiffs will also be available to call witnesses and present oral arguments as late as the Court in its discretion deems advisable on September 18, 2025. Moreover, should a change in the circumstances of the Court's availability allow, Plaintiffs will remain available to call witnesses on September 16, 2025.

1

Respectfully submitted this 8th day, September 2025.

                Respectfully submitted,

                */s/ Roger Sullivan*
                Roger Sullivan
                McGARVEY LAW
                345 1st Avenue East
                Kalispell, MT 59901
                (406) 752-5566
                rsullivan@mcgarveylaw.com

                Julia A. Olson*
                Andrea K. Rodgers*
                Nathan Bellinger*
                OUR CHILDREN'S TRUST
                1216 Lincoln St.
                Eugene, OR 97401
                (415) 786-4825
                julia@ourchildrenstrust.org
                andrea@ourchildrenstrust.org
                nate@ourchildrenstrust.org

                Philip L. Gregory*
                GREGORY LAW GROUP
                1250 Godetia Drive
                Redwood City, CA 94062
                (650) 278-2957
                pgregory@gregorylawgroup.com

                Daniel C. Snyder*
                Haley Nicholson*
                PUBLIC JUSTICE
                1620 L Street NW, Suite 630
                Washington, DC 20036
                (202) 797-8600
                dsnyder@publicjustice.net
                hnicholson@publicjustice.net

                *Attorneys for Plaintiffs*
                **Admitted pro hac vice*