Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Daniel C. Snyder*
Haley Nicholson*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **EVA LIGHTHISER**; et al.<br>　　　　　Plaintiffs,<br><br>　v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; et al.<br>　　　　　Defendants,<br><br>**STATE OF MONTANA**; et al.<br>　　　　　Defendant-Intervenors. | Case No: CV-25-54-BU-DLC<br><br>**JOINT MOTION REGARDING PROTECTIVE ORDER AND REMOTE ATTENDANCE AT THE SEPTEMBER 17–18, 2025 HEARING** |

COME NOW the Parties, who hereby move this Court: (1) to enter a protective order regarding the names of minor Plaintiffs that will testify at the hearing scheduled for September 16 and 17; and (2) to allow Parties and counsel for the Parties, who are unable to attend the hearing set in Missoula for September 16, 2025, at 9:00 a.m. and September 17, 2025, at 9:00 a.m. in person due to conflicts with their schedules, to attend the hearings remotely via Zoom or telephonically. Intervenor-Defendants state agreement in this motion.

Regarding the protective order, Plaintiffs' counsel agree to promptly disclose the names of the three minor Plaintiffs identified by initials in the Complaint who will testify at the upcoming hearing, provided that a protective order is entered protecting their names from further disclosure. Counsel for Defendants and Intervenor-Defendants agree to not disseminate the name of any of these minor Plaintiffs or file them in public filings, unless the minor Plaintiff has turned eighteen or Plaintiffs' counsel has previously publicly disclosed the name of the minor Plaintiff. Unless otherwise agreed to in writing, only Defendants' and Intervenor-Defendants' counsel, paralegals, and necessary support staff shall have access to the names of these minor Plaintiffs.

Regarding remote attendance, the Parties agree that remote attendance will be limited to the Parties and counsel for the Parties only. The Parties and counsel

attending remotely will not be permitted to record, rebroadcast, or otherwise disseminate video or audio from the hearing.

DATED this 10th day of September, 2025.

>Respectfully submitted,
>
>*/s/ Roger Sullivan*
>Roger Sullivan
>
>*Attorney for Plaintiffs*
>
>ADAM R. F. GUSTAFSON
>Acting Assistant Attorney General
>Environment & Natural Resources Division
>United States Department of Justice
>
>*/s/ Michael S. Sawyer*
>Michael S. Sawyer
>Erik Van de Stouwe
>Natural Resources Section
>Miranda Jensen
>Environmental Defense Section
>P.O. Box 7611
>Washington, DC 20044-7611
>Tel: (202) 514-5273 (Sawyer)
>Tel: (202) 305-0247 (Van de Stouwe)
>Tel: (202) 598-3071 (Jensen)
>michael.sawyer@usdoj.gov
>erik.van.de.stouwe@usdoj.gov
>miranda.jensen@usdoj.gov
>
>*Attorneys for Defendants*