Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Daniel C. Snyder*
Haley Nicholson*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Attorneys for Plaintiffs*
**Admitted pro hac vice*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **EVA LIGHTHISER**; et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; et al.<br><br>　　　　　Defendants,<br><br>**STATE OF MONTANA**; et al.<br>　　　　　Defendant-Intervenors. | Case No: CV-25-54-BU-DLC<br><br>**PLAINTIFFS' NOTICE OF INTENT TO FILE WRITTEN RESPONSE TO DEFENDANTS' MOTION IN LIMINE** |

Come now Plaintiffs, through counsel, and notify the Court of their intent to file a written response to Defendants' Motion in Limine (Doc. 65) filed yesterday, September 10. Plaintiffs have reached out to Defendants and are attempting to confer in an effort to resolve the motion. However, if the parties are unable to resolve the motion, Plaintiffs will submit a written response to the Court by Monday, September 15 at 10 a.m.

Respectfully submitted this 11th day, September 2025.

Respectfully submitted,

/s/ Roger Sullivan
Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

1

2

        Daniel C. Snyder*
        Haley Nicholson*
        PUBLIC JUSTICE
        1620 L Street NW, Suite 630
        Washington, DC 20036
        (202) 797-8600
        dsnyder@publicjustice.net
        hnicholson@publicjustice.net

        *Attorneys for Plaintiffs*
        **Admitted pro hac vice*