IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*, | CV 25–54–BU–DLC |
| Plaintiffs, | |
| v. | ORDER |
| DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, | |
| Defendants, | |
| STATE OF MONTANA, *et al.*, | |
| Defendant-Intervenors. | |

Before the Court is the Parties' Joint Motion Regarding Protective Order and Remote Attendance at the hearing scheduled for September 16 and 17, 2025. (Doc. 67.) The Parties seek (1) a protective order regarding the names of minor Plaintiffs that will testify at the hearing scheduled for September 16 and 17; and (2) to allow Parties and counsel for the Parties, who are unable to attend the hearing in person, to attend the hearings remotely via Zoom or telephonically. The Court agrees remote attendance is permissible, granted that counsel who are participating in any respect during the hearing—whether that be by presenting oral argument or questioning of witnesses—be physically present in the courtroom.

1

Accordingly, IT IS ORDERED that the Joint Motion (Doc. 67) is GRANTED as follows:

1. <u>Protective Order:</u> Plaintiffs shall promptly disclose the names of the three minor Plaintiffs that will testify at the September 16–17 hearing to counsel for Defendants and Intervenor-Defendants. Counsel for Defendants and Intervenor-Defendants shall not disseminate or include in public filings the names of any of these minor Plaintiffs unless and until minor Plaintiffs reach the age of 18 or Plaintiffs' counsel has previously publicly disclosed the name of the minor Plaintiff. Only Defendants and Intervenor-Defendants' counsel, paralegals, and necessary support staff shall have access to the names of the three minor Plaintiffs, unless otherwise agreed to in writing by the Parties.

2. <u>Remote Attendance:</u> The Parties and counsel for the Parties may attend remotely at the hearing scheduled for September 16–17, 2025, via Zoom or telephonically. The Parties and counsel for the Parties will not be permitted to record, rebroadcast, or otherwise disseminate video or audio from the hearing. Furthermore, any counsel participating in any respect in the hearing—whether that be by presenting oral argument or questioning of witnesses—must be physically present in the courtroom.

DATED this 12th day of September, 2025.

_____
Dana L. Christensen, District Judge
United States District Court