IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*, | CV 25–54–BU–DLC |
| Plaintiffs, | |
| v. | ORDER |
| DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, | |
| Defendants, | |
| STATE OF MONTANA, *et al.*, | |
| Defendant-Intervenors. | |

With respect to the upcoming hearing,

IT IS ORDERED that Plaintiffs and Federal Defendants shall each have 20 minutes for opening statements on Tuesday morning, September 16, 2025. The Court will hear witness testimony immediately following Plaintiffs' and Federal Defendants' opening statements.

DATED this 14th day of September, 2025.

Dana L. Christensen, District Judge
United States District Court

1