# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA



## Request to Stream Court Proceedings

Before you proceed to complete this form, please carefully read and understand the following rules and guidelines:

*Eligibility:* This form should be completed if you would like to request access to a non-trial civil proceeding that does not involve witnesses. Criminal cases are not available for streaming. Parties to actions must file a motion to appear via Zoom or telephonically and should not use this service for remote appearances.

*Submission Format:* Requests must be made through this online form only. Please complete all fields.

*Submission Deadline:* Requests made less than 24 hours prior to the proceeding cannot be guaranteed.

*Notification of Decision:* Access to streaming is at the discretion of the judicial officer. You will be notified of the court's decision via email or telephone. Email your completed form to mtd_streaming@mtd.uscourts.gov.

Name: Lesley Clark

Case Number/Case Name: 2:25-cv-00054

Date/Time of Hearing: 9 a.m. Sept 16-17

Email: lclark@politico.com

Telephone: 202-446-6730