# Lighthiser v. Trump

*Joseph Lee*

*Exhibit 1 p.1*



# Joseph Lee

*Fullerton & La Jolla, CA*

*Lighthiser v. Trump*
*Joseph Lee*
*Exhibit 1 p.2*



May 2025

Aug. 2023

2011

*Lighthiser v. Trump*
Joseph Lee
Exhibit 1 p.3

# Joseph on Nebulizer in Hospital

*Age 5*



*Lighthiser v. Trump*
*Joseph Lee*
*Exhibit 1 p.4*



# Keeling Curve



*Lighthiser v. Trump*
*Joseph Lee*
*https //gml.noaa.gov/ccgg/trends/*
*Exhibit 1 p.6*

# Email Joseph Received, *Mar. 19, 2025*



> Over the last few months, the new administration in Washington, D.C., has announced a number of executive orders and proposed policy changes, including ones that threaten funding for lifesaving research, patient care, and education support. These actions affect colleges and universities across the country.

*Lighthiser v. Trump*
*Joseph Lee*
*Exhibit 1 p.7*

# Yosemite
*2014*



*Lighthiser v. Trump*
*Joseph Lee*
*Exhibit 1 p.8*