# Lighthiser v. Trump

*Steven Running*

*Exhibit 5 p.1*



# Steven Running, Ph.D.

*Missoula, MT*

- University Regents Professor Emeritus of Global Ecology, College of Forestry and Conservation, University of Montana

- Co-Chair of National Academy of Sciences Standing Committee on Earth Science and Applications from Space, 2020-2023

- Chair of NASA Earth Science Subcommittee, 2013-2017

- NOAA Science Advisory Board Climate Working Group, 2009-2014

- Co-Lead Chapter Author for 2014 National Climate Assessment

- Chapter Author for 2007 IPCC Report

*Lighthiser v. Trump*
*Steven Running*
*Exhibit 5 p.2*

# Keeling Curve

*Atmospheric CO$_2$ at Mauna Loa Observatory*





*Lighthiser v. Trump*
*Steven Running*
*https //gml.noaa.gov/ccgg/trends/*
*Exhibit 5 p.3*

# National Academies Lobby-Keck Center



Keeling Curve

DNA Double Helix

*Lighthiser v. Trump*
*Steven Running*
*https://larrykirkland.com/national-academy-of-sciences.html*
*Exhibit 5 p.4*

# Mauna Loa NOAA Observatory



NOAA will close ... the Global Monitoring Laboratory (GML) in Boulder, CO, Utqiaġvik, AK, Mauna Loa, HI, Hilo, HI, Big Island, HI, American Samoa, and the South Pole ...

NOAA, Budget Estimates Fiscal Year 2026, Congressional Submission OAR-5 (2025).

*Lighthiser v. Trump*
*Steven Running*
*Ex. 12*
*Exhibit 5 p.5*

# Will NASA Kill a Pair of Critical Climate Satellites?



The Orbiting Carbon Observatory-2 and -3, or OCO-2 and -3, have been circling the globe for years, gathering some of the best data available on carbon dioxide concentrations in the atmosphere.

They helped scientists determine that natural systems struggled in the extreme heat of 2023 and failed to pull in as much $CO_2$ as normal. They've helped researchers track early indicators of agricultural drought in India, and measure climate-warming emissions coming out of coal power plants in Montana, Poland and Canada.

*Lighthiser v. Trump*
*Steven Running*
*https://insideclimatenews.org/news/08092025/nasa-carbon-dioxide-satellites-trump/*
*https://www.npr.org/2025/08/04/nx-s1-5453731/nasa-carbon-dioxide-satellite-mission-threatened*
*Exhibit 5 p.6*



# Wash. Env't Council v. Bellon



Declaration of Thomas A. Umenhofer:

"the GHG emissions for the five refineries in Washington were approximately 5.9 million metric tons (MMt)* of carbon dioxide equivalents ($CO_2e$) in 2008..."

*For reference, 5.9 MMT of $CO_2$ is roughly the annual emissions of 1.28 million cars*

*Lighthiser v. Trump*
*Steven Running*
*Wash. Env't Council v. Sturdevant, No. 2:11-cv-00417 (W.D. Wash. Aug. 22, 2011)*
*Exhibit 5 p.8*

# Declaration of Jesse Jenkins, PhD

EOs increase $CO_2e$ **annually** by 205 MMT in 2027.

EOs increase $CO_2e$ **annually** by 510 MMT in 2035.*

* For reference, 510 MMT of $CO_2$ is roughly Canada's annual energy & industry $CO_2$ emissions

Jenkins Supp. ¶5

Jenkins ¶9

*Lighthiser v. Trump*
*Steven Running*
*Docs. 25-20, 38-3*
*Exhibit 5 p.9*

Case 2:25-cv-00054-DLC     Document 38-3     Filed 07/18/25     Page 1 of 7

Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Daniel C. Snyder*
Haley Nicholson*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Attorneys for Plaintiffs*
*Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

**EVA LIGHTHISER**; et al.
                                 Plaintiffs,

v.

**DONALD J. TRUMP**, in his official
capacity as President of the United
States; et al.
                                 Defendants.

Case No: CV-25-54-BU-DLC

SUPPLEMENTAL DECLARATION
OF JESSE JENKINS, PhD, IN
SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION

Case 2:25-cv-00054-DLC     Document 25-20     Filed 06/13/25     Page 1 of 56

Roger Sullivan
McGARVEY LAW
345 1st Avenue East
Kalispell, MT 59901
(406) 752-5566
rsullivan@mcgarveylaw.com

Philip L. Gregory*
GREGORY LAW GROUP
1250 Godetia Drive
Redwood City, CA 94062
(650) 278-2957
pgregory@gregorylawgroup.com

Julia A. Olson*
Andrea K. Rodgers*
Nathan Bellinger*
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401
(415) 786-4825
julia@ourchildrenstrust.org
andrea@ourchildrenstrust.org
nate@ourchildrenstrust.org

Daniel C. Snyder*
Haley Nicholson*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
dsnyder@publicjustice.net
hnicholson@publicjustice.net

*Attorneys for Plaintiffs*
*Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

**EVA LIGHTHISER**; et al.
                                 Plaintiffs,

v.

**DONALD J. TRUMP**, in his official
capacity as President of the United
States; et al.
                                 Defendants.

Case No: CV-25-54-BU-DLC

DECLARATION OF JESSE
JENKINS, PhD, IN SUPPORT OF
MOTION FOR PRELIMINARY
INJUNCTION

# IPCC, Climate Change 2021:
# The Physical Science Basis



Every tonne of $CO_2$ emissions adds to global warming.

IPCC, *Summary for Policymakers, in* Climate Change 2021:
The Physical Science Basis 28 (2021).

# Fifth National Climate Assessment

*(prepared every four years)*



The global warming observed over the industrial era is unequivocally caused by greenhouse gas emissions from human activities—primarily burning fossil fuels. Atmospheric concentrations of carbon dioxide ($CO_2$) —the primary greenhouse gas produced by human activities—and other greenhouse gases continue to rise due to ongoing global emissions. Stopping global warming would require both reducing emissions of $CO_2$ to zero and rapid and deep reductions in other greenhouse gases.

USGCRP, *Ch. 1 Overview: Understanding Risks, Impacts, and Responses, in* Fifth National Climate Assessment 1-13 (2023).

*Lighthiser v. Trump*
*Steven Running*
*Ex. 13*
*Exhibit 5 p.11*



Sunrise, shrouded in wildfire smoke, in Forked River, N.J., on Thursday. The National Climate Assessment examines how global warming affects aspects of American life from public health to the economy. Adam Gray/Getty Images

# The New York Times

## *All Authors Working on Flagship U.S. Climate Report Are Dismissed*

The Trump administration told researchers it was "releasing" them from their roles. It puts the future of the assessment, which is required by Congress, in doubt.

  By **Brad Plumer** and **Rebecca Dzombak**

Published April 28, 2025    Updated July 8, 2025

*Lighthiser v. Trump*
*Steven Running*
*Doc. 25-25 Ex. XX*
*Exhibit 5 p.12*

## The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity



D.P. Lettenmaier, D. Major, L. Poff & S. Running, *Water Resources, in* The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity in the United States 121–50 (2008).

## Endangerment and Cause Findings for Greenhouse Gases



# The Endangerment Finding 16 Years Later



Scott R. Saleska et al., *What is Endangered Now? Climate Science at the Crossroads*, 6 AGU Advances e2025AV001808 (2025).

At least five climate metrics reveal that the most extreme years of the instrumental record have all been observed since the 2009 endangerment finding: (a) global surface temperature … (b) global ocean heat content … (c) arctic sea ice retreat … (d) sea level rise … and (e) ocean acidity increase …

# DOE, *Critical Review of Impacts of GHG Emissions*



A Critical Review of Impacts of Greenhouse
Gas Emissions on the U.S. Climate

Climate Working Group
United States Department of Energy
July 23, 2025

Climate change is real, and it deserves attention.

But misguided policies based on fear rather than facts could truly endanger human well-being.

- U.S. Energy Secretary Christopher Wright

*Lighthiser v. Trump*
*Steven Running*
*https //www.energy.gov/sites/default/files/2025-07/*
*DOE_Critical_Review_of_Impacts_of_GHG_Emissions_on_the_US_Climate_July_2025.pdf*
*Exhibit 5 p.15*

# AMS, *5 Foundational Flaws* in DOE Report



AMERICAN METEOROLOGICAL SOCIETY
45 Beacon Street, Boston, Massachusetts 02108-3693 USA
TEL: 617-227-2425
FAX: 617-742-8718
E-mail: amsinfo@ametsoc.org
Web: www.ametsoc.org

The Practice and Assessment of Science:
Five Foundational Flaws in the Department of
Energy's 2025 Climate Report

A Statement of the American Meteorological Society

(Adopted by the Executive Committee of the AMS Council on 27 August 2025)

Here we identify five foundational flaws in the Department of Energy's (DoE's) 2025 Climate Synthesis report[1]. Each of these flaws, alone, places the report at odds with scientific principles and practices. For the report to accurately characterize scientific understanding and to be useful as a basis for informed policy and decision making, the DoE must first rectify all five flaws and then conduct a comprehensive assessment of scientific evidence. Were DoE to do so, the result will almost certainly be conclusions that are broadly consistent with previous comprehensive scientific assessments of climate change, such as those from the National Academies of Sciences, Engineering, and Medicine (NASEM); American Association for the Advancement of Science (AAAS); Intergovernmental Panel on Climate Change (IPCC), American Meteorological Society (AMS), and a wide-range of other scientific organizations.

The Department of Energy's recent attempt to synthesize climate science has five foundational flaws as a scientific effort:

1) **Lack of breadth across scientific fields.** The science of climate change spans dozens of fields and sub-fields within the physical, natural, and social sciences relating to the Earth and environment. These include (but are not limited to): atmospheric physics; atmospheric chemistry; oceanography (physical, chemical, and biological); cryology; glaciology; biology; physiology; biogeography;

[1] This document emphasizes overarching flaws with the process used in the development of the DoE report. Point-by-point rebuttals of specific evidence and conclusions also have value but are beyond the scope of this document (and are available from and being prepared by other climate scientists).

Serving the atmospheric and related sciences, technologies, applications, and services for the benefit of society since 1919

1. Lack of breadth across scientific fields.

2. Lack of depth within scientific fields and specific topics.

3. The DoE Report is based on an unrepresentative group of subject matter experts.

4. The DoE Report selectively emphasizes a small set of unrepresentative findings, particularly those that might appear beneficial on superficial examination. This "cherry picking" also downplays and excludes scientific findings that might be widely understood to be harmful.

5. The DoE Report extrapolates from a limited subset of findings to reach conclusions that do not follow from comprehensive consideration of the scientific evidence.

*Lighthiser v. Trump*
*Steven Running*
*Ex. 15*
*Exhibit 5 p.16*

# Climate Experts' Review of DOE Report

August 30, 2025

Chris Wright, Secretary
U.S. Department of Energy
1000 Independence Ave., SW
Washington, DC 20585

**Re: A Critical Review of Impacts of Greenhouse Gas Emissions on the U.S. Climate, Docket ID No. DOE-HQ-2025-0207**

Dear Secretary Wright:

On behalf of the more than 85 experts who contributed to the *Climate Experts' Review of the DOE Climate Working Group Report*, we are writing to submit this compendium of public comments on the Climate Working Group (CWG) Report entitled *A Critical Review of Impacts of Greenhouse Gas Emissions on the U.S. Climate*, under docket number DOE-HQ-2035-0207.

This compendium begins with a Summary for Policy Makers that highlights a selection of key points from across the constituent Comments. It then contains 48 distinct Comments, each of which makes a variety of points regarding different elements of the CWG report and the report as a whole. Authorship of each Comment is separately noted. It concludes with biographical sketches providing the authors' credentials.

We hope the Summary for Policy Makers and the 48 Comments will be given full consideration and that, as with public comments on National Climate Assessments, there will be a substantive response to each and every element of these comments.

As explained at length in these comments, the CWG report currently fails to adequately represent the scientific understanding of climate change. DOE must subject the CWG report to unbiased, robust, and transparent peer review under the Information Quality Act and other federal requirements. Accordingly, it will require very substantial revision before it can be relied upon by any federal agency or other entity.

Sincerely,

Andrew E. Dessler, Ph.D.
Co-Editor, Climate Experts' Review of the DOE Climate Working Group Report

Robert E. Kopp, Ph.D.
Co-Editor, Climate Experts' Review of the DOE Climate Working Group Report

… the CWG report currently fails to adequately represent the scientific understanding of climate change. DOE must subject the CWG report to unbiased, robust, and transparent peer review under the Information Quality Act and other federal requirements.

*Lighthiser v. Trump*
*Steven Running*
*Doc. 68-1 Ex. B*
*Exhibit 5 p.17*

# DOE, *Critical Review of Impacts of GHG Emissions*

## 2  DIRECT IMPACTS OF $CO_2$ ON THE ENVIRONMENT

**Chapter summary:**

$CO_2$ enhances photosynthesis and improves plant water use efficiency, thereby promoting plant growth. Global greening due in part to increased $CO_2$ levels in the atmosphere is well-established on all continents.

$CO_2$ absorption in sea water makes the oceans less alkaline. The recent decline in pH is within the range of natural variability on millennial time scales. Most ocean life evolved when the oceans were mildly acidic. Decreasing pH might adversely affect corals, although the Australian Great Barrier Reef has shown considerable growth in recent years.

### 2.1  $CO_2$ as a contributor to global greening

The growing $CO_2$ concentration in the atmosphere has the important positive effect of promoting plant growth by enhancing photosynthesis and improving water use efficiency. That is evident in the "global greening" phenomenon discussed below, as well as in the improving agricultural yields discussed in Chapter 10. Here we focus just on $CO_2$ fertilization; research on combined effects due to temperature and precipitation changes are discussed in Chapter 10.

#### 2.1.1  Measurement of global greening

"Greening" refers to an increase in the fraction of the Earth's surface covered by plants. It can be quantified by the "Leaf Area Index" (LAI) measured by satellite. Many studies over the past decade have confirmed a global greening pattern (increase in LAI) attributable in part to rising $CO_2$ levels. Zhu *et al.* (2016) was one of the first studies to report that global greening was detectable using satellite sensors. From 1982 to 2011 they detected greening over 25–50 percent of the Earth versus "browning" over only four percent and attributed 70 percent of the greening to rising $CO_2$ levels (see Figure 2.1). Other contributors included land-use changes, warming and nitrogen. The fraction attributable to $CO_2$ was largest in the tropics; other factors played more dominant roles in CONUS.

Zeng *et al.* (2017) confirmed the pattern of greening, noting that over thirty years it had added 8 percent to global leaf area and that greening was mitigating warming. Greening has been observed globally. Chen *et al.* (2019) show that in China and India much of it is driven by land management changes. Thus, while China accounts for only 6.6 percent of global vegetated area it accounts for 25 percent of global net increase in LAI. Piao *et al.* (2020) noted that greening was even observable in the Arctic. $CO_2$ fertilization effects are influenced by local temperature and nutrient and water availability, all of which vary regionally.

While plant models predict increased photosynthesis in response to rising $CO_2$, Haverd *et al.* (2020) reported a $CO_2$ fertilization rate much larger than model predictions. That is, $CO_2$ fertilization had driven an increase in observed global photosynthesis by 30 percent since 1900, versus 17 percent predicted by plant models. If true it would indicate that global models of the socioeconomic impacts of rising $CO_2$ have understated the benefits to crops and agriculture. Keenan et al (2023), however, estimated a lower fertilization rate more in line with models. The connection between $CO_2$ fertilization and agriculture will be discussed in Chapter 9.

3

> The growing $CO_2$ concentration in the atmosphere has the important positive effect of promoting plant growth by enhancing photosynthesis and improving water use efficiency. That is evident in the "global greening" phenomenon discussed below, as well as in the improving agricultural yields discussed in Chapter 10.

Climate Working Group, *Ch. 2 Direct Impacts of $CO_2$ on the Environment, in* A Critical Review of Impacts of Greenhouse Gas Emissions on the U.S. Climate 3 (2025).

*Lighthiser v. Trump*
*Steven Running*
*https://www.energy.gov/sites/default/files/2025-07/*
*DOE_Critical_Review_of_Impacts_of_GHG_Emissions_on_the_US_Climate_July_2025.pdf*
*Exhibit 5 p.18*

# Annual Global Carbon Budget



Global Carbon Project, *Global Carbon Budget 2024*, at 50 (2024).

*Lighthiser v. Trump*
*Steven Running*
*https //globalcarbonbudget.org/gcb-2024/*
*Exhibit 5 p.19*

# The Peer Reviewed Science vs. DOE Report

*Climate Change Driving Wildfire & Drought Dynamics*



*Lighthiser v. Trump*
*Steven Running*
*Exhibit 5 p.20*