# Lighthiser v. Trump

*Mark Jacobson*

*Exhibit 8 p.1*



# Mark Jacobson, Ph.D.

*Palo Alto, CA*

- Professor of Civil and Environmental Engineering, Stanford University

- Senior Fellow, Precourt Institute for Energy

- Senior Fellow, Stanford Woods Institute for the Environment

# WWS System

| **Generation** | **Storage** | **Equipment** | **Grid** |
|---|---|---|---|



Onshore/offshore wind



Hydropower reservoirs



Electric heat pumps



AC/HVAC/HVDC lines



Solar photovoltaics



Batteries



Electric induction cooktops



Grid interconnection among WWS generators



# A Path to Sustainable Energy by 2030

*Scientific American (2009)*

*Lighthiser v. Trump*
*Mark Jacobson*
*https://web.stanford.edu/group/efmh/jacobson/Articles/I/sad1109Jaco5p.indd.pdf*
*Exhibit 8 p.4*

Renewable Energy 184 (2022) 430–442

Contents lists available at ScienceDirect

## Renewable Energy

journal homepage: www.elsevier.com/locate/renene





### Zero air pollution and zero carbon from all energy at low cost and without blackouts in variable weather throughout the U.S. with 100% wind-water-solar and storage



Mark Z. Jacobson [*], Anna-Katharina von Krauland, Stephen J. Coughlin, Frances C. Palmer, Miles M. Smith

Department of Civil and Environmental Engineering, Stanford University, Stanford, CA, 94305-4020, USA

ARTICLE INFO

Article history:
Received 21 October 2021
Received in revised form
8 November 2021
Accepted 6 November 2021
Available online 1 December 2021

Keywords:
100% renewables
Decarbonization
Grid stability
Transmission
Extreme weather
Storage

ABSTRACT

This study analyzes 2050–2051 grid stability in the 50 U.S. states and District of Columbia after their all-sector (electricity, transportation, buildings, industry) energy is transitioned to 100% clean, renewable Wind-Water-Solar (WWS) electricity and heat plus storage and demand response (thus to zero air pollution and zero carbon). Grid stability is analyzed in five regions; six isolated states (Texas, California, Florida, New York, Alaska, Hawaii); Texas interconnected with the Midwest; and the contiguous U.S. No blackouts occur, including during summer in California or winter in Texas. No batteries with over 4-h storage are needed. Concatenating 4-h batteries provides long-duration storage. Whereas transitioning more than doubles electricity use, it reduces total end-use energy demand by ~57% versus business-as-usual (BAU), contributing to the 63 (43–70)% and 86 (77–90)% lower annual private and social (private + health + climate) energy costs, respectively, than BAU. Costs per unit energy in California, New York, and Texas are 11%, 21%, and 27% lower, respectively, and in Florida are 1.5% higher, when states are interconnected regionally rather than islanded. Transitioning may create ~4.7 million more permanent jobs than lost and requires only ~0.29% and 0.55% of new U.S. land for footprint and spacing, respectively, less than the 1.3% occupied by the fossil industry today.

© 2021 Elsevier Ltd. All rights reserved.

## 1. Introduction

The United States is currently undergoing a slow but consistent transition to clean, renewable energy. We define clean, renewable energy as energy that is both clean (emits zero health- and climate-affecting air pollutants when consumed) and renewable (has a source that continuously replenishes the energy). We call energy sources that meet these criteria Wind-Water-Solar (WWS). WWS electricity-generating technologies include onshore and offshore wind turbines (Wind); tidal turbines, wave devices, geothermal electric power plants, and hydroelectric power plants (Water); and rooftop/utility solar photovoltaics (PV) and concentrated solar power (CSP) plants (Solar) (Table 1). WWS heat-generating technologies include solar thermal and geothermal heat plants. WWS electricity must be transported by alternating current (AC), high-voltage AC (HVAC), and high-voltage direct

current (HVDC) transmission lines and AC distribution lines (Table 1). WWS energy must also be stored in either electricity, heat, cold, or hydrogen storage media (Table 1). Finally, a transition to WWS requires equipment for transportation, industry, and buildings that runs on electricity. Such equipment includes electric and hydrogen fuel cell vehicles, heat pumps, induction cooktops, arc furnaces, resistance furnaces, lawn mowers, leaf blowers, chainsaws, and more (Table 1).

For this study, we consider only WWS energy since we believe that WWS technologies result in greater simultaneous reductions in air pollution, climate damage, and energy insecurity than do non-WWS technologies. We do not include fossil energy, bioenergy, non-hydrogen synthetic fuels, blue hydrogen, carbon capture, direct air capture, or nuclear energy, since each may result in a greater risk of air pollution, climate damage, and/or energy insecurity. The only hydrogen considered is green hydrogen (from WWS electricity). If we can solve all three problems at reasonable cost with WWS alone, we will not need miracle or controversial technologies to help.

* Corresponding author.
E-mail address: jacobson@stanford.edu (M.Z. Jacobson).

https://doi.org/10.1016/j.renene.2021.11.067
0960-1481/© 2021 Elsevier Ltd. All rights reserved.



# Energy, Health, and Climate Costs of Carbon-Capture and Direct-Air-Capture versus 100%-Wind-Water-Solar Climate Policies in 149 Countries

*Environmental Science & Technology (2025)*

# Countries Relying Over 97% on WWS, 2023



**Norway** Pop 5.6 M — 98.4%

**Iceland** Pop 0.4 M — 100%

**Albania** Pop 2.8 M — 100%

**Nepal** Pop 29.7 M — 100%

**Bhutan** Pop 0.8 M — 100%

**Costa Rica** Pop 5.1 M — 99.4%

**Ethiopia** Pop 132 M — 99.9%

**DRC** Pop 116 M — 99.8%

**Paraguay** Pop 6.9 M — 99.5%

**Namibia** Pop 3.0 M — 97.9%

Mark Z. Jacobson, 60 Countries/Territories Whose Electricity Generation in 2023 was 50-100% Wind-Water-Solar (WWS) (Including 12 With 98.4-100% WWS Generation) and 11 U.S. States That Produced the Equivalent of 51.3-120.3% of the Electricity They Consumed With WWS From Q3-2024 to Q2-2025 (Aug. 26, 2025)

*Lighthiser v. Trump*
*Mark Jacobson*
*https://web.stanford.edu/group/efmh/jacobson/WWSBook/Countries100Pct.pdf*
*Exhibit 8 p.7*

# U.S. DOE Resource Adequacy Report, July 2025



Evaluating the Reliability and Security of the United States Electric Grid:

- Wrong that Renewables are Unreliable and Cause Blackouts

- Flawed Methodology

*Lighthiser v. Trump*
*Mark Jacobson*
*Doc. 34-2 Ex. D*
*Exhibit 8 p.8*

# Average U.S. Power Demand, 2018 and 2050



*Annual Average Power Demand (Gigawatts)*

Total 2402.0

1149.2 — Oil products for heat & transport

657.0 — Gas for heat & transport

103.0 — Coal for industrial heat

40.1 — Geotherm & Solar heat

452.7 — Electricity from Coal, Oil, Gas, Nuclear & Renewables

**2018**

## Business As Usual (BAU)

Total 2722.3

1136.0

851.4

118.4

34.2

582.3

**2050**

56.7%

**Non-Electric Energy (All Sources)**

**Electricity Generation (All Sources)**

100% Reliance on WWS Eliminates/Dramatically Reduces Combustion Demand

1179.5 — Renewables

**2050**

## WWS

*Lighthiser v. Trump*
*Mark Jacobson*
*https://web.stanford.edu/group/efmh/jacobson/Articles/I/21-USStates-PDFs/21-WWS-USATotal.pdf*
*Exhibit 8 p.9*

# Five Reasons 100% WWS Reduces Demand by 56.7%

1. Electric transportation is more efficient than internal-combustion-engine transportation. (**22.5%** Reduction)

2. Heat pumps for air and water heating & air conditioning are more efficient than combustion heaters. (**10.3%** Reduction)

3. Electric heating is more efficient than combustion heating for industry. (**5.1%** Reduction)

4. WWS eliminates energy needed to mine, transport, and refine fossil fuels and uranium. (**12.4%** Reduction)

5. WWS increases end-use energy-efficiency improvements beyond those in a business-as-usual case. (**6.3%** Reduction)

# U.S. Power Supply/Demand with Electrification

U.S. all-sector annual-average end-use power supply and demand (GW) from 1960 through 2023



*Lighthiser v. Trump*
*Mark Jacobson*
*Source of base data  Table CT3  https://www.eia.gov/state/seds/sep_use/notes/use_print.pdf*
*Source of reductions  https://web.stanford.edu/group/efmh/jacobson/Articles/I/21-USStates-PDFs/21-USStatesPaper.pdf*
*Exhibit 8 p.11*

# U.S. Land Area for Wind Water & Solar vs Oil & Gas



= 1,000 sq miles

## Total for WWS 2050:
## 29,891 mi$^2$ (77,418 km$^2$)
*0.85% of U.S. Land*

← **Spacing Area: 19,558 mi$^2$ (50,655 km$^2$)**
*(Between wind turbines)*

⌐ **New Footprint for Solar: 10,333 mi$^2$ (26,763 km$^2$)** *(0.29% of U.S. Land)*



**Fossil fuel & nuclear:**
**43,996 mi$^2$**
**(113,950 km$^2$)**

**Corn ethanol:**
**47,182 mi$^2$**
**(122,200 km$^2$)**

## Fossil fuels & ethanol:
## 91,178 mi$^2$ (236,150 km$^2$)
*2.4% of U.S. Land*
- *1.24% of U.S. Land for Ethanol*
- *1.16% of U.S. Land for Fossil Fuels*

*Lighthiser v. Trump*
*Mark Jacobson*
*Source of data - https://web.stanford.edu/group/efmh/jacobson/Articles/I/21-USStates-PDFs/21-WWS-USATotal.pdf;*
*https://web.stanford.edu/group/efmh/jacobson/Articles/I/LandFossil.pdf*
*Exhibit 8 p.12*



# Purposes of Mining for 2021-2023

*Lighthiser v. Trump*
*Mark Jacobson*
*https://www.visualcapitalist.com/all-the-metals-we-mined-in-2021-visualized*
*Exhibit 8 p.13*

# USGS, *Lithium Resources*

*Increase in U.S. Lithium Resources (2024-2025)*



36% increase in U.S.
Lithium Resources

**36%**

**14 M**

Tons (Millions)

2024



**19 M**

Enough
for 1.8B
cars

2025

In 2025, the USGS estimated the U.S. had 19 million tons of lithium as known resource.

This was an increase of 36% from their 2024 estimate of 14 million tons.

*Lighthiser v. Trump*
*Mark Jacobson*
*https://pubs.usgs.gov/periodicals/mcs2024/mcs2024-lithium.pdf;*
*https://pubs.usgs.gov/periodicals/mcs2025/mcs2025-lithium.pdf*
*Exhibit 8 p.14*

# Coal Mining Replaced by Transitioning to WWS

*Replacing 1 GW of Coal with 1 GW of Wind saves 25M tons of coal over 20 years*



**1 GW Coal**

**1 GW Wind Power**

**25 Million Tons of Coal**
over 20 years

Jim Krane & Robert Idel, *More Transitions, Less* Risk: How *Renewable Energy Reduces Risks from Mining, Trade and Political Dependence*, 82 Energy Rsch. & Soc. Sci. 102311 (2021).

*Lightthiser v. Trump*
*Mark Jacobson*
*https://www.sciencedirect.com/science/article/abs/pii/S2214629621004035*
*Exhibit 8 p.15*



# Transition from Abandoned Wells to Wind

Lighthiser v. Trump
Mark Jacobson
Image credit https://nationalaglawcenter.org/cleanup-of-abandoned-oilfield-locations-who-is-responsible/
Exhibit 8 p.16

# WWS Reduces Annual U.S. Energy Costs Significantly

| Business as Usual | | Wind-Water-Solar |
|---|---|---|
| **$2,513B**/yr | ENERGY PRIVATE COST REDUCED by 63% | **$933B**/yr |
| **$700.4B**/yr | ENERGY-RELATED HEALTH COST REDUCED by 100% | **$0**/yr |
| **$3,578B**/yr | ENERGY-RELATED CLIMATE COST REDUCED by 100% | **$0**/yr |
| **$6,791B**/yr | **Total Social Energy Cost Reduced by 86%** | **$933B**/yr |

*Lighthiser v. Trump*
*Mark Jacobson*
*https://web.stanford.edu/group/efmh/jacobson/Articles/I/21-USStates-PDFs/21-WWS-USATotal.pdf*
*Exhibit 8 p.17*

# Net U.S. Job Gains Under 100% WWS by 2050



Mark Z. Jacobson et al., *Zero Air Pollution and Zero Carbon from All Energy at Low Cost and Without Blackouts in Variable Weather Throughout the U.S. with 100% Wind-Water-Solar and Storage*, 184 Renewable Energy 430 (2022).

*Lighthiser v. Trump*
*Mark Jacobson*
*https://web.stanford.edu/group/efmh/jacobson/Articles/I/21-USStates-PDFs/21-USStatesPaper.pdf*
*Exhibit 8 p.18*

# Executive Order 14156



The energy and critical minerals ("energy") identification, leasing, development, production, transportation, refining, and generation capacity of the United States are all far too inadequate to meet our Nation's needs.

*Lighthiser v. Trump*
*Mark Jacobson*
*Doc. 1-2*
*Exhibit 8 p.19*

# Fossil Fuel Energy Insecurity

1.  Fossil fuels are a limited and non-renewable resource.

2.  Risk of severe power disruption due to the use of large, centralized plants rather than distributed energy (e.g., wind and solar).

3.  Environmental and health degradation due to fossil fuel mining and waste.

# Renewable Energy & Energy Security





# WWS Power Generation Needed to Meet 100% of All-Sector End-Use Demand in 2050 v. WWS Generation in 2023, 2024, 2025



If all energy sectors are electrified and electricity is provided with WWS …

**China trajectory for 100% WWS is by:** **2045**

**U.S. trajectory for 100% WWS is by:** **2155**

*The 2050 estimates are from Jacobson et al. (ES&T 59, 3034-3045, 2025), which start with 2022 IEA data. The 2023, 2024, and 2025 estimates are based on actual nameplate capacities and estimated capacity factors from Jacobson et al. (2025).*

*Lighthiser v. Trump*
*Mark Jacobson*
*Exhibit 8 p.22*

# China is Projected to Reach 100% WWS 110 Years Before the U.S.



*The 2050 estimates are from Jacobson et al. (ES&T 59, 3034-3045, 2025), which start with 2022 IEA data. The 2023, 2024, and 2025 estimates are based on actual nameplate capacities and estimated capacity factors from Jacobson et al. (2025).*

*Lighthiser v. Trump*
*Mark Jacobson*
*Exhibit 8 p.23*

# U.S. Premature Deaths from Fossil Fuel Pollution



We estimate [oil & gas] lifecycle annual burdens of 91,000 premature deaths attributable to fine particles ($PM_{2.5}$), nitrogen dioxide ($NO_2$), and ozone

*Lighthiser v. Trump*
*Mark Jacobson*
*https://www.science.org/doi/10.1126/sciadv.adu2241*
*Exhibit 8 p.24*