# Lighthiser v. Trump

*Isaiah H.*

*Exhibit 11 p.1*



# Isaiah H.

*Missoula, MT*



*Lighthiser v. Trump*
*I.H.*
*Exhibit 11 p.2*



# Rattlesnake Wilderness

*Sept. 2024*



*Lighthiser v. Trump*
*I.H.*
*Exhibit 11 p.4*

# Cross-Country

*Sept. 2023*



*Lighthiser v. Trump*
*I.H.*
*Exhibit 11 p.5*



*Aug. 2025 Hiawatha Trail*

*Jul. 2025 Rattlesnake Wilderness*

**Lighthiser v. Trump**
*I.H.*
*Exhibit 11 p.6*

# Camping in Rattlesnake Wilderness

*Jun. 2024*



*Lighthiser v. Trump*
I.H.
*Exhibit 11 p.7*



# Bob Marshall Wilderness

*Aug. 2020*



*Lighthiser v. Trump*
*I.H.*
*Exhibit 11 p.9*