IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>Defendants,<br><br>STATE OF MONTANA, *et al.*,<br><br>Defendant-Intervenors. | CV 25–54–BU–DLC<br><br>ORDER |

The Court has received a pro se Amicus Brief. (Doc. 89.) Pursuant to District of Montana Local Rule 7.5, leave of Court must be acquired prior to the filing of an amicus brief. D. Mont. L.R. 7.5. Because the submission failed to acquire leave of Court in accordance with the Local Rules,

IT IS ORDERED that the Amicus Brief submitted at Doc. 89 shall not be considered in this matter.

DATED this 19th day of September, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1