IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, <br><br> Defendants, <br><br> STATE OF MONTANA, *et al.*, <br><br> Defendant-Intervenors. | CV 25–54–BU–DLC <br><br><br> ORDER |

    Before the Court is Defendant-Intervenors' motion for the admission of attorney Elijah J. O'Kelley, *pro hac vice*, in the above-captioned matter. (Doc. 101.) It appears that Christian Corrigan will serve as local counsel in this matter. (*Id.* at 2.) Mr. O'Kelley's application (Doc. 101-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

    Accordingly, IT IS ORDERED that the motion (Doc. 101) is GRANTED on the condition that Mr. O'Kelley does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear

1

and participate personally. Mr. O'Kelley shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. O'Kelley files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 2nd day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court