IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*, | CV 25–54–BU–DLC |
| Plaintiffs, | |
| v. | ORDER |
| DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, | |
| Defendants, | |
| STATE OF MONTANA, *et al.*, | |
| Defendant-Intervenors. | |

Before the Court is Defendant Intervenors' motion for the admission of attorney Emily M. Greco of South Dakota's Office of the Attorney General, *pro hac vice*, in the above-captioned matter. (Doc. 106.) It appears that Christian Corrigan of the State of Montana will serve as local counsel in this matter. (*Id.* at 2.) Greco's application (Doc. 106-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 106) is GRANTED on the condition that Greco does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and

1

participate personally. Greco shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Greco files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 10th day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court