IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, <br><br> Defendants, <br><br> STATE OF MONTANA; *et al.*, <br><br> Defendant-Intervenors. | CV 25–54–BU–DLC <br><br><br> ORDER |

    Before the Court is Defendant Intervenors' motion for the admission of attorney Ryan Schelhaas on behalf of the State of Wyoming, *pro hac vice*, in the above-captioned matter. (Doc. 109.) It appears that Christian Corrigan of the State of Montana will serve as local counsel in this matter. (*Id.* at 2.) Mr. Schelhaas's application (Doc. 109-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

    Accordingly, IT IS ORDERED that the motion (Doc. 109) is GRANTED on the condition that Mr. Schelhaas does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear

1

and participate personally. Mr. Schelhaas shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Schelhaas files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 14th day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court