IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| EVA LIGHTHISER; *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>　　　　Defendants,<br><br>STATE OF MONTANA; *et al.*,<br><br>　　　　Defendant-Intervenors. | Case No. CV-25-54-BU-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Order dated October 15, 2025, Doc. 111. This matter is DISMISSED with prejudice.

　　　　Dated this 15th day of October, 2025.

　　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　　By: /s/ Sarah Nagy
　　　　　　　　　　　　　　　　　　　　Deputy Clerk