**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** | Montana |

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:25-cv-00054-DLC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/29/2025

Date of judgment or order you are appealing: 10/15/2025

Docket entry number of judgment or order you are appealing: 111, 112

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*
Eva Lighthiser; Rikki Held; Lander Busse; Olivia Vesovich; Kathryn Grace Gibson-Snyder; Georgianna Fischer; Taleah Hernández; B.B., a minor, by and through his guardian S.B.; J.K., a minor, by and through his guardian L.A.; N.K., a minor, by and through his guardian L.A.; Ula Jones; Ripley Cunningham; J.M., a minor, by and through her guardian C.M.; J.H., a minor, by and through his guardian M.H.; I.H., a minor, by and through his guardian M.H.; Kalālapa Winter; C.M., a minor, by and through her guardian E.M.; Delaney Reynolds; Avery McRae; Miko Vergun; Isaac Vergun; and Joseph Lee

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If yes, what is the prior appeal case number? 

Your mailing address (if pro se):

City:                State:              Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Julia A. Olson            **Date** Oct 20, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

**Appellants**

Names of parties:

> Eva Lighthiser; Rikki Held; Lander Busse; Olivia Vesovich; Kathryn Grace Gibson-Snyder; Georgianna Fischer; Taleah Hernández; B.B., a minor, by and through his guardian S.B.; J.K., a minor, by and through his guardian L.A.; N.K., a minor, by and through his guardian L.A.; Ula Jones; Ripley Cunningham; J.M., a minor, by and through her guardian C.M.; J.H., a minor, by and through his guardian M.H.; I.H., a minor, by and through his guardian M.H.; Kalālapa Winter; C.M., a minor, by and through her guardian E.M.; Delaney Reynolds; Avery McRae; Miko Vergun; Isaac Vergun; and Joseph Lee

Names of counsel: Julia A. Olson, Andrea K. Rodgers, Nathan Bellinger

Address: 1216 Lincoln Street, Eugene, OR 97401

Telephone numbers: 415-786-4825

Emails: julia@ourchildrenstrust.org; andrea@ourchildrenstrust.org; nate@ourchildrenstrust.org

Is counsel registered for Electronic Filing in the 9th Circuit?  _X_ Yes   ___ No

Names of counsel: Roger Sullivan

Address: 345 1st Avenue East, Kalispell, MT 59901

Telephone numbers: 406-752-5566

Emails: rsullivan@mcgarveylaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  _X_ Yes   ___ No

Names of counsel: Philip L. Gregory

Address: 1250 Godetia Drive, Redwood City, CA 94062

Telephone numbers: 650-278-2957

Emails: pgregory@gregorylawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?  X  Yes     __ No


Names of counsel: Daniel C. Snyder, Haley Nicholson

Address: 1620 L Street NW, Suite 630, Washington, DC 20036

Telephone numbers: 202-797-8600

Emails: dsnyder@publicjustice.net, hnicholson@publicjustice.net

Is counsel registered for Electronic Filing in the 9th Circuit?  X  Yes     __ No

**Form 6**                                              2

**Appellees**

Names of parties:

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; JEFFREY BOSSERT CLARK, in his official capacity as Acting Administrator of the Office of Information and Regulatory Affairs; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as Chief of Engineers and Commanding General of the United States Army Corps of Engineers; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; SEAN DUFFY, in his official capacity as acting NASA Administrator; UNITED STATES DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in her official capacity as acting NOAA Administrator; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of NSF; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of HHS; NATIONAL INSTITUTES OF HEALTH; JAYANTA BHATTACHARYA, in his official capacity as Director of NIH; and the UNITED STATES OF AMERICA

Names of counsel: Adam R.F. Gustafon, Robert N. Stander, Michael S. Sawyer, Erik Van de Stouwe, Miranda Jensen

Address: P.O. Box 7611, Washington, DC 20044-7611

Telephone numbers: 202-514-5273; 202-305-0247; 202-598-3071

Emails: michael.sawyer@usdoj.gov; erik.van.de.stouwe@usdoj.gov; miranda.jensen@usdoj.gov

**Form 6**                                        3

Names of parties:

Intervenor States of Montana; Alaska; Arkansas; Florida; Georgia; Idaho; Indiana; Iowa; Kansas; Louisiana; Missouri; Nebraska; North Dakota; Oklahoma; South Dakota; Texas; Utah; West Virginia; Wyoming; and U.S. Territory of Guam

Names of counsel: Austin Knudsen, Christian B. Corrigan, Brent Mead, Michael D. Russell

Address: P.O. Box 201401, Helena, MT 59620-1401

Telephone numbers: 406-444-2026

Emails: Christian.Corrigan@mt.govp; Brent.Mead2@mt.gov; Michael.Russell@mt.gov

Names of counsel: Justin D. Smith

Address: 530 Maryville Centre Drive, Suite 230, St. Louis, MO 63141

Telephone numbers: 816-678-2103

Emails: Justin.Smith@james-otis.com

Names of counsel: Elijah J. O'Kelley

Address: 40 Capitol Square, SW, Atlanta, GA 30334

Telephone numbers: 470-816-1342

Emails: eokelley@law.ga.gov

**Form 6**                            4

Names of counsel: James A. Barta

Address: 302 W. Washington Street, Indianapolis, IN 46204

Telephone numbers: 317-232-0709

Emails: James.Barta@atg.in.gov

Form 6                         5