

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

OCT 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-6714 |
| Originating Case Number: | 2:25-cv-00054-DLC |
| Short Title: | Lighthiser, et al. v. Trump, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
# United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

Docket Number: 25-6714
Originating Case Number: 2:25-cv-00054-DLC

Case Title: Lighthiser, et al. v. Trump, et al.

**Tuesday, October 28, 2025**

| | |
|---|---|
| Eva Lighthiser | Mediation Questionnaire due |
| Rikki Held | Mediation Questionnaire due |
| Lander Busse | Mediation Questionnaire due |
| Olivia Vesovich | Mediation Questionnaire due |
| Kathryn Grace Gibson-Snyder | Mediation Questionnaire due |
| Georgianna Fischer | Mediation Questionnaire due |
| Taleah Hernandez | Mediation Questionnaire due |
| B.B. | Mediation Questionnaire due |
| J.K. | Mediation Questionnaire due |
| N.K. | Mediation Questionnaire due |
| Ula Jones | Mediation Questionnaire due |
| Ripley Cunningham | Mediation Questionnaire due |
| J.M. | Mediation Questionnaire due |
| J.H. | Mediation Questionnaire due |
| I.H. | Mediation Questionnaire due |
| Kalalapa Winter | Mediation Questionnaire due |
| C.M. | Mediation Questionnaire due |
| Delaney Reynolds | Mediation Questionnaire due |
| Avery McRae | Mediation Questionnaire due |

| | |
|---|---|
| Miko Vergun | Mediation Questionnaire due |
| Isaac Vergun | Mediation Questionnaire due |
| Joseph Lee | Mediation Questionnaire due |

**Monday, November 3, 2025**

| | |
|---|---|
| Eva Lighthiser | Appeal Transcript Order Due |
| Rikki Held | Appeal Transcript Order Due |
| Lander Busse | Appeal Transcript Order Due |
| Olivia Vesovich | Appeal Transcript Order Due |
| Kathryn Grace Gibson-Snyder | Appeal Transcript Order Due |
| Georgianna Fischer | Appeal Transcript Order Due |
| Taleah Hernandez | Appeal Transcript Order Due |
| B.B. | Appeal Transcript Order Due |
| J.K. | Appeal Transcript Order Due |
| N.K. | Appeal Transcript Order Due |
| Ula Jones | Appeal Transcript Order Due |
| Ripley Cunningham | Appeal Transcript Order Due |
| J.M. | Appeal Transcript Order Due |
| J.H. | Appeal Transcript Order Due |
| I.H. | Appeal Transcript Order Due |
| Kalalapa Winter | Appeal Transcript Order Due |
| C.M. | Appeal Transcript Order Due |
| Delaney Reynolds | Appeal Transcript Order Due |
| Avery McRae | Appeal Transcript Order Due |
| Miko Vergun | Appeal Transcript Order Due |
| Isaac Vergun | Appeal Transcript Order Due |
| Joseph Lee | Appeal Transcript Order Due |

**Wednesday, December 3, 2025**

| | |
|---|---|
| Eva Lighthiser | Appeal Transcript Due |
| Rikki Held | Appeal Transcript Due |
| Lander Busse | Appeal Transcript Due |
| Olivia Vesovich | Appeal Transcript Due |
| Kathryn Grace Gibson-Snyder | Appeal Transcript Due |
| Georgianna Fischer | Appeal Transcript Due |
| Taleah Hernandez | Appeal Transcript Due |
| B.B. | Appeal Transcript Due |

| | |
|---|---|
| J.K. | Appeal Transcript Due |
| N.K. | Appeal Transcript Due |
| Ula Jones | Appeal Transcript Due |
| Ripley Cunningham | Appeal Transcript Due |
| J.M. | Appeal Transcript Due |
| J.H. | Appeal Transcript Due |
| I.H. | Appeal Transcript Due |
| Kalalapa Winter | Appeal Transcript Due |
| C.M. | Appeal Transcript Due |
| Delaney Reynolds | Appeal Transcript Due |
| Avery McRae | Appeal Transcript Due |
| Miko Vergun | Appeal Transcript Due |
| Isaac Vergun | Appeal Transcript Due |
| Joseph Lee | Appeal Transcript Due |

**Monday, January 12, 2026**

| | |
|---|---|
| Eva Lighthiser | Appeal Opening Brief Due |
| Rikki Held | Appeal Opening Brief Due |
| Lander Busse | Appeal Opening Brief Due |
| Olivia Vesovich | Appeal Opening Brief Due |
| Kathryn Grace Gibson-Snyder | Appeal Opening Brief Due |
| Georgianna Fischer | Appeal Opening Brief Due |
| Taleah Hernandez | Appeal Opening Brief Due |
| B.B. | Appeal Opening Brief Due |
| J.K. | Appeal Opening Brief Due |
| N.K. | Appeal Opening Brief Due |
| Ula Jones | Appeal Opening Brief Due |
| Ripley Cunningham | Appeal Opening Brief Due |
| J.M. | Appeal Opening Brief Due |
| J.H. | Appeal Opening Brief Due |
| I.H. | Appeal Opening Brief Due |
| Kalalapa Winter | Appeal Opening Brief Due |
| C.M. | Appeal Opening Brief Due |
| Delaney Reynolds | Appeal Opening Brief Due |
| Avery McRae | Appeal Opening Brief Due |
| Miko Vergun | Appeal Opening Brief Due |
| Isaac Vergun | Appeal Opening Brief Due |

| | |
|---|---|
| Joseph Lee | Appeal Opening Brief Due |

**Thursday, February 12, 2026**

| | |
|---|---|
| Donald J. Trump | Appeal Answering Brief Due |
| Executive Office of the President of the United States | Appeal Answering Brief Due |
| United States Office of Management and Budget | Appeal Answering Brief Due |
| Russell Vought | Appeal Answering Brief Due |
| Jeffrey Bossert Clark | Appeal Answering Brief Due |
| United States Environmental Protection Agency | Appeal Answering Brief Due |
| Lee Zeldin | Appeal Answering Brief Due |
| United States Department of the Interior | Appeal Answering Brief Due |
| Doug Burgum | Appeal Answering Brief Due |
| United States Department of Energy | Appeal Answering Brief Due |
| Chris Wright | Appeal Answering Brief Due |
| United States Department of Transportation | Appeal Answering Brief Due |
| Sean Duffy | Appeal Answering Brief Due |
| United States Army Corps of Engineers | Appeal Answering Brief Due |
| William H. Graham, Jr. | Appeal Answering Brief Due |
| Janet Petro | Appeal Answering Brief Due |
| National Aeronautics and Space Administration | Appeal Answering Brief Due |
| United States Department of Commerce | Appeal Answering Brief Due |
| Howard Lutnick | Appeal Answering Brief Due |
| National Oceanic and Atmospheric Administration | Appeal Answering Brief Due |
| Laura Grimm | Appeal Answering Brief Due |
| National Science Foundation | Appeal Answering Brief Due |
| Brian Stone | Appeal Answering Brief Due |
| United States Department of Health and Human Services | Appeal Answering Brief Due |
| Robert F. Kennedy, Jr. | Appeal Answering Brief Due |
| National Institute for Environmental Health Sciences | Appeal Answering Brief Due |
| Jayanta Bhattacharya | Appeal Answering Brief Due |
| United States of America | Appeal Answering Brief Due |
| State of Montana | Appeal Answering Brief Due |
| State of Alaska | Appeal Answering Brief Due |

| | |
|---|---|
| State of Arkansas | Appeal Answering Brief Due |
| State of Florida | Appeal Answering Brief Due |
| State of Georgia | Appeal Answering Brief Due |
| State of Idaho | Appeal Answering Brief Due |
| State of Indiana | Appeal Answering Brief Due |
| State of Iowa | Appeal Answering Brief Due |
| State of Kansas | Appeal Answering Brief Due |
| State of Louisiana | Appeal Answering Brief Due |
| State of Missouri | Appeal Answering Brief Due |
| State of Nebraska | Appeal Answering Brief Due |
| State of North Dakota | Appeal Answering Brief Due |
| State of Oklahoma | Appeal Answering Brief Due |
| State of South Dakota | Appeal Answering Brief Due |
| State of Texas | Appeal Answering Brief Due |
| State of Utah | Appeal Answering Brief Due |
| State of West Virginia | Appeal Answering Brief Due |
| State of Wyoming | Appeal Answering Brief Due |
| Government of Guam | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**