UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EVA LIGHTHISER; RIKKI HELD; LANDER BUSSE; OLIVIA VESOVICH; KATHRYN GRACE GIBSON-SNYDER; GEORGIANNA FISCHER; TALEAH HERNANDEZ; B.B., a minor, by and through his guardian S.B.; J.K., a minor, by and through his guardian L.A.; N. K., a minor, by and through his guardian L.A.; ULA JONES; RIPLEY CUNNINGHAM; J.M., a minor, by and through her guardian C.M.; J.H., a minor, by and through his guardian M.H.; I.H., a minor, by and through his guardian M.H.; KALALAPA WINTER; C.M., a minor, by and through her guardian E.M.; DELANEY REYNOLDS; AVERY MCRAE; MIKO VERGUN; ISAAC VERGUN; JOSEPH LEE,

Plaintiffs - Appellants,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT OF THE UNITED STATES; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; JEFFREY BOSSERT CLARK, in his official capacity as Acting Administrator of the Office of Information and Regulatory Affairs;

No. 25-6714

D.C. No.
2:25-cv-00054-DLC

District of Montana,
Butte

MANDATE

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency; UNITED STATES DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as Secretary of Energy; UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, n his official capacity as Secretary of Transportation; UNITED STATES ARMY CORPS OF ENGINEERS; WILLIAM H. GRAHAM, Jr., Lieutenant General, in his official capacity as Chief of Engineers and Commanding General of the United States Army Corps of Engineers; JANET PETRO, in her official capacity as acting NASA Administrator; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; UNITED STATES DEPARTMENT OF COMMERCE; HOWARD W. LUTNICK, in his official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; LAURA GRIMM, in her official capacity as acting NOAA Administrator; NATIONAL SCIENCE FOUNDATION; BRIAN STONE, in his official capacity as Acting Director of NSF; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, Jr., in his official capacity as Secretary of HHS; NATIONAL INSTITUTE FOR ENVIRONMENTAL HEALTH SCIENCES; JAYANTA

BHATTACHARYA, in his official capacity as Director of NIH; UNITED STATES OF AMERICA,

Defendants - Appellees,

STATE OF MONTANA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OKLAHOMA; STATE OF SOUTH DAKOTA; STATE OF TEXAS; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF WYOMING; GOVERNMENT OF GUAM,

Intervenor-Defendants - Appellees.

The judgment of this Court, entered June 02, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT